## IN AND FOR THE DISTRICT COURT OF CADDO COUNTY
### STATE OF OKLAHOMA

STACEY WRIGHT                               )
                                            )
    Plaintiff,                          )
                                            )
v.                                          )
                                            )   Case No. CJ-2015-90
AMERICAN NATIONAL PROPERTY                  )   The Honorable
AND CASUALTY COMPANY, a foreign             )
corporation;                                )   State of Oklahoma
ZACHARY WILSON WELDING; and                 )   Caddo Co.
ZACHARY ALLEN WILSON, personally,           )   **FILED**
                                            )
                                            )   **NOV 2 3 2015**
    Defendants.                         )
                                            )   At_____O'Clock_____M.
                                                PATTI BARGER, Court Clerk
                                                By_____Deputy

### PETITION

The Plaintiff, Stacey Wright ("Mrs. Wright" or "Plaintiff"), for her Petition against the

Defendants, American National Property and Casualty Company ("ANPAC" or "Defendant(s)"),

Zachary Wilson Welding ("ZWW" or "Defendant(s)") and Zachary Allen Wilson ("Wilson" or

"Defendant(s)") , alleges and states:

### JURISDICTION AND VENUE

1.    Plaintiff resides in Weatherford, Custer County, Oklahoma, and at all relevant times

has been a citizen of Oklahoma.

2.    ANPAC is incorporated in the State of Missouri, and has its principal place of

business in Springfield, Missouri.  ANPAC issued the subject insurance Policy to Plaintiff in Custer

County, Oklahoma.

3.    Upon information and belief, ZWW is an Oklahoma sole proprietorship owned and

operated by Wilson with its principal place of business in Chickasha, Grady County, Oklahoma.



**EXHIBIT**

1

4.     Upon information and belief, Wilson is a resident of Chickasha, Grady County, Oklahoma, and was employed by ZWW at all relevant times herein.

5.     The underlying events giving rise to this lawsuit occurred in Hydro, Caddo County, Oklahoma.

6.     The District Court in and for Caddo County has jurisdiction over the parties pursuant to 12 O.S. §§ 137, 141 and 187.

FACTUAL BACKGROUND

7.     Plaintiff hereby adopts and realleges each of the facts and allegations set forth in paragraphs 1-6 above.

8.     At all times material hereto, and for several years preceding the filing of the present lawsuit, Plaintiff was insured under automobile insurance policies issued by ANPAC. The policy of insurance at issue in the present lawsuit is ANPAC Policy No. 35-A-292-00M-9 (the "Policy"). Plaintiff's Policy term is from August 25, 2015 to February 25, 2016. Plaintiff's premiums are paid and up to date.

9.     Plaintiff's Policy with ANPAC includes, *inter alia*, comprehensive coverage, collision coverage, customized equipment protection, rental expense coverage and UM/UIM coverage with limits of $25,000 per person. (*See* Declarations Pages, EXHIBIT 1).

10.     On September 25, 2015, Plaintiff was stopped at a stop sign on State Highway 58 near State Highway 66 in Hydro, Caddo County, Oklahoma, when she was rear-ended by the tortfeasor, Wilson, who was driving a 2012 Dodge Ram truck at a high rate of speed (the "Accident").

11.     Wilson admitted that he rear-ended Plaintiff and caused the Accident because he was distracted and looking at his phone prior to and at the time of the Accident. (*See* Official Oklahoma Traffic Collision Report, EXHIBIT 2).

12.     Plaintiff's vehicle, a brand new 2015 Chevrolet Suburban ("Suburban") which she had just purchased, sustained significant property damage that included a broken axle and bent frame. (*See* Photographs, EXHIBIT 3).

13.     The Dodge Ram that the tortfeasor, Wilson, was driving at the time of the Accident was owned by ZWW – a company owned by Wilson – and it was insured by American Mercury Insurance Group ("Mercury").

14.     Within ten minutes of the Accident, Plaintiff had notified her insurance agent, Doug Pond, of the Accident.  Thus, Plaintiff had provided her own insurer, ANPAC, with constructive notice of the Accident within minutes thereafter.

15.     Shortly after the Accident, Plaintiff made a claim with the tortfeasor's insurer, Mercury.

16.     On September 28, 2015, Mercury's examiner, Katie Collins ("Collins"), acknowledged receipt of Plaintiff's claim and admitted to Plaintiff that she had talked to the tortfeasor, Wilson, and was ready to accept liability on his behalf.  (*See* Email, EXHIBIT 4).

17.     On or about October 1, 2015, Mercury sent an appraiser, Brandon Stone ("Stone"), to Cummins Auto Group ("Cummins") where Plaintiff's Suburban was stored to evaluate the property damage. Stone initially provided a lowball estimate of $11,117.86. (*See* Estimate, EXHIBIT 5).

18.     Thus, Plaintiff had her Suburban inspected at Mike's Body Shop in Weatherford, Oklahoma. Mike's Body Shop determined that the Suburban sustained $18,977.11 in property damage as a result of the Accident. (*See* Estimate, EXHIBIT 6).

19.     Plaintiff provided the estimate from Mike's Body Shop to Mercury, and advised that Mercury would be liable for the diminished value of her Suburban as well. (*See* Email, EXHIBIT 7).

20.     Accordingly, Stone returned to Cummins to perform a supplemental inspection on or about October 19, 2015. Stone's supplemental inspection turned up an additional $6,138.23 in property damage to Plaintiff's Suburban that Stone failed to acknowledge during his initial inspection. Stone's new estimate with respect to Plaintiff's Suburban totaled $17,256.09. (*See* Estimate, EXHIBIT 8).

21.     After Stone's supplemental estimate, Mercury, *via* Collins and Stone, admitted numerous times that Plaintiff's Suburban was "repairable" and not totaled. Specifically, Stone told Plaintiff "I did go out and reinspect and yes it is **repairable**." (*See* Email dated October 19, 2015, EXHIBIT 9) (emphasis added).

22.     Likewise, Collins admitted to Plaintiff that "[i]t looks like your vehicle is **repairable**," and she began demanding that Plaintiff authorize the repairs on the Suburban or Mercury would no longer cover her rental vehicle. (*See* Email dated October 19, 2015, EXHIBIT 10) (emphasis added).

23.     Thereafter, Collins sent Plaintiff additional emails demanding that the Suburban be taken to Plaintiff's shop of choice so repairs could begin. If Plaintiff did not do as requested, Collins would stop paying for Plaintiff's rental car. (*See* Multiple Emails, EXHIBIT 11).

24.     In short, Mercury's position regarding Plaintiff's property damage was always unequivocally clear – *i.e.*, **the Suburban was repairable**.

25.     Thereafter, Plaintiff and Mr. Wright hired counsel to protect their interests from Mercury's threats and demands.

26.     On October 23, 2015, Plaintiff's counsel sent Mercury a letter of representation and advised Mercury that it would also be responsible for approximately $19,500.00 in damages related to the Suburban's diminished value as well as the property damage to their vehicle.

27.     The same day, Mercury's new examiner, Susan Swanson ("Swanson"), emailed correspondence to Plaintiff's counsel advising that Plaintiff's property damage and bodily injury claims would likely exceed the tortfeasor's policy limits. (*See* Letter, EXHIBIT 12).

28.     On October 27, 2015, Plaintiff's counsel sent ANPAC a letter of representation and demanded ". . . payment under all relevant coverage agreements of [Plaintiff's] ANPAC policy for the property damage to [Plaintiff's] Suburban and for the injuries sustained by Mrs. Wright." In short, Plaintiff's counsel made a claim under all relevant coverage agreements, including her under-insured motorist coverage. (*See* Letter, EXHIBIT 13).

29.     Importantly, Plaintiff's counsel advised ANPAC in the same letter "**. . .direct all future correspondence to [his] attention.**" (*See* EXHIBIT 13).

30.     On the evening of October 27, 2015, Plaintiff's counsel had a lengthy telephone conference with James Sanders ("Sanders"), ANPAC's claims examiner handling Plaintiff's first-party claim. Sanders had received the letter of representation from Plaintiff's counsel and thus knew that all future correspondence was to be sent to Plaintiff's counsel.

31.     In the telephone conference, Sanders agreed to send out ANPAC's appraiser, Jerry Samuels ("Samuels"), to inspect the Suburban at Cummins on Friday, October 30, 2015.

32.     However, the following day (October 28, 2015), Sanders – knowing that Plaintiff was represented and that all communication should be sent to Plaintiff's counsel – sent certified mail

directly to Plaintiff (as opposed to her counsel) advising that ANPAC was likely going to deny Plaintiff's first-party claim based on a delay in notice.  In other words, Sanders, on behalf of ANPAC, sent a menacing letter directly to Plaintiff threatening to deny coverage for the claim purportedly based on a delay in notice. (*See* Letter, EXHIBIT 14).  Sanders' actions were intentional and intended to strike fear in Plaintiff.

33.    As expected, Sanders' threatening denial letter caused Plaintiff significant anxiety, stress and emotional distress considering Plaintiff had notified her agent, and thus, ANPAC **within ten (10) minutes of the Accident**.  Simply stated, the justification for ANPAC's threatening denial letter (*i.e.*, Plaintiff's purported delay in notice) was clearly erroneous and false.

34.    On Friday, November 6, 2015, Plaintiff's counsel learned of Sanders' threatening denial letter to Plaintiff.  Plaintiff's counsel immediately sent Sanders a response questioning why Sanders sent a threatening letter to his own insured (Plaintiff) when he knew Plaintiff was represented.  In addition, Plaintiff's counsel advised Sanders of Oklahoma's bad faith laws, his duties under same, and that his threatening denial letter to Plaintiff was essentially an act of bad faith by ANPAC.  Finally, Plaintiff's counsel requested Sanders to retract ANPAC's threatening denial letter regarding Plaintiff's first-party claims. (*See* Email, EXHIBIT 15).

35.    Because ANPAC's threatening denial letter was clearly unreasonable and in bad faith, Sanders sent Plaintiff's counsel correspondence on November 9, 2015 retracting his/ANPAC's threatening denial letter to Plaintiff.   (*See* Email, EXHIBIT 16).

36.    During the chaos, Plaintiff provided ANPAC with all of the requested medical authorizations, a list of her providers and the initial medical bills she had received as a result of the accident so ANPAC could further evaluate Plaintiff's claim. (*See* Email, EXHIBIT 17).

37.     On October 30, 2015, Plaintiff's counsel met Samuels, ANPAC's staff appraiser, at Cummins so he could inspect Plaintiff's Suburban on behalf of ANPAC.

38.     On November 9, 2015, Samuels provided Plaintiff's counsel with its estimate in the amount of $20,397.20.  Samuels was unsure whether the Suburban sustained any additional hidden damage and stated that the Suburban needed to be torn down to supplement his estimate. (*See* Estimate, **EXHIBIT 18**).

39.     Plaintiff's counsel forwarded Samuels/ANPAC's estimate to Mercury on Tuesday, November 10, 2015, and made a reasonable settlement demand in the amount of $55,000.00, considering Mercury's position since the Accident was that Plaintiff's vehicle **was repairable**. (*See* Email, **EXHIBIT 19**).

40.     Plaintiff's counsel also advised ANPAC and Mercury that Plaintiff did not want her Suburban torn down and that she only wanted it repaired.   Plaintiff did not want her Suburban torn down because if there was no hidden damage, the re-sale value of the Suburban would be much less than the $47,500.00 Plaintiff had already been offered by Cummins.

41.     At 8:08 a.m. on November 11, 2015, Mercury responded to Plaintiff's settlement demand advising that Mercury was unable to settle Plaintiff's claims because Mercury was unsure whether Plaintiff's Suburban was repairable.  Mercury's new position – *i.e.*, that the Suburban may not be repairable and instead may be totaled – **was based on Mercury's conversations and communication with ANPAC's adjuster - *i.e.*, Plaintiff's own insurer**. (*See* Email, **EXHIBIT 20**).

42.     It was clear to Plaintiff and Plaintiff's counsel that Mercury and Plaintiff's own insurer, ANPAC, were in cahoots and were working together to reduce the value of Plaintiff's claim. The fact is, prior to speaking with ANPAC, Mercury's position had always been that Plaintiff's

vehicle was repairable. Mercury had even threatened Plaintiff to have the Suburban repaired or Mercury would not pay for Plaintiff's comparable rental vehicle.

43.     Accordingly, at 12:04 p.m. on November 11, 2015, Plaintiff's counsel sent Samuels and Sanders (*i.e.*, ANPAC) correspondence advising Samuels not to discuss Plaintiff's claim with Mercury any longer. (*See* Email, EXHIBIT 21).

44.     Three (3) minutes later at 12:07 p.m., and in response to Plaintiff's counsel's correspondence, Sanders, intentionally and with malice, advised Plaintiff and her counsel to "**…not communicate with [ANPAC's] staff appraiser [i.e., Samuels] any longer.**" (*See* Email, EXHIBIT 22). In short, Sanders and ANPAC have demanded that Plaintiff, ANPAC's own insured, not discuss ANPAC's estimate with the very person that performed the inspection and created the estimate, Samuels.

45.     The actions by Sanders, and thus ANPAC, are clearly intentional and with malice. Sanders, and thus ANPAC, have personally attacked Plaintiff, their own insured, in part because: (1) Plaintiff's counsel caught Sanders and ANPAC red handed regarding the erroneous threatening denial letter; and (2) Plaintiff's counsel caught ANPAC red handed colluding and conspiring with Mercury to reduce the value of Plaintiff's claim so both Mercury and ANPAC could limit their respective financial losses.

46.     Plaintiff is entitled to be made whole and put back in the same position she was in prior to the Accident. It is clear that ANPAC and Mercury are conspiring together to reduce the value of Plaintiff's claim so that she is not made whole and so that the insurers can reduce their financial loss as a result of Plaintiff's claim.

47.     Accordingly, ANPAC has forced Plaintiff to file suit just so Plaintiff can speak with ANPAC through depositions regarding her first-party claim.

### FIRST CAUSE OF ACTION - NEGLIGENCE - ZACHARY ALLEN WILSON

The Plaintiff, Stacey Wright, for her First Cause of Action, adopts and incorporates the allegations made in numerical paragraphs 1 through 47, above, and in addition, alleges and states:

48.      Wilson had a duty under Oklahoma statutes and common law to be an attentive driver.

49.      Wilson violated 47 O.S. § 11-901, *et seq.*, amongst other statutes, for driving recklessly and causing the Accident.  Such action constitutes negligence *per se.*

50.      Moreover, Wilson violated his common law duty to be an attentive driver.

51.      Wilson breached this duty by taking his eyes off of the roadway in an effort to pick up his cellular telephone that had fallen to the floorboard of his Dodge Ram truck.

52.      Wilson's breach in this regard was the proximate cause of the subsequent Accident.

53.      Wilson's breach was also the proximate cause of Plaintiff's property damage and bodily injuries, all of which exceed $75,000.

54.      Wilson's actions at the time of the Accident constituted a willful, wanton, and reckless disregard for the rights and safety of Plaintiff.  As such, an award of punitive damages is in order.

55.      Thus, Plaintiff, Stacey Wright respectfully requests this Court enter a judgment in her favor and against Defendant, Zachary Allen Wilson, for damages in excess of $75,000, including punitive damages, and along with interest, costs, attorney fees and any and all other legal or equitable relief this Court deems just and proper.

### SECOND CAUSE OF ACTION - RESPONDEAT SUPERIOR - ZACHARY WILSON WELDING

The Plaintiff, Stacey Wright, for her Second Cause of Action, adopts and incorporates the allegations made in numerical paragraphs 1 through 55, above, and in addition, alleges and states:

56.     Upon information and belief, the vehicle (2012 Dodge Ram) driven by Wilson at the time of the Accident was owned by and operated on behalf of Zachary Wilson Welding ("ZWW").

57.     As a result, ZWW is responsible for Wilson's actions, and thus negligent, while Wilson was operating the vehicle in the course and scope of his employment with ZWW.

58.     Because Wilson was operating the vehicle in the course and scope of his employment with ZWW at the time of the Accident, ZWW is responsible for Plaintiff's damages, including any punitive damages, as a result of the Accident.

59.     Thus, Plaintiff, Stacey Wright respectfully requests this Court enter a judgment in her favor and against Defendant, Zachary Wilson Welding, for damages in excess of $75,000, including punitive damages, and along with interest, costs, attorney fees and any and all other legal or equitable relief this Court deems just and proper.

### THIRD CAUSE OF ACTION - BREACH OF CONTRACT
### AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY

The Plaintiff, Stacey Wright, for her Third Cause of Action, adopts and incorporates the allegations made in numerical paragraphs 1 through 59, above, and in addition, alleges and states:

60.     At the time of the Accident, Plaintiff had an insurance policy with ANPAC that provided, *inter alia*, comprehensive coverage, collision coverage, customized equipment protection, rental expense coverage and UM/UIM coverage with limits of $25,000 per person.

61.     Plaintiff properly and timely notified ANPAC of the Accident and her claims as a result of the Accident.

62.     Plaintiff has complied with the terms and conditions of the Policy in all material ways.

63.     ANPAC, however, has breached its contractual obligations under the terms and conditions of the insurance Policy by failing to pay Plaintiff all of the benefits to which she is entitled under the terms and conditions of the Policy.

64.     As a result of ANPAC's breach of contract and other wrongful conduct, Plaintiff has sustained financial losses, mental and emotional distress and has been damaged in an amount in excess of $75,000, exclusive of attorneys' fees, costs and interest.

65.     Thus, Plaintiff, Stacey Wright respectfully requests this Court enter a judgment in her favor and against Defendant, American National Property and Casualty Company, for damages in excess of $75,000, including punitive damages, and along with interest, costs, attorney fees and any and all other legal or equitable relief this Court deems just and proper.

### FOURTH CAUSE OF ACTION - BAD FAITH
### AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY

The Plaintiff, Stacey Wright, for her Fourth Cause of Action, adopts and incorporates the allegations made in numerical paragraphs 1 through 65, above, and in addition, alleges and states:

66.     Plaintiff has made demand upon ANPAC for payment under all relevant Policy coverages, including payment of UM/UIM policy benefits. Plaintiff has met all conditions precedent for the payment of those policy benefits, including the payment for property damage to her vehicle.

67.     Instead of honoring the terms and conditions of its Policy with Plaintiff, ANPAC: (1) sent Plaintiff a menacing letter threatening to deny coverage based on erroneous reasons; (2) conspired and colluded with Mercury to reduce the value of Plaintiff's claim so ANPAC could limit its own financial losses as a result of Plaintiff's claim; and (3) personally attacked Plaintiff by demanding that Plaintiff no longer discuss her claim with ANPAC.

68.     ANPAC owed a duty to Plaintiff to deal fairly and in good faith.

69.     ANPAC breached its duty to deal fairly and in good faith with Plaintiff by engaging in the intentional and reckless conduct described above.

70.     ANPAC's obligations arise from both the express written terms of the Policy, Oklahoma common law and the Oklahoma Insurance Code.

71.     The conduct of ANPAC, as described above, constitutes bad faith and is a material and *tortious* breach of the terms and conditions of the Policy between the parties.

72.     As a direct result of ANPAC's bad faith conduct, Plaintiff's claim has been unnecessarily delayed and inadequately investigated.  Further, ANPAC's bad faith conduct in conspiring and colluding with Mercury to reduce the value of Plaintiff's claims have resulted in additional profits and a financial windfall for ANPAC.

73.     As a direct and proximate result of ANPAC's breach of its duty of good faith and fair dealing owed to Plaintiff, Plaintiff sustained damages, including deprivation of policy benefits, financial loss, mental anguish, embarrassment, anger, anxiety, worry and stress.

74.     Since Plaintiff made her claim with ANPAC, Wilson and ANPAC have demonstrated malicious intent by personally attacking Plaintiff and by colluding and conspiring with the tortfeasor's carrier, Mercury, to reduce the value of Plaintiff's claims. The conduct of ANPAC is so reckless, reprehensible, malicious, and outrageous as to warrant the imposition of punitive damages against ANPAC, to punish ANPAC and to deter like conduct by others.

75.     Thus, Plaintiff, Stacey Wright respectfully requests this Court enter a judgment in her favor and against Defendant, American National Property and Casualty Company, for damages in excess of $75,000, including punitive damages, and along with interest, costs, attorney fees and any and all other legal or equitable relief this Court deems just and proper.

**WHEREFORE**, the Plaintiff, Stacey Wright, for her causes of action, prays for judgment against the Defendants for an amount in excess of $75,000, plus her attorney's fees, costs, prejudgment interest and punitive damages.

Respectfully submitted,

Gerard F. Pignato, OBA No. 11473
PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:    405-606-3333
Facsimile:     405-606-3334
Email:           jerry@pclaw.org

AND

Clayton B. Bruner, OBA No. 22079
CLAYTON B. BRUNER, P.L.L.C.
2811 E. Main
Weatherford, Oklahoma 73096
Telephone:    (580) 774-5363
Facsimile:     (580) 772-7440
Email:claybrunerlaw@gmail.com
**ATTORNEYS FOR PLAINTIFF**

**JURY TRIAL DEMANDED**
**ATTORNEY LIEN CLAIMED**

13

EXHIBIT 1

# AN PAC

1949 E. SUNSHINE
SPRINGFIELD, MISSOURI 65899-0001
(417) 887-0220
www.ANPAC.com

**AMERICAN NATIONAL PROPERTY AND CASUALTY CO**

POLICY NUMBER
35-A-292-00M-9
POLICY TERM
08-25-15 TO 02-25-16*
AND SUBSEQUENT RENEWALS.

THIS FAMILY AUTOMOBILE AMENDED DECLARATION
REPLACES ALL PRIOR DECLARATIONS, IF ANY, AND WITH POLICY PROVISIONS AND
ANY ENDORSEMENTS ISSUED TO FORM A PART THEREOF COMPLETES THIS POLICY.
METHOD OF PAYMENT: EASY PAY PLAN – 0359349

NAMED INSURED AND ADDRESS

WRIGHT, TODD B & STACEY E
24352 E 1030 RD
WEATHERFORD  OK  73096-7504

CHANGE EFFECTIVE: 08-07-15
ORIGIN: AGENT
CHANGES: VEH, COV, LIEN

RATING ADDRESS:
24352 E 1030 RD
WEATHERFORD  OK  73096-7504

AGENT: D3498-P 1-SPE
DOUG POND
114 N CUSTER ST
WEATHERFORD OK 73096-4928

FOR CUSTOMER SERVICE:
580-774-2321

## DESCRIPTION OF INSURED PROPERTY

RATED
| VEH | DR | DESCRIPTION | ID NUMBER | TYPE |
|-----|----|-----|-----|------|
| 1 | 2 | 2015 CHE SUBURBAN 1500 | 1GNSKJKC6FR704991 | AUTO |
| 2 | 0 | 1995 GMC K2500 SIERRA | 1GTGK24K5S2546128 | PICKUP |
| 3 | 0 | 2011 CHE TAHOE 4D LT E | 1GNSKBE03BR292840 | AUTO |
| 4 | 1 | 2007 JEE WRANGLER 4D 4 | 1J4GA69197L170452 | AUTO |

## RATING INFORMATION, COVERAGES, PREMIUMS, AND LIMITS OF LIABILITY

INSURANCE IS PROVIDED ONLY WITH RESPECT TO THOSE OF THE FOLLOWING COVERAGES WHICH ARE INDICATED BY A SPECIFIC LIMIT OF LIABILITY AND/OR PREMIUM APPLICABLE THERETO.

| VEHICLE | 15 CHE SUBURBAN 1 | 95 GMC K2500 SIER | 11 CHE TAHOE 4D L | 07 JEE WRANGLER 4 |
|---------|-----|-----|-----|-----|
| BODILY INJURY LIABILITY | $147.00 | $136.00 | $140.00 | $152.00 |
| LIMIT PER PERSON/OCCURRENCE | 250,000/500,000 | 250,000/500,000 | 250,000/500,000 | 250,000/500,000 |
| PROPERTY DAMAGE LIABILITY | $89.00 | $65.00 | $81.00 | $90.00 |
| LIMIT PER OCCURRENCE | 100,000 | 100,000 | 100,000 | 100,000 |
| UNINSURED MOTORIST-POLICY PREM | $90.00 | INCLUDED | INCLUDED | INCLUDED |
| POL LIMIT PER PERSON/ACCIDENT | 25,000/50,000 | | | |
| COMPREHENSIVE | $204.00 | NO COVERAGE | $152.00 | $159.00 |
| DEDUCTIBLE | 1,000 | | 1,000 | 1,000 |
| ADDED COVERAGE ENDORSEMENT | NO | NO | NO | NO |
| LIMIT OF CUSTOMIZED EQUIPMENT | 2,000 | NO | 2,000 | 2,000 |
| COLLISION | $155.00 | NO COVERAGE | $112.00 | $55.00 |
| DEDUCTIBLE | 1,000 | | 1,000 | 1,000 |
| ADDED COVERAGE ENDORSEMENT | NO | NO | NO | NO |
| LIMIT OF CUSTOMIZED EQUIPMENT | 2,000 | NO | 2,000 | 2,000 |
| ROADSIDE ASST/WINDSHIELD REPAIR | $6.00 | NO COVERAGE | $6.00 | $6.00 |
| REIMBURSEMENT OF RENTAL EXPENSE | INCLUDED | | INCLUDED | INCLUDED |
| LIMIT PER DAY/AGGREGATE | 25/750 | | 25/750 | 25/750 |
| | ----------------- | ----------------- | ----------------- | ----------------- |
| TOTAL | $691.00 | $201.00 | $491.00 | $462.00 |

IMPORTANT NOTICE: THIS POLICY REDUCES THE APPLICABLE LIMITS FOR BODILY INJURY LIABILITY, PROPERTY
DAMAGE LIABILITY, UNINSURED MOTORIST COVERAGES SHOWN ON THIS DECLARATIONS PAGE TO THE LEGALLY REQUIRED
MINIMUM FINANCIAL RESPONSIBILITY LIMITS IN THE STATE WHEN AN INSURED VEHICLE IS OPERATED BY ANYONE OTHER
THAN YOU OR A RELATIVE.

| | VEHICLES | ENDORSEMENTS | TAX/FEE | TOTAL PREMIUM | |
|---|-----|-----|-----|-----|---|
| TOTAL PREMIUMS | $1,845.00 | $25.00 | $0.00 | $1,870.00 | DOUG POND |
| | | | | | AUTHORIZED REPRESENTATIVE |

DATE PRINTED   08/07/15

29D-07-03

SEE DECLARATION SECTION II FOR ADDITIONAL INFORMATION
SEE REVERSE SIDE FOR IMPORTANT INFORMATION

SM-484 (1-06)

THIS IS NOT A BILL

35-A-292-00M-9          WRIGHT, TODD B & STACEY E          08-25-15

**DECLARATIONS, SECTION II PAGE** 1          **POLICY TERM:** 08-25-15 TO 02-25-16*
                                                      *The policy term shown begins and ends at 12:01 a.m. Standard Time

| VEH. | DR. # | RATING INFORMATION |
|---|---|---|
| 1 | 2 | DRIVER IS 33 YEARS OLD,MILEAGE IS LESS THAN 7,500,PLEASURE USE |
| 2 | 0 | PICKUP |
| 3 | 0 | AUTOMOBILE |
| 4 | 1 | DRIVER IS 36 YEARS OLD,MILEAGE IS LESS THAN 7,500,PLEASURE USE |

| VEH. | DR. # | OPERATOR INFORMATION | | AD&D | INC-LOSS | ACCDT/CONV/INEXP | | |
|---|---|---|---|---|---|---|---|---|
| 4 | 1 | PRINCIPAL | M MAR WRIGHT TODD | N | N | 0 | 0 | 0 |
| 1 | 2 | PRINCIPAL | F MAR WRIGHT STACEY E | N | N | 0 | 0 | 0 |

| VEH. | POLICY DISCOUNTS |
|---|---|
| 1 | COMP CLM FREE; THREE LINE; MULTI-CAR; |
| 2 | THREE LINE; |
| 3 | COMP CLM FREE; THREE LINE; |
| 4 | COMP CLM FREE; THREE LINE; MULTI-CAR; |

| VEH. | THIS POLICY IS SUBJECT TO THE FOLLOWING FORMS AND ENDORSEMENTS | | | |
|---|---|---|---|---|
| 1 | #SA1222 | 03-05 | $25 | GAP - AUTO |
| 1,2,3,4 | SA1668 | 05-13 | | OKLAHOMA AUTO AMENDATORY |
| 1,3,4 | SA2476 | 11-12 | | CUSTOMIZED EQUIPMENT |
| 1,2,3,4 | SA405OK | 10-00 | | OKLAHOMA AUTOMOBILE POLICY |

**LOSS PAYEE(S)/ADDITIONAL INTEREST(S)**

| VEHICLE: 3 | VEHICLE: 4 | VEHICLE: 1 |
|---|---|---|
| ALLY | CHASE AUTO FINANCE | US BANK NA |
| PO BOX 674 | 4070 WILLOW LAKE BLVD | PO BOX 3427 |
| MINNEAPOLIS MN 55440-0674 | MEMPHIS TN 38118-7045 | OSHKOSH WI 54903-3427 |
| LOSS PAYEE | LOSS PAYEE | LOSS PAYEE |

SM-1831 (1-06)

**IMPORTANT POLICY INFORMATION**

**IMPORTANT INFORMATION ON HOW TO REPORT A CLAIM**
**BUCKLE UP AND DRIVE DEFENSIVELY**

One in five drivers will have an accident this year.  We hope it is not you.  However, if it happens, remember to get the following information from the other driver:

1. Vehicle Owner's Name, Address, and Telephone Numbers
2. Make and Model of Vehicle
3. Car License Plate Number
4. Driver's Name (if other than owner), Address, and Telephone Numbers
5. Driver's License Number
6. Insurance Company Name and Policy Number
7. Owner's and Driver's Place of Employment
8. Promptly File State Safety Responsibility Forms

**REMEMBER TO REPORT YOUR CLAIM TO ANPAC® IMMEDIATELY (TOLL FREE) 1-800-333-2860**

EXHIBIT 2

DEPARTMENT OF PUBLIC SAFETY

# OKLAHOMA MOTOR VEHICLE COLLISION REPORT

**Please Read**
**Instructions on Reverse Side**

PO Box 11415
Oklahoma City OK 73136-0415

Driver Compliance Division

3600 N. M L King Ave
Oklahoma City OK 73111

**Submit Report if**
**Settlement Has Not Been Made**

| Collision Date | Time | No. of Vehicles Involved | City | County |
|---|---|---|---|---|
| 9-25-15 | 1877 | | H. Sro | Codd a |

Collision Location

(Street Name or Highway Number, Nearest Intersection)

## VEHICLE NO. 1
**(Your Vehicle)**

| Driver Name | | | | Owner Name ☐ Same As Driver | | | |
|---|---|---|---|---|---|---|---|
| Date of Birth | DL No. | | DL State | Date of Birth | DL No. | | DL State |

**Damage Estimate**

| Street | | | | Street | | | |
|---|---|---|---|---|---|---|---|
| City | | State | Zip | City | | State | Zip |
| Vehicle Year | Vehicle Make | Vehicle Model | | Vehicle Tag No. | | Tag State | Tag Year |

**Total Injury Amount::**

YOU WILL BE CONSIDERED UNINSURED *AND SUBJECT TO SUSPENSION OF YOUR DRIVER LICENSE* IF THE FOLLOWING SECTION IS INCOMPLETE:

| Insurance Company | | | Insurance Agent Name | | Phone |
|---|---|---|---|---|---|
| Policy Number: | | | Address | | |
| Policy Period | From | To | City | State | Zip |

IMPORTANT:  ATTACH ITEMIZED DOCTOR'S/HOSPITAL/PHARMACY BILLS *(ATTACH ADDITIONAL FORMS IF NECESSARY)*

| Name | Address | Age | Sex | Driver | Passenger | Pedestrian | Injured | Killed |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| Injuries and/or Death | | | | | | | | |

## VEHICLE NO. 2

**Other Driver/Owner**

**Date of Birth must be included**

before action can be taken under the Financial Responsibility Law

| Driver Name | | | | Owner Name ☐ Same As Driver | | | |
|---|---|---|---|---|---|---|---|
| Date of Birth | DL Number | | DL State | Date of Birth | DL Number | | DL State |
| Street | | | | Street | | | |
| City | | State | Zip Code | City | | State | Zip Code |
| Vehicle Make | Vehicle Year | Vehicle Type | | Vehicle Tag No. | | Tag State | Tag Year |

INSURANCE INFORMATION OF OTHER DRIVER:                    INSURANCE DENIAL ATTACHED? ☐ YES   ☐ NO

| Insurance Company | | | Insurance Agent Name | | Phone |
|---|---|---|---|---|---|
| Policy Number: | | | Address | | |
| Policy Period | From | To | City | State | Zip |

## VEHICLE NO. 3

**Other Driver/Owner**

**Date of Birth must be included**

before action can be taken under the Financial Responsibility Law

| Driver Name | | | | Owner Name ☐ Same As Driver | | | |
|---|---|---|---|---|---|---|---|
| Date of Birth | DL Number | | DL State | Date of Birth | DL Number | | DL State |
| Street | | | | Street | | | |
| City | | State | Zip Code | City | | State | Zip Code |
| Vehicle Make | Vehicle Year | Vehicle Type | | Vehicle Tag No. | | Tag State | License Year |

INSURANCE INFORMATION OF OTHER DRIVER:                    INSURANCE DENIAL ATTACHED? ☐ YES   ☐ NO

| Insurance Company | | | Insurance Agent Name | | Phone |
|---|---|---|---|---|---|
| Policy Number: | | | Address | | |
| Policy Period | From | To | City | State | Zip |

Describe what you think caused the collision.  Please refer to vehicles by number:

I STATE THAT THE INFORMATION ON THIS REPORT IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE

| I AM: | ☐ Driver | ☐ Owner | ☐ Attorney/Corp./Agency Officer | ☐ Insurance Agent |
|---|---|---|---|---|
| Signature | | Phone | Date | |

DPS FR307 024 012505




DEPARTMENT OF PUBLIC SAFETY

# OKLAHOMA MOTOR VEHICLE COLLISION REPORT

Driver Compliance Division
405.425.2098

P.O. Box 11415
Oklahoma City OK 73136-0415

3600 N. M L King Ave
Oklahoma City OK 73111

CASE # 2015 035

## INSURANCE INFORMATION EXCHANGE

| Police Officer Thompson Sams | DATE 9-25-15 | Use this form to exchange your information with the other party at the scene of the collision. |
|---|---|---|
| Driver Name Zachary Wilson | | |
| Driver License No. F 0801 828 644 | Date of Birth | Insurance Company American Mercury Ins — Phone 580-765-4441 |
| Address | Phone 580-352-4234 | Agent Name |
| City State Zip | | Address |
| Vehicle Owner: ☐ same as driver | | City State Zip |
| Address | Phone | Policy No. 19 A 35000 000 1525 |
| City State Zip | | Policy Effective Date — Policy Expiration Date |
| Driver License No. | Date of Birth | Vehicle Make — Model — Year — Tag No./State |

**The official *Oklahoma Traffic Collision Report*, the police investigative report, can be obtained by calling Records Management at 405.425.2262**

# INSTRUCTIONS

**WHILE AT THE SCENE OF THE COLLISION**

1. Print your name and insurance information legibly in the form above.

2. Give your information to the other driver *and* then you receive their information.

3. Contact their insurance agent and your insurance agent to report the collision and to file the proper claim forms.

**If the insurance information provided above is denied or non-existent or <u>you did not have the opportunity to obtain the above information</u>, you will need to complete the reverse side of this form and submit within one year from the date of the collision.**

4. Using this form which contains the other party's information (if investigated by law enforcement personnel), complete all blanks; *incomplete reports will be returned*. Date of birth must be included for adverse driver and/or owner; your insurance information must also be included.

5. Report must be dated and signed.

6. Attach the following appropriate documents as evidence of personal injury or property damage.

   (a)  PERSONAL INJURY - Copies of itemized doctor, hospital, and/or pharmacy bills incurred as a result of the collision.

   (b)  VEHICLE DAMAGE - An itemized estimate of repair or total loss statement for damages caused by the collision, <u>dated and signed</u> by an authorized representative of a garage or body shop. Do not send any other supporting evidence such as pictures, copies of checks, or other type of documents or diskettes.

   (c)  PROPERTY DAMAGE, OTHER THAN MOTOR VEHICLE - An itemized estimate or statement of repair due to the collision separately listing the cost of materials and the cost of labor dated and signed by a qualified professional or your receipts.

   (d)  Insurance denial from other party's company if a claim was filed.

7. Upon completion, mail the report to the Department of Public Safety at the above address.

DPS FR307 024 C12008

DO NOT WRITE IN THIS SPACE

Pg 1 of 4

# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT

|  | Y | N |  | Y | N |
|---|---|---|---|---|---|
| Incident Report |  |  |  |  |  |
| Investigation Completed | X |  | Revised |  | X |
| Investigation Made at Scene | X |  | Fatality |  | X |
| Photographs |  | X | Hit and Run |  | X |

**(1) Reporting Agency**
HYDRO POLICE DEPARTMENT

**Case Number (Agency Use)**
2015035

Motor Vehicles Involved 02   Number Injured 01   Number Killed 00

**(2) Date of Collision (mm/dd/yyyy)** 09252015   **Time** 1822   **County Number and Name** 08 CADDO   **Nearest City or Town Number and Name** In ☒ Near 60 HYDRO

**(3) Distance from Nearest City or Town Limits** Mi. FT. N S   Mi. FT. E W   Control # Int ID Location East Grid North Grid Administrative

**(4) Street, Road or Highway** SH58   At 0091   Mi. FT. ☒ N S E W   **Distance from** (Nearest) Intersecting Street, Road or Highway SH66

**(5) Unit** 01   **Occupants** 01   **Type** D   **Hit & Run CMV**   **Last Name** WRIGHT   **First** STACEY   **Middle** ELAINE   **Suffix**   **Date of Birth (mm/dd/yyyy)** 04301982   **Sex** F

**(6) Address** 24352 E 1030 RD   **City** WEATHERFORD   **State** OK   **Zip** 73096   **Telephone (Use Area Code)** 5803021849

**(7) Driver License Number** D080826870   **State** OK   **Class** D   **Endorsement(s)**   **Restriction(s)** 1   **Inj. Sev.** 2   **Type of Injury** 3   **Drv/Ped. Cond.** 01   **OP Use** 04

**(8)** Air Bag 1   Ejected 1   Extricated 1   Test 5   (% BAC) 0.   **Transported by**   **To Medical Facility**   **License Plate Number** 280LSJ   **State** OK   **Month** 08   **Year** 2016

**(9) VIN** 1GNSKJKC6FR704991   **Vehicle Year** 2015   **Color** RED   **2nd Color** 0   **Make** CHEV   **Model** SUBU   20   **Veh. Cond.** Extent of Damage 4

**(10)** Insurance Verification 2   **Insurance Company Name** AMERICAN NAT'L PROP. & CAS. IN   **Policy Number** 35A29200M9   **Insurance Telephone (Use Area Code)** 5807742321

**(11) Vehicle Removed by** HYDRO AUTO SALVAGE & WRECKER S   Driver ☐ Same as Driver ☒   **Owner's Last Name**   **First**   **Middle**   **Suffix**

**(12) Owner's Address**   **City**   **State**   **Zip**   Oversized Load 0   Towed Veh. Type   Rolled ☐ Burned ☐   Phone present ☒ Phone in use ☐

**(13) Citation Number**   **Statute/Ordinance Number**   **Citation Number**   **Statute/Ordinance Number**

**(14) Unit** 02   **Occupants** 01   **Type** D   **Hit & Run**   **Last Name** WILSON   **First** ZACHARY   **Middle** ALLEN   **Suffix**   **Date of Birth (mm/dd/yyyy)** 01051986   **Sex** M

**(15) Address** 1927 SOUTH 15TH STREET   **City** CHICKASHA   **State** OK   **Zip** 73018   **Telephone (Use Area Code)** 5803524234

**(16) Driver License Number** F080828644   **State** OK   **Class** D   **Endorsement(s)**   **Restriction(s)** 1   **Inj. Sev.** 1   **Type of Injury** 0   **Drv/Ped. Cond.** 01   **OP Use** 01

**(17)** Air Bag 1   Ejected 1   Extricated 1   Test 5   (% BAC) 0.   **Transported by**   **To Medical Facility**   **License Plate Number** 765LTH   **State** OK   **Month** 09   **Year** 2015

**(18) VIN** 3C63DRBL5CG268238   **Vehicle Year** 2012   **Color** BLK   **2nd Color** 0   **Make** DODG   **Model** RAM   **Veh. Cond.** Extent of Damage 4

**(19)** Insurance Verification 1   **Insurance Company Name** AMERICAN MERCURY INSURANCE   **Policy Number** BA350000001525   **Insurance Telephone (Use Area Code)** 5807654441

**(20) Vehicle Removed by** HYDRO AUTO SALVAGE & WRECKER S   Driver ☐ Same as Driver ☒   **Owner's Last Name**   **First**   **Middle**   **Suffix**

**(21) Owner's Address**   **City**   **State**   **Zip**   Oversized Load 0   00   Towed Veh. Type   Rolled ☐ Burned ☐   Phone present ☒ Phone in use ☐

**(22) Citation Number**   **Statute/Ordinance Number**   **Citation Number**   **Statute/Ordinance Number**

**(23) Investigating Officer** OFFICER THOMPSON   **Badge Number** 102   **Trp/Div. Assigned**   **Trp/Div. Location**   **Reviewer (Init.)**   **Reviewer Badge Number**   **Date of Report (mm/dd/yyyy)** 09262015

WARNING - STATE LAW   Use of contents for commercial solicitation is unlawful

Case Number  2015035

Pg 2 of 4

**(24) Unit** | Injured ☐ | Passenger ☐ | Witness ☐ | Prop. Owner ☐ | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex

**(25)** Address | Same as Driver ☐ | City | State | Zip | Telephone (Use Area Code)

**(26)** Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type

**(27) Unit** | Injured ☐ | Passenger ☐ | Witness ☐ | Prop. Owner ☐ | Pos in Veh. | Last Name | First | Middle | Suffix | DOB (mm/dd/yyyy) | Sex

**(28)** Address | Same as Driver ☐ | City | State | Zip | Telephone (Use Area Code)

**(29)** Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type

**(30) Unit** | Injured ☐ | Passenger ☐ | Witness ☐ | Prop. Owner ☐ | Pos in Veh. | Last Name | First | Middle | Suffix | DOB (mm/dd/yyyy) | Sex

**(31)** Address | Same as Driver ☐ | City | State | Zip | Telephone (Use Area Code)

**(32)** Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type

**(33) Unit** | Injured ☐ | Passenger ☐ | Witness ☐ | Prop. Owner ☐ | Pos in Veh. | Last Name | First | Middle | Suffix | DOB (mm/dd/yyyy) | Sex

**(34)** Address | Same as Driver ☐ | City | State | Zip | Telephone (Use Area Code)

**(35)** Injury Severity / Type | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type

**Complete information below if this vehicle is being used for COMMERCE/BUSINESS and has a GVWR/GCWR IN EXCESS OF 10,000 LBS., or has a HAZMAT PLACARD, or is a BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER**

**(36)** Unit | Carrier Name | Address

**(37)** City | State | Zip | GVWR ☐ / GCWR ☐ | 0 - 10K lbs. ☐ / 10,001 - 26K lbs. ☐ / 26K+ lbs. ☐ | Axle Qty. | Cargo Body | Vehicle Use: Interstate Commerce ☐ / Intrastate Commerce ☐

**(38)** U.S. DOT Number | NASI Report Number  OK | Placard Number | Haz. Mat. Class | Haz. Mat. Involved  Yes ☐ / No ☐ | Haz. Mat. Release  Yes ☐ / No ☐ | Other Non-Commercial ☐ / Government ☐

**(39)** Unit | Carrier Name | Address

**(40)** City | State | Zip | GVWR ☐ / GCWR ☐ | 0 - 10K lbs. ☐ / 10,001 - 26K lbs. ☐ / 26K+ lbs. ☐ | Axle Qty. | Cargo Body | Vehicle Use: Interstate Commerce ☐ / Intrastate Commerce ☐

**(41)** U.S. DOT Number | NASI Report Number  OK | Placard Number | Haz. Mat. Class | Haz. Mat. Involved  Yes ☐ / No ☐ | Haz. Mat. Release  Yes ☐ / No ☐ | Other Non-Commercial ☐ / Government ☐



**Position in Vehicle**

00. Not Applicable
26. First Row - Other
28. Second Row - Other
38. Third Row - Other
48. Fourth Row - Other
50. Sleeper Section of Truck Cab

See manual for additional seating examples

**Vehicle Configuration**

00. N/A
01. Passenger Veh.-2 Dr
02. Passenger Veh.-4 Dr
03. Passenger Veh. Conv.
04. Pickup
05. Single Unit Truck, 2 axles
06. Single Unit Truck, 3+ axles
07. School Bus
08. Truck/Trailer
09. Truck-Tractor (Bobtail)
10. Truck-Tractor Semi-Trailer
11. Truck-Tractor Double
12. Truck-Tractor Triple
13. Bus/Large Van 9-15 occupants including driver
14. Bus 16+ occupants including driver
15. Motorcycle
16. Motor Scooter/ Moped
17. Motor Home
18. Farm Machinery
19. ATV
20. SUV
21. Passenger Van
22. Truck more than 10,000 lbs., Cannot Classify
23. Van 10,000 lbs. or Less
24. Unknown

**Cargo Body Type**

00. N/A
01. Bus 9-15 seats
02. Bus 16+ seats
03. Van / Enclosed Box / Stock Trailer
04. Cargo Tank
05. Flatbed
06. Intermodal
07. Dump Truck/ Trailer
08. Concrete Mixer
09. Auto Transporter
10. Garbage/Refuse
11. Hopper (grain, chips, gravel)
12. Pole Trailer
13. Log Trailer
14. Vehicle Towing Vehicle
15. Other
99. Unknown

DPS: 0192-02 REV 0107

Case Number **2015035**

# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT Pg 3 of 4

| | Unit | Total Lanes In Roadway | Legal Speed | Pedestrian / Pedalcyclist Only | | | | | Was the collision in or near a construction, maintenance or utility work zone? (If yes, complete this section) | Yes | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Actions Prior to Collision | Location at Time of Collision | Safety Equip. | Unit Number of Vehicle Striking | | | No | X | |
| This unit will correspond to "Unit 1" | 01 | 02 | 55 | | | | | | | | | |
| This unit will correspond to "Unit 2" | 02 | 02 | 55 | | | | | | | | | |

**Type of Work Zone**
1 Lane Closure
2 Lane Shift/Crossover
3 Work on Shoulder or Median
4 Intermittent or Moving Work
9 Unknown

**Location of the Work Zone Collision**
1 Before the First Work Zone Warning Sign
2 Advance Warning Area
3 Transition Area
4 Activity Area
5 Termination Area
9 Unknown

Workers Present   Yes ☐   No ☐   Unknown ☐

| Light | 1 | | What Vehicle Was Going to Do | Unit 1 | Unit 2 | | Underride/ Override | Unit 1 | Unit 2 |
|---|---|---|---|---|---|---|---|---|---|
| 1 Daylight | | | | 12 | 01 | | | | |
| 2 Dark-Not Lighted | | | 00 Not Applicable | | | | 0 Not Applicable | | |
| 3 Dark-Lighted | | | 01 Go Ahead | | | | 1 No Underride or Override | | |
| 4 Dawn | | | 02 Turn Left | | | | 2 Underride, Compartment Intrusion | | |
| 5 Dusk | | | 03 Turn Right | | | | 3 Underride, No Compartment Intrusion | | |
| 6 Dark-Unknown Lighting | | | 04 Make "U" Turn | | | | 4 Underride, Compartment Intrusion Unknown | | |
| 7 Other | | | 05 Stop | | | | 5 Override, Motor Vehicle in Transport | | |
| 9 Unknown | | | 06 Slow for Cause | | | | 6 Override, Other Motor Vehicle | | |
| | | | 07 Start from Park/Stop | | | | 9 Unknown | | |
| **Weather** | **03** | | 08 Change Lanes | | | | | | |
| | | | 09 Overtake | | | | | | |
| 01 Clear | | | 10 Pass | | | | **Traffic Control** | Unit 1 | Unit 2 |
| 02 Fog/Smog/Smoke | | | 11 Back | | | | | 01 | |
| 03 Cloudy | | | 12 Remain Stopped | | | | 00 No Control | | |
| 04 Rain | | | 14 Remain Parked | | | | 01 Stop Sign | | |
| 05 Snow | | | 15 Enter/Merge in Traffic | | | | 02 Traffic Signal | | |
| 06 Sleet/Hail (Freezing Rain/Drizzle) | | | 16 Negotiate a Curve | | | | 03 Flashing Traffic Signal | | |
| 07 Severe Crosswind | | | 16 Park | | | | 04 School Zone Signs | | |
| 08 Blowing Sand | | | 17 Other | | | | 05 Yield Sign | | |
| 09 Blowing Sand, Soil, Dirt | | | 99 Unknown | | | | 06 Warning Sign | | |
| 10 Other | | | | | | | 07 Railroad Advance Warning Sign | | |
| 99 Unknown | | | **What Vehicle Did** | Unit 1 | Unit 2 | | 08 Railroad Cross Bucks | | |
| | | | | 12 | 01 | | 09 Railroad Gates | | |
| **Locality** | **7** | | 00 Not Applicable | | | | 10 Railroad Signal | | |
| | | | 01 Went Ahead | | | | 11 No Passing Zone | | |
| 1 Residential | | | 02 Turned Left | | | | 12 Person (including flagger, law enforcement, crossing guard, etc.) | | |
| 2 Business | | | 03 Turned Right | | | | 13 Abnormal Control | | |
| 3 Industrial | | | 04 Entered "U" Turn | | | | 14 Other | | |
| 4 School | | | 05 Stopped | | | | 99 Unknown | | |
| 5 Not Built-up | | | 06 Slowed | | | | | | |
| 6 Mixed Use | | | 07 Started from Park/Stop | | | | **Vehicle Removal** | Unit 1 | Unit 2 |
| 7 Other | | | 08 Entered Other Lane | | | | | 1 | 1 |
| 9 Unknown | | | 09 Overtaking | | | | 0 Not Applicable | | |
| | | | 10 Passing | | | | 1 Towed Due to Vehicle Damage | | |
| **Type of Intersection** | **0** | | 11 Backed | | | | 2 Towed For Reasons Other Than Damage | | |
| | | | 12 Remained Stopped | | | | 3 Remained at Scene | | |
| 0 Not an Intersection | | | 14 Remained Parked | | | | 4 Driven from Scene | | |
| 1 Y-Intersection | | | 14 Entered/Merged | | | | | | |
| 2 T-Intersection | | | 15 Departed Rdwy-Right | | | | **Vehicle Condition** | Unit 1 | Unit 2 |
| 3 Four-Way Intersection | | | 16 Departed Rdwy-Left | | | | | 01 | 01 |
| 4 Five-Point or More Intersection as Part of Interchange | | | 17 Swerved Right | | | | 00 Not Applicable | | |
| | | | 18 Swerved Left | | | | 01 Apparently Normal | | |
| 5 Traffic Circle | | | 19 Parked | | | | 02 Brakes | | |
| 6 Roundabout | | | 20 Other | | | | 03 Headlights | | |
| 9 Unknown | | | 99 Unknown | | | | 04 Steering | | |
| | | | | | | | 05 Tail Lights | | |
| **Visibility Obscured by** | Unit 1 | Unit 2 | **Road Surface Conditions** | Unit 1 | Unit 2 | | 06 Brake Lights | | |
| | 00 | 00 | | 01 | 01 | | 07 Tires/Wheels | | |
| 00 Not Applicable | | | 01 Dry | | | | 08 Signal Lights | | |
| 01 Trees | | | 02 Wet | | | | 09 Windows | | |
| 02 Embankment | | | 03 Ice/Frost | | | | 10 Truck Coupling/Trailer Hitch/Safety Chains | | |
| 03 Building | | | 04 Snow | | | | 12 Mirrors   15 Other | | |
| 04 Signs | | | 05 Mud, Dirt, Gravel | | | | 13 Wipers   99 Unknown | | |
| 05 Parked Vehicles | | | 06 Slush | | | | 14 Power Train | | |
| 06 High Weeds | | | 07 Water (standing, moving) | | | | | | |
| 07 Fences | | | 08 Sand | | | | **Special Function of Vehicle** | Unit 1 | Unit 2 |
| 08 Shrubbery | | | 09 Oil | | | | | 00 | 00 |
| 09 Ice, Snow or Frost on Windows | | | 10 Other | | | | 00 Not Applicable | | |
| 10 Smoke | | | 99 Unknown | | | | 01 School Bus | | |
| **Incident Type** | **00** | | | | | | 02 Transit Bus | | |
| | | | **Road Character** | | | | 03 Intercity Bus | | |
| 00 Not an Incident | | | **Grade** | Unit 1 | Unit 2 | | 04 Charter Bus | | |
| 51 Private Property | | | 1 Level | 1 | 1 | | 05 Other Bus | | |
| 52 Deliberate Intent | | | 2 Hillcrest | | | | 06 Military | | |
| 53 Medical Condition | | | 3 Uphill | | | | 07 OHP | | |
| 54 Legal Intervention | | | 4 Downhill | | | | 08 Other Police | | |
| 55 Suicide | | | 5 Sag (bottom) | | | | 09 Other Law Enforcement | | |
| 56 Drowning | | | | | | | 10 Ambulance | | |
| 57 Other | | | **Road Alignment** | Unit 1 | Unit 2 | | 11 Fire Truck | | |
| | | | 1 Straight | 1 | 1 | | 12 Public Owned Vehicle | | |
| **Location of First Harmful Event** | **01** | | 2 Curve – Left | | | | 13 Highway Equipment | | |
| | | | 3 Curve – Right | | | | 14 Special Mobilized Machine | | |
| 01 On Roadway | | | | | | | 15 Other | | |
| 02 Shoulder | | | **Road Surface Type** | Unit 1 | Unit 2 | | | | |
| 03 Median | | | | 2 | 2 | | | | |
| 04 Roadside | | | 1 Concrete | | | | | | |
| 05 Gore | | | 2 Asphalt | | | | | | |
| 06 Separator | | | 3 Gravel | | | | | | |
| 07 Parking Lane/Zone | | | 4 Dirt | | | | | | |
| 08 Off Roadway, Location Unknown | | | 5 Brick | | | | | | |
| 69 Outside Right-of-Way | | | 6 Other | | | | | | |
| 10 Other | | | 9 Unknown | | | | | | |
| 99 Unknown | | | | | | | | | |

| **Trafficway** | Unit 1 | Unit 2 |
|---|---|---|
| | 2 | 2 |
| 00 Not Applicable | | |
| 1 One Way | | |
| 2 Two-Way – Not Divided | | |
| 3 Two-Way – Divided | | |
| 4 Two-Way – Divided – Positive Median Barrier | | |
| 5 Ramp Loop | | |
| 6 Ramp / Loop | | |
| 7 Driveway | | |
| 8 Alley / Parking Lot | | |
| 9 Unknown | | |

| **Unsafe / Unlawful Contributing Factors** | Unit 1 | Unit 2 |
|---|---|---|
| | 98 | 71 |

**FAILED TO YIELD**
01 From Stop Sign
02 From Yield Sign
03 Private Drive
04 County Road at Through Highway
05 From Signal Light
06 From Alley
07 To Pedestrian
08 To Vehicle on Right
09 To Vehicle in Intersection
10 To Emergency Vehicles
12 Other

**FOLLOWED TOO CLOSELY**
13 Human Element
14 Traffic Condition
15 Weather Condition

**UNSAFE SPEED**
16 Driver's Ability (Aged)
17 Inexperienced Driver - Young
18 Exceeding Legal Limit
19 For Traffic Conditions
20 For Type of Roadway (Gravel, Dirt, etc.)
21 For Ice or Snow on Roadway
22 Rain or Wet Roadway
23 Wind
24 Other Weather Conditions
25 Vehicle Condition
26 View Obstruction
27 On Curve/Turn
28 Impeding Traffic

**IMPROPER TURN**
30 From Wrong Lane
31 From Direct Course
32 Right
33 Left
34 Turn About/U-Turn
35 To Enter Private Drive
36 In Front of Oncoming Traffic
37 Other

**CHANGED LANES UNSAFELY**
39 STOPPED IN TRAFFIC LANE

**FAILED TO STOP**
40 For Stop Sign
41 For Traffic Signal
42 For School Bus
43 For Railroad Gates/Signal
44 For Officer/Flagman
45 At Sidewalk/Stopline
46 Other

**UNSAFE VEHICLE**
47 Brakes
48 Steering

49 Tires
50 Suspension
51 Headlights
52 Tail Lights
53 Stop Lights
54 Wheel
55 Exhaust System
56 Windshield Wipers
57 Other Mechanical Defects

**LEFT OF CENTER**
58 In Meeting
59 No Passing Zone (Unmarked)
60 Marked Zone
61 Other

**IMPROPER OVERTAKING**
62 In Marked Zone
63 On Hill/Curve
64 At Intersection
65 Without Sufficient Clearance
66 Other

**IMPROPER PARKING**
67 On Roadway
68 Where Prohibited

**INATTENTION**
70 Distracted by Passenger in Vehicle
71 Other Distraction Inside Vehicle
72 Distraction From Outside Vehicle
73 Other

**WRONG WAY**
74 On One Way
75 On Exit Ramp
76 On Entrance Ramp
77 Other

**IMPROPER START FROM**
78 Parked Position
79 Other

**ALCOHOL-DUI/DWI**
81 DRUG-DUI

**OTHER IMPROPER ACT/ MOVEMENT**
82 Failed to Signal
83 Disregarded Warning Signal
84 Improper Use of Lane
85 Improper Backing
86 Apparently Sleepy
87 Failed to Secure Load
88 Other/Unknown

**UNKNOWN/IMPROPER ACT**
89 Deer in Roadway
91 Animal In Roadway
91 Domestic Animal in Rdwy
92 Avoiding Other Vehicle
93 Avoiding Pedestrian
94 Object/Debris In Roadway
95 Defect in Roadway
96 Abnormal Traffic Control
97 Improper Bicyclist Action
98 NO IMPROPER ACTION BY DRIVER
99 PEDESTRIAN ACTION

| **Emergency Vehicle Responding to an Emergency** | Unit 1 | Unit 2 |
|---|---|---|
| | 0 | 0 |
| 0 N/A   2 No | | |
| 1 Yes | | |

| **Driver Distracted by** | Unit 1 | Unit 2 |
|---|---|---|
| | 0 | 1 |
| 0 Not Applicable/None | | |
| 1 Electronic Communication Devices | | |
| 2 Other Electronic Devices | | |
| 3 Texting Device | | |
| 4 Other Inside Vehicle | | |
| 5 Other Outside Vehicle | | |
| 9 Unknown | | |

| **Point of First Contact on Vehicle** | Unit 1 | Unit 2 |
|---|---|---|
| | 07 | 01 |

| **Most Damaged Area** | Unit 1 | Unit 2 |
|---|---|---|
| | 07 | 01 |

00 Not Applicable   14 Undercarriage
13 Top                     15 Unknown

Case Number 2015035

Latitude [ ] N   Longitude [ ] W   Railroad Crossing Number [ ]   Roadway Orientation Unit Number 01 NE SW **S**   Unit Number 02 NE SW **S**   Pg **4** of **4**

Indicate North by Arrow



SH58

2

10' IMPROVED SHOULDER →   8' IMPROVED SHOULDER

40'

STOP SIGN →

W

S.H.66

**COLLISION EVENTS**

| Unit | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event | First Harmful Event for the Entire Collision |
|------|-------------|--------------|-------------|--------------|--------------------|---------------------------------------------|
| 01 | 34 | 00 | 00 | 00 | 34 | 34 |
| 02 | 34 | 00 | 00 | 00 | 00 | |

00 - Not Applicable
10 Overturn/Rollover
11 Fire/Explosion
12 Immersion
13 Jackknife
14 Cargo/Equipment Loss or Shift
15 Equipment Failure (Blown Tire, Brake Failure, etc.)
16 Separation of Units
17 Departed Road Right
18 Departed Road Left
19 Cross Median/Centerline
20 Downhill Runaway

21 Fell/Jumped From Motor Vehicle
22 Thrown Or Falling Object
23 Other Non-Collision
PERSON, MOTOR VEHICLE, OR NON-FIXED OBJECT:
30 Pedestrian
31 Pedal Cycle
32 Railway Vehicle (train, engine)
33 Animal
34 Motor Vehicle in Transport
35 Parked Motor Vehicle
36 Struck by Falling, Shifting Cargo or Anything Set in Motion by Motor Vehicle

37 Work Zone/Maintenance Equipment
38 Other Non-Fixed Object
FIXED OBJECT:
40 Barrier (Cable)
41 Barrier (Concrete)
42 Barrier (Other)
43 Fence Pole
44 Fence
45 Traffic Signal Support
46 Traffic Sign Support
47 Utility Pole/Light Support
48 Other Post/Pole/Support
49 Guardrail/Guardrail Face
50 Guardrail End
51 Culvert
52 Curb
53 Island
54 Sand Barrels
55 Impact Attenuator/ Crash Cushion

56 Pavement Drop-Off
57 Ditch
58 Embankment
59 Tree (Standing)
60 Dividing Strip
61 Retaining Wall
62 Bridge Abutment
63 Bridge Pier or Support
64 Bridge Rail
65 Bridge Post
66 Bridge Curb
67 Bridge Super Structure (Beams)
68 Bridge Overhead Structure
69 Delineator
70 Mailbox
71 Other Fixed Object
72 Other Highway Structure
73 Ground
99 Unknown

**Remarks**

UNIT 1 WAS STOPPED BEHIND ANOTHER VEHICLE (BOTH FACING SOUTH) AT A STOP SIGN AT SH58 AND SH66 (INTERSECTION). UNIT 2 WAS TRAVELING SOUTH ON SH58. THE DRIVER OF UNIT 2 STATED HE DROPPED HIS PHONE INSIDE HIS VEHICLE. THE DRIVER OF UNIT 2 ATTEMPTED TO GET HIS DROPPED PHONE. UNIT 2 SWERVED INTO THE NORTHBOUND LANE. UNIT 2 THEN SWERVED TO THE SOUTHBOUND LANE. UNIT 2'S FRONT SIDE AREA MADE CONTACT WITH UNIT 1'S REAR DRIVER'S SIDE, CAUSING A COLLISION. THE AOI WAS 91 FEET NORTH OF THE NORTH EDGE OF U.S. ROUTE 66, 18 FEET EAST OF THE WEST EDGE OF HWY 58.

This report is based on the officer's investigation of this collision. This report may contain the opinion of the officer.

DPS: 0192-04 REV 0107

EXHIBIT 3







●●●●○ AT&T  LTE        6:38 PM        

All Photos          Hydro          Done
                  Today 6:28 PM



Edit        ♡



EXHIBIT 4

From: Katie Collins <KCollins@mercuryinsurance.com>
Date: September 28, 2015 at 2:19:38 PM CDT
To: Stacey Wright <sassiesisters@hotmail.com>
Subject: RE: OKBA-000009000

Please disregard the email I sent you earlier.  I spoke with my insured and I am ready to make a liability decision, all I need is your statement.  Please call me when you get a chance (800) - 503-3724 ext. 44533.

Thanks again,

Katie Collins
Claims Specialists

8240 N. Mopac #110
Austin, TX 78759
800-503-3724 EXT. 44533  877-397-0709 FAX
kcollins@mercuryinsurance.com

-----Original Message-----
From: Stacey Wright [mailto:sassiesisters@hotmail.com]
Sent: Saturday, September 26, 2015 12:26 PM
To: Katie Collins
Subject: OKBA-0000090

This is Stacey Wright. I was in the car wreck last night. I am heading to get a vehicle from our local dealership- the only dealership in our town - Cummins, Weatherford, OK

I don't know the process I have never been in a wreck. How do we complete the paperwork for a car rental?
I have 3 active kids and I have already had 2 soccer games this morning so I definitely need a vehicle quickly.

Thank You
Stacey Wright
580-302-1849

Sent from my iPhone

This e-mail message, including any attachments, is for the sole use of the intended recipient, and may contain material that is privileged or confidential and legally protected from disclosure. If you are not the intended recipient or have received this message in error, you are not authorized to copy, distribute, or otherwise use this message or its attachments. Please notify the sender immediately by return e-mail and permanently delete this message and any attachments.

EXHIBIT 5

Date: 10/ 1/2015 03:42 PM
Estimate ID: OKBA-0000090000201
Estimate Version: 0
Committed
Profile ID: * OKC

Estimate days to repair:
Driveable Y/N:

\*\*\* IF THIS ESTIMATE IS FOR A CLAIMANT VEHCILE - COLLECT ALL FROM CLMT
OWNER \*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NO SUPPLEMENTS WILL BE HONORED WITHOUT PRIOR INSPECTION OR APPROVAL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Mercury Insurance would like to thank you for allowing us to work
together to estimate the damage to the vehicle mentioned below.
In order to expedite repairs for any additional damage found, please
call the SUPPLEMENT HOT LINE at(405) 621-6803.

\*\*Prior approval is required for all Supplemental Damage\*\*

## American Mercury Insurance Group

8240 N. Mopac, Ste 110, Austin, TX 78759
(405) 226-0902
Fax: (877) 397-8078

Damage Assessed By: BRANDON STONE
Classification: Field

Adjustor: Katie Collins

Brandon Stone
cell# 405.226.0902
fax# 877.397.8078
BStone@mercuryinsurance.com

Type of Loss: Property Damage

Condition Code: Good
Date of Loss: 9/25/2015
Contact Date: 10/ 1/2015
Deductible: NONE
Claim Number: OKBA-0000090000201

Insured: ZACHARY WILSON WELDING
Owner: TODD WRIGHT

Mitchell Service: 911675

Description: 2015 Chevrolet Suburban LT
Body Style: 4D Ut
VIN: 1GNSKJKC6FR704991
Mileage: 4,667
OEM/ALT: A
Color: Maroon

Vehicle Production Date: 5/15
Drive Train: 5.3L Inj 8 Cyl 4WD
License: 280LSJ OK

Search Code: OKOK

Date: 10/ 1/2015 03:42 PM
Estimate ID: OKBA-0000090000201
Estimate Version: 0
Committed
Profile ID: * OKC

Options: PASSENGER AIRBAG, HEATED SEAT, POWER DRIVER SEAT, POWER LOCK, POWER WINDOW
POWER STEERING, REAR WINDOW DEFOGGER, AIR CONDITIONING, CRUISE CONTROL
TILT STEERING COLUMN, AM/FM STEREO, DRIVER AIRBAG, HEATED EXTERIOR MIRROR
REAR (DUAL-ZONE) AC, LEATHER SEAT, POWER PASSENGER SEAT
FRONT SIDE AIRBAG WITH HEAD PROTECTION, LUGGAGE RACK, PREMIUM SOUND SYSTEM
REAR ENTERTAINMENT SYSTEM, ANTI-LOCK BRAKE SYS., TRACTION CONTROL
RUNNING BOARDS, FOG LIGHTS, ALUM/ALLOY WHEELS, REARVIEW CAMERA, REMOTE IGNITION
POWER LIFTGATE\TRUNK, ADJUSTABLE FOOT PEDALS, TIRE INFLATION/PRESSURE MONITOR
MEMORY SEAT, ANTI-THEFT SYSTEM, NAVIGATION SYSTEM, AUXILIARY INPUT, HD RADIO
LEATHER STEERING WHEEL, SATELLITE RADIO, CD PLAYER, TOW HITCH RECEIVER
POWER ADJUSTABLE EXTERIOR MIRROR, 4WD OR AWD, SUNROOF/MOONROOF
AUTO AIR CONDITION, FIRST ROW BUCKET SEAT, SECOND ROW BUCKET SEAT
TELEMATIC SYSTEMS, UNIVERSAL GARAGE DOOR OPENER, THIRD ROW SEAT
REAR HEATING, VENTILATION & AIR CONDITIONING, 4 WHEEL DRIVE, SIDE AIRBAGS
AUTOMATIC HEADLIGHTS, SECOND ROW SIDE AIRBAG WITH HEAD PROTECTION
INTERIOR AUTOMATIC DAY/NIGHT OR ELECTROCHROMATIC MIRROR, MP3 PLAYER
DAYTIME RUNNING LIGHTS, DRIVER SEAT WITH POWER LUMBAR SUPPORT
ELECTRONIC PARKING AID, ELECTRONIC STABILITY CONTROL, FRONT HEATED SEATS
FRONT SEATS WITH POWER LUMBAR SUPPORT, KEYLESS ENTRY SYSTEM
LIMITED SLIP DIFFERENTIAL, RAIN SENSING WIPERS, STEERING WHEEL AUDIO CONTROLS

| Line Item | Entry Number | Labor Type | Operation | Line Item Description | Part Type/ Part Number | | Dollar Amount | Labor Units |
|---|---|---|---|---|---|---|---|---|
| 1 | 900500 | BDY * | ADD'L LABOR OP | EPC | ** QUAL REPL PART | | 3.00 * | 0.0* |
| 2 | 900500 | BDY * | ADD'L LABOR OP | FLEX ADDITIVE | ** QUAL REPL PART | | 6.00 * | 0.0* |
| 3 | 900500 | BDY * | ADD'L LABOR OP | CAR COVER | ** QUAL REPL PART | | 10.00 * | 0.0* |
| 4 | 900500 | BDY * | ADD'L LABOR OP | CORROSION PROTECTION | ** QUAL REPL PART | | 7.50 * | 0.0* |
| 5 | 900500 | BDY * | ADD'L LABOR OP | Towing | Sublet | | 121.90 * | 0.0* |
| | | | | **MANUAL ENTRIES** | | | | |
| 6 | 900500 | MCH * | ADD'L LABOR OP | FOUR WHEEL ALIGNMENT | Sublet | | 74.95 * | 0.0* |
| 7 | 900500 | BDY * | ADD'L LABOR OP | MOUNT & BALANCE INCLUDES STEM & WEIGHTS | Sublet | | 18.50 * | 0.0* |
| 8 | 900500 | BDY * | ADD'L LABOR OP | TIRE DISPOSAL | Sublet | | 2.00 * | 0.0* |
| | | | | **Front Door** | | | | |
| 9 | 100669 | REF | BLEND | L Frt Door Outside | | | C | 1.1 |
| 10 | 100562 | BDY | REMOVE/INSTALL | L Frt Rear View Mirror | | | | INC # |
| 11 | 100565 | BDY | REMOVE/INSTALL | L Frt Otr Belt Moulding | | | | 0.9 # |
| 12 | 100142 | BDY | REMOVE/REPLACE | L Frt Door Adhesive Nameplate | 15825694 | GM PART | 49.00 | 0.2 |
| 13 | 101934 | BDY | REMOVE/INSTALL | L Frt Door Trim Panel | | | | INC |
| 14 | 100104 | BDY | REMOVE/INSTALL | L Frt Otr Door Handle | | | | 0.3 |
| 15 | 100081 | BDY | REMOVE/INSTALL | L Frt Door Weatherstrip | Existing | | | 0.4  r |
| 16 | 101893 | GLS | REMOVE/INSTALL | L Frt Door Glass Weatherstrip | Existing | | | 0.2* |
| 17 | 100083 | BDY | REMOVE/INSTALL | L Frt Door Weatherstrip | Existing | | | 0.2  r |
| 18 | 100085 | BDY | REMOVE/INSTALL | L Frt Lwr Door Seal | Existing | | | 0.2  r |
| | | | | **Rear Door** | | | | |
| 19 | 100200 | BDY | REMOVE/REPLACE | L Rear Door Shell | 22957424 | GM PART | 881.51 | 4.9 |
| 20 | | REF | REFINISH | L Rear Door Outside | | | C | 2.6 |
| 21 | | REF | REFINISH | L Rear Add For Jambs & Interior | | | C | 1.0 |
| 22 | | MCH | REMOVE/REPLACE | L Rear Add To R&I/R&R Side Air Bag Senso | | | | 0.3 |
| 23 | 101187 | BDY | REMOVE/INSTALL | L Rear Door Front Applique | | | | INC # |
| 24 | | BDY | REMOVE/INSTALL | L Rear Otr Belt Moulding | | | | INC |
| 25 | 101182 | BDY | REMOVE/INSTALL | L Rear Door Rear Applique | | | | INC # |
| 26 | 101185 | BDY | REMOVE/INSTALL | L Rear Upr Door Moulding | | | | INC # |
| 27 | 101932 | BDY | REMOVE/INSTALL | L Rear Door Trim Panel | | | | INC |
| 28 | 101441 | BDY | REMOVE/INSTALL | L Rear Otr Door Handle | | | | INC # |
| 29 | 101491 | BDY | REMOVE/INSTALL | L Rear Door Weatherstrip | Existing | | | INC  r |
| 30 | 101493 | BDY | REMOVE/INSTALL | L Rear Lwr Door Weatherstrip | Existing | | | INC  r |
| | | | | **Quarter Panel** | | | | |
| 31 | 101029 | BDY | REMOVE/REPLACE | L Quarter Outer Panel | 22979707 | GM PART | 861.88 | 18.5 # |
| 32 | | REF | REFINISH | L Quarter Panel Outside | | | C | 2.9 |
| 33 | | REF | REFINISH | L Add For Pillar | | | C | 0.5 |

Date: 10/ 1/2015 03:42 PM
Estimate ID: OKBA-0000090000201
Estimate Version: 0
Committed
Profile ID: * OKC

| # | Code | Type | Operation | Description | Part # | Source | Price | Labor |
|---|------|------|-----------|-------------|--------|--------|-------|-------|
| 34 | | REF | REFINISH | L Quarter Panel Edge | | | C | 0.5 |
| 35 | | MCH | REMOVE/REPLACE | L Add To R&I/R&R Side Curtain Air Bags-M | | | | 0.8 # |
| 36 | 100048 | BDY | REMOVE/REPLACE | L Quarter Fuel Door | 22796503 | GM PART | 22.07 | INC |
| 37 | | REF | REFINISH | L Fuel Door | | | | INC # |
| 38 | | REF | REFINISH | L Add For Inside Fuel Door | | | C | 0.2 |
| 39 | 100049 | BDY | REMOVE/REPLACE | L Quarter Pressure Release Vent | N.A. | GM PART | 0.00 * | INC # |
| 40 | | BDY | REMOVE/INSTALL | Rear Bumper Cover | | | | INC # |
| 41 | 100053 | BDY | REMOVE/REPLACE | L Quarter Inner Panel | 22958202 | GM PART | 218.98 | 4.5 |
| 42 | 100697 | BDY | REMOVE/REPLACE | L Inr Quarter Extension | 22818038 | GM PART | 44.03 | 2.8 |
| 43 | 100686 | BDY | REMOVE/REPLACE | L Otr Quarter Wheelhouse Panel | 22789624 | GM PART | 59.77 | 1.2 |
| 44 | 100692 | BDY | REMOVE/REPLACE | L Quarter Wheelhouse Liner | 22806443 | GM PART | 52.63 | INC |
| 45 | 100720 | BDY | REMOVE/REPLACE | L Quarter Adhesive Nameplate | 22980986 | GM PART | 6.04 | 0.1 |
| | | | | **Quarter Glass** | | | | |
| 46 | 101299 | GLS | REMOVE/REPLACE | L Qtr Glass Stationary | 23137331 | GM PART | 296.08 | INC # |
| 47 | 101312 | BDY | REMOVE/REPLACE | Qtr Glass Adhesive | N.A. | GM PART | 15.00 * | |
| | | | | **Liftgate** | | | | |
| 48 | 100266 | BDY | REMOVE/REPLACE | Liftgate Shell | 22756787 | GM PART | 995.00 | 4.2 # |
| 49 | | REF | REFINISH | Liftgate Outside | | | C | 2.3 |
| 50 | | REF | REFINISH | Add For Jambs & Interior | | | C | 1.5 |
| 51 | 100287 | BDY | REMOVE/INSTALL | Liftgate Opening Weatherstrip | Existing | | | INC r |
| 52 | 100777 | BDY | REMOVE/INSTALL | Liftgate Spoiler | | | | 0.2 # |
| 53 | 101871 | BDY | REMOVE/INSTALL | Liftgate Applique | Existing | | | INC #r |
| 54 | | BDY | REMOVE/INSTALL | Lwr Liftgate Trim Panel | | | | INC |
| 55 | 100291 | BDY | REMOVE/INSTALL | Liftgate Wiper Arm | Existing | | | INC #r |
| | | | | **Rear Suspension** | | | | |
| 56 | 100330 | MCH | REMOVE/REPLACE | L Rear Susp Shock Absorber      -M | 23458661 | GM PART | 259.10 | 0.7 # |
| 57 | 100302 | MCH | REMOVE/REPLACE | Rear Susp Air Compressor      -M | 22797525 | GM PART | 296.61 | INC |
| | | | | **Rear Body** | | | | |
| 58 | 100904 | BDY | REMOVE/REPLACE | L Rear Body Filler | 22979701 | GM PART | 77.39 | 3.8 |
| 59 | 100699 | BDY | REMOVE/REPLACE | L Rear Body Gate Opening Panel | 23159074 | GM PART | 53.18 | 3.5 |
| 60 | 101918 | BDY | REMOVE/REPLACE | L Rear Body Moulding | 23167643 | GM PART | 38.85 | 0.3 |
| 61 | | REF | REFINISH | L Rear Body Panel Moulding | | | C | 0.8 |
| | | | | **Rear Lamps** | | | | |
| 62 | 101533 | BDY | REMOVE/REPLACE | L Rear Combination Lamp Assembly | 23476137 | GM PART | 495.00 | INC # |
| | | | | **Rear Bumper** | | | | |
| 63 | 100041 | BDY | OVERHAUL | Rear Bumper Cover Assy | | | | 1.1 # |
| 64 | 101040 | BDY | REMOVE/REPLACE | Rear Bumper Cover | 23142969 | GM PART | 795.00 | INC # |
| 65 | | REF | REFINISH | Rear Bumper Cover | | | C | 2.6 |
| 66 | | BDY | REMOVE/REPLACE | Rear Add W/side Object Sensor | | | | 0.4 |
| 67 | 101059 | BDY | REMOVE/REPLACE | Rear Bumper Step Pad | 22936468 | GM PART | 138.29 | INC |
| 68 | 100980 | BDY | REMOVE/REPLACE | L Rear Parking Outer Sensor | 23428268 | GM PART | 149.50 | INC # |
| 69 | | REF | REFINISH | L Rear Otr Parking Sensor | | | C | 0.2 |
| 70 | 101057 | BDY | REMOVE/REPLACE | Rear Parking Sensor Harness | 23491502 | GM PART | 87.91 | # |
| | | | | **TIRES** | | | | |
| 71 | 900500 | MCH | REMOVE/REPLACE | Bridgestone Dueler HL Alenz 285/45R22 H | ** QUAL REPL PART | | 214.18 | |
| 72 | | | | Hibdons Tire - 405-529-6789 | | | | |
| | | | | **ADDITIONAL OPERATIONS** | | | | |
| 73 | 933002 | REF | ADD'L OPR | Clear Coat | | | | 2.5* |
| 74 | 900500 | BDY * | ADD'L LABOR OP | Clean glass from interior | Existing | | | 1.0* |
| 75 | 900500 | BDY * | ADD'L LABOR OP | Repair left rear wheel +25% | Sublet | | 137.50 * | 0.0* |
| 76 | | | | Wheel Technology - 405-755-8324 | | | | |
| | | | | **Additional Costs & Materials** | | | | |
| 77 | | | ADD'L COST | Paint/Materials | | | 500.00 * | |

Date: 10/ 1/2015 03:42 PM
Estimate ID: OKBA-0000090000201
Estimate Version: 0
Committed
Profile ID: * OKC

\* - Judgment Item
\# - Labor Note Applies
C - Included in Clear Coat Calc
r - CEG R&R Time Used For This Labor Operation

# Estimate Totals

| I. Labor Subtotals | Units | Rate | Add'l Labor Amount | Sublet Amount | Totals | | II. Part Replacement Summary | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Body | 48.7 | 50.00 | 0.00 | 279.90 | 2,714.90 | | Taxable Parts | | | 6,130.50 |
| Refinish | 18.7 | 50.00 | 0.00 | 0.00 | 935.00 | | Sales Tax | @ | 8.375% | 513.43 |
| Glass | 0.2 | 46.00 | 0.00 | 0.00 | 9.20 | | | | | |
| Mechanical | 2.6 | 75.00 | 0.00 | 74.95 | 269.95 | | Non-Taxable Parts | | | 3.00 |
| | Non-Taxable Labor | | | | 3,929.05 | | Total Replacement Parts Amount | | | 6,646.93 |
| Labor Summary | 70.2 | | | | 3,929.05 | | | | | |

| III. Additional Costs | | | Amount | | IV. Adjustments | | Amount |
|---|---|---|---|---|---|---|---|
| Taxable Costs | | | 500.00 | | Insurance Deductible | | 0.00 |
| Sales Tax | @ | 8.375% | 41.88 | | | | |
| Total Additional Costs | | | 541.88 | | Customer Responsibility | | 0.00 |

Paint Material Method: Rates
Init Rate = 40.00 , Init Max Hours = 99.9, Addl Rate = 0.00

| | | | Amount |
|---|---|---|---|
| I. | Total Labor: | | 3,929.05 |
| II. | Total Replacement Parts: | | 6,646.93 |
| III. | Total Additional Costs: | | 541.88 |
| | Gross Total: | | 11,117.86 |
| IV. | Total Adjustments: | | 0.00 |
| | Net Total: | | 11,117.86 |

THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF CRASH PARTS SUPPLIED
BY A SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR VEHICLE. WARRANTIES
APPLICABLE TO THESE REPLACEMENT PARTS ARE PROVIDED BY THE MANUFACTURER OR
DISTRIBUTOR OF THESE PARTS RATHER THAN THE MANUFACTURER OF YOUR VEHICLE.

Point(s) of Impact

8 Left Rear Side (P)

Insurance Co:   American Mercury Insurance Company

Inspection Site:   HYDRO AUTO SALVAGE
Address:   928 W 4TH ST
HYDRO, OK  73048
Inspection Date:   10/ 1/2015
ESTIMATE RECALL NUMBER:  10/01/2015 15:42:39  OKBA-0000090000201
Mitchell Data Version:   OEM: JUL_15_V
MAPP:JUL_15_V0906
Software Version:   7.1.179

Copyright (C) 1994 - 2015 Mitchell International
All Rights Reserved

Date: 10/ 1/2015 03:42 PM
Estimate ID: OKBA-0000090000201
Estimate Version: 0
Committed
Profile ID: * OKC

THIS IS NOT AN AUTHORIZATION TO REPAIR. THE UNDERSIGNED REPAIR
FACILITY AGREES TO REPAIR THIS VEHICLE USING INDUSTRY ACCEPTED
EQUIPMENT AND METHODS, AND TO COMPLETE AND GUARANTEE SAFE REPAIRS AT
A PRICE OF $_____, INCLUDING ALL CHARGES. NO SUPPLEMENTS
WILL BE HONORED WITHOUT PRIOR APPROVAL.

SIGNED: _____

EXHIBIT 6



**Mike's Body Shop**

For those who care about their car
200 S. Access Rd, Weatherford, OK 73096
Phone: (800) 783-1025
FAX: (580) 774-0680

| | |
|---|---|
| Workfile ID: | e699fe60 |
| Federal ID: | 73-1385564 |
| State ID: | STS-10006545-05 |

**Preliminary Estimate**

## Customer: WRIGHT, TODD & STACY

Written By: Mike

| | | | | | |
|---|---|---|---|---|---|
| Insured: | WRIGHT, TODD & STACY | Policy #: | | Claim #: | |
| Type of Loss: | | Date of Loss: | | Days to Repair: | 0 |
| Point of Impact: | 07 Left Rear | | | | |

**Owner:**
WRIGHT, TODD & STACY
(580) 819-3325 Cell

**Inspection Location:**
Mike's Body Shop
200 S. Access Rd
Weatherford, OK 73096
Repair Facility
(800) 783-1025 Business

**Insurance Company:**
MERCURY INSURANCE COMPANY

---

## VEHICLE

| | | | | | |
|---|---|---|---|---|---|
| Year: | 2015 | Body Style: | 4D UTV | VIN: | 1GNSKJKC6FR704991 | Mileage In: | 4667 |
| Make: | CHEV | Engine: | 8-5.3L-FI | License: | 280LSJ | Mileage Out: | |
| Model: | K1500 4X4 SUBURBAN LT | Production Date: | | State: | OK | Vehicle Out: | |
| Color: | RED  Int: | Condition: | Excellent | Job #: | | | |

---

| TRANSMISSION | Air Conditioning | FM Radio | Lane Departure Warning |
|---|---|---|---|
| Automatic Transmission | Intermittent Wipers | Stereo | **ROOF** |
| Overdrive | Tilt Wheel | Search/Seek | Luggage/Roof Rack |
| **POWER** | Cruise Control | CD Player | **SEATS** |
| Power Steering | Rear Defogger | Auxiliary Audio Connection | Bucket Seats |
| Power Brakes | Keyless Entry | Premium Radio | Reclining/Lounge Seats |
| Power Windows | Alarm | Satellite Radio | Leather Seats |
| Power Locks | Message Center | **SAFETY** | Heated Seats |
| Power Mirrors | Steering Wheel Touch Controls | Drivers Side Air Bag | **WHEELS** |
| Heated Mirrors | Rear Window Wiper | Passenger Air Bag | Aluminum/Alloy Wheels |
| Power Driver Seat | Telescopic Wheel | Anti-Lock Brakes (4) | **PAINT** |
| Power Passenger Seat | Climate Control | 4 Wheel Disc Brakes | Three Stage Paint |
| Memory Package | Dual Air Condition | Traction Control | **TRUCK** |
| Power Adjustable Pedals | Backup Camera w/Parking Sensors | Stability Control | Trailer Hitch |
| **DECOR** | Remote Starter | Front Side Impact Air Bags | Trailering Package |
| Dual Mirrors | Home Link | Head/Curtain Air Bags | Running Boards/Side Steps |
| Console/Storage | **RADIO** | Communications System | Power Trunk/Gate Release |
| **CONVENIENCE** | AM Radio | Positraction | |

## Preliminary Estimate

**Customer: WRIGHT, TODD & STACY**

Vehicle: 2015 CHEV K1500 4X4 SUBURBAN LT 4D UTV 8-5.3L-FI RED

| Line | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|---|------|-------------|-------------|-----|------------------|-------|-------|
| 1 | **REAR BUMPER** | | | | | | | |
| 2 | | | O/H rear bumper | | | | 2.4 | |
| 3 | | Repl | Bumper cover | 23142969 | 1 | 795.00 | Incl. | 3.2 |
| 4 | | | Add for Three Stage | | | | | 2.2 |
| 5 | | Repl | LT Side bracket | 22806431 | 1 | 12.18 | 0.1 | |
| 6 | | Repl | Step pad w/o chrome molding | 22936468 | 1 | 138.29 | Incl. | |
| 7 | | Repl | Access cover | 23142973 | 1 | 95.00 | Incl. | 0.4 |
| 8 | | Repl | Impact bar w/power park brake | 22900139 | 1 | 558.13 | 0.3 | |
| 9 | | Repl | Harness w/tow pkg | 23491502 | 1 | 87.91 | Incl. | |
| 10 | **REAR LAMPS** | | | | | | | |
| 11 | | Repl | LT Combo lamp assy | 23476137 | 1 | 495.00 | Incl. | |
| 12 | | Repl | LT Combo lamp assy screw | 11609457 | 1 | 1.05 | | |
| 13 | | Repl | LT Combo lamp assy retainer | 22884291 | 1 | 3.45 | | |
| 14 | | Repl | LT Combo lamp assy nut | 11610510 | 1 | 1.05 | | |
| 15 | **LIFT GATE** | | | | | | | |
| 16 | | Repl | Lift gate Suburban | 22756787 | 1 | 995.00 | 4.6 | 3.7 |
| 17 | | | Add for Three Stage | | | | | 2.6 |
| 18 | | Repl | Nameplate "SUBURBAN" | 15860871 | 1 | 80.52 | 0.2 | |
| 19 | | Repl | Lower trim panel w/power lift gate cocoa | 23440139 | 1 | 145.42 | Incl. | |
| 20 | **REAR SUSPENSION** | | | | | | | |
| 21 | | Repl | Cover gasket | 22943110 | 1 | 31.99 | Incl. | |
| 22 | | Repl | Axle housing w/limited slip | 23199119 | 1 | 1,821.98 m | 5.9 M | |
| 23 | | Repl | LT Axle bearing | 12479031 | 1 | 67.00 m | Incl. M | |
| 24 | | Repl | Bleed brake system | | 1 | m | 0.5 | |
| 25 | | Repl | RT Axle bearing | 12479031 | 1 | 67.00 m | Incl. M | |
| 26 | | Repl | RT Axle seal | 12471686 | 1 | 14.16 | Incl. | |
| 27 | | Repl | LT Axle seal | 12471686 | 1 | 14.16 | Incl. | |
| 28 | # | Repl | Axle Grease Synthetic | | 2 | 44.98 | | |
| 29 | **FUEL SYSTEM** | | | | | | | |
| 30 | | Repl | Filler pipe Suburban & Yukon XL E85 | 22772987 | 1 | 128.62 m | 0.8 M | |
| 31 | **QUARTER PANEL** | | | | | | | |
| 32 | | Repl | LT Quarter panel | 22979707 | 1 | 861.88 | 18.5 | 3.4 |
| 33 | | | Overlap Major Adj. Panel | | | | | -0.4 |
| 34 | | | Add for Three Stage | | | | | 1.2 |
| 35 | | | Deduct for Rear Bumper R&I | | | | -1.0 | |
| 36 | | Repl | Fuel door | 22796503 | 1 | 22.07 | 0.3 | 0.3 |
| 37 | | | Add for Three Stage | | | | | 0.1 |
| 38 | * | Repl | LT Fuel pocket | 22819288 | 1 | 39.25 | 0.5 | |
| 39 | | Repl | LT Wheelhouse liner Suburban | 23264145 | 1 | 52.63 | Incl. | |
| 40 | | Repl | LT Rear molding | 23167643 | 1 | 38.85 | Incl. | 0.7 |
| 41 | | Repl | LT Wheelhouse liner nut front | 11610510 | 7 | 7.35 | | |

## Preliminary Estimate

**Customer: WRIGHT, TODD & STACY**

Vehicle: 2015 CHEV K1500 4X4 SUBURBAN LT 4D UTV 8-5.3L-FI RED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 42 | | Repl | LT Wheelhouse liner retainer | 1605396 | 2 | 6.94 | | |
| 43 | | Repl | LT Water drain pnl | 23200189 | 1 | 20.57 | | |
| 44 | | Repl | LT Qtr glass from 01/23/2014, w/privacy tint w/theft sensor | 23482874 | 1 | 352.35 | Incl. | |
| 45 | | Repl | LT Inner panel | 22958202 | 1 | 218.98 | 3.0 | 0.8 |
| 46 | * | Repl | LT Inner panel baffle upper | 23156966 | 1 | 15.40 | 0.5 | |
| 47 | * | Repl | LT Rear extn | 22818038 | 1 | 44.03 | 2.4 | 0.4 |
| 48 | | Repl | LT Rear extn baffle | 23477220 | 1 | 8.27 | | |
| 49 | * | Repl | LT Extension panel | 22789622 | 1 | 28.08 | 0.3 | |
| 50 | | Repl | LT Inner wheelhouse front | 22789624 | 1 | 59.77 | 1.5 | 0.3 |
| 51 | | | Add for Three Stage | | | | | 0.1 |
| 52 | | Repl | LT Inner wheelhouse rear | 22789626 | 1 | 56.25 | 1.5 | 0.3 |
| 53 | | | Add for Three Stage | | | | | 0.1 |
| 54 | | Repl | Lower qtr trim w/power config cocoa | 23488205 | 1 | 228.97 | Incl. | |
| 55 | | Repl | LT Nameplate "LT" | 22980986 | 1 | 6.04 | 0.2 | |
| 56 | **PILLARS, ROCKER & FLOOR** | | | | | | | |
| 57 | | Repl | Rear crossmember | 23426275 | 1 | 122.97 | | |
| 58 | * | Rpr | Center floor pan | | | | 8.0 | 1.5 |
| 59 | | | Add for Three Stage | | | | | 0.6 |
| 60 | # | Rpr | Frame Rack Set Up | | | | 2.0 F | |
| 61 | | R&I | LT Running board | | | | 1.0 | |
| 62 | **REAR DOOR** | | | | | | | |
| 63 | | Repl | LT Door shell Suburban | 22957424 | 1 | 881.51 | 4.6 | 3.1 |
| 64 | | | Overlap Major Adj. Panel | | | | | -0.4 |
| 65 | | | Add for Three Stage | | | | | 1.1 |
| 66 | **FRONT DOOR** | | | | | | | |
| 67 | | Blnd | LT Outer panel Suburban | | | | | 1.5 |
| 68 | * | R&I | LT Front w'strip | | | | 0.2 | |
| 69 | * | R&I | LT Lower w'strip | | | | 0.2 | |
| 70 | | R&I | LT Belt molding | | | | 0.3 | |
| 71 | | R&I | LT Upper molding | | | | 0.2 | |
| 72 | | R&I | LT Applique | | | | 0.2 | |
| 73 | | Repl | LT Nameplate "SUBURBAN" | 15825694 | 1 | 49.00 | 0.2 | |
| 74 | | R&I | LT Mirror assy w/power fold w/blind spt | | | | 0.4 | |
| 75 | * | R&I | LT Glass run | | | | 0.4 | |
| 76 | * | R&I | LT Door glass NAGS | | | | 0.5 | |
| 77 | | R&I | LT Handle, outside paint/chrome | | | | 0.4 | |
| 78 | | R&I | LT R&I trim panel | | | | 0.4 | |
| 79 | **REAR BODY** | | | | | | | |
| 80 | | Repl | LT Lower panel | 22786707 | 1 | 25.45 | 1.0 | 0.3 |
| 81 | | | Add for Three Stage | | | | | 0.1 |
| 82 | | Blnd | RT Lower panel | | | | | 0.2 |
| 83 | | Repl | LT Side panel | 22786698 | 1 | 47.87 | 3.0 | 0.5 |
| 84 | | Repl | LT Side frame | 23159074 | 1 | 53.18 | 4.0 | 1.5 |

Preliminary Estimate

**Customer: WRIGHT, TODD & STACY**

Vehicle: 2015 CHEV K1500 4X4 SUBURBAN LT 4D UTV 8-5.3L-FI RED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 85 | | | Add for Three Stage | | | | | 0.6 |
| 86 | | Repl | LT Filler panel | 22979701 | 1 | 77.39 | 1.0 | 0.3 |
| 87 | | | Add for Three Stage | | | | | 0.1 |
| 88 | * | R&I | Carpet Suburban & Yukon XL, w/fr bucket cocoa | | | | 0.6 | |
| 89 | | R&I | Scuff plate w/o Suburban LT or Yukon XL SLT dune | | | | 0.3 | |
| 90 | * | R&I | Storage box Suburban & Yukon XL w/o Denali dune | | | | 0.3 | |
| 91 | **WHEELS** | | | | | | | |
| 92 | | Repl | LT/Rear Wheel 22" code: SGF | 22905550 | 1 | 895.00 m | 0.3 | |
| 93 | **TIRES** | | | | | | | |
| 94 | * | Repl | BDGST P285/45R22 Dueler AT RH-S BW 110H | BR01232 | 1 | 239.99 | 0.3 | |
| 95 | # | Subl | TRIP CHARGE TO ALINGMENT SHOP | | 1 | 30.00 X | | |
| 96 | **ELECTRICAL** | | | | | | | |
| 97 | # | Subl | Four Wheel Alignment | | 1 | 89.00 X | | |
| 98 | * | Repl | Compressor | 22797525 | 1 | 296.61 | 0.5 | |
| 99 | # | Repl | SUNROOF OPEN | | 1 | | | |
| 100 | # | Subl | Hazardous Waste | | 1 | 5.00 X | | |
| 101 | # | | Mask For Over Spray | | 1 | 10.00 | | |
| 102 | # | Repl | Urethane Adhesive | | 3 | 82.32 | | |
| 103 | # | Repl | Corrosion Protection | | 1 | 10.00 | | |
| 104 | # | | Feather, Prime & Block | | 1 | | 1.5 | |
| 105 | # | | Finish, Sand & Buff | | 1 | | 1.5 | |
| 106 | | | OTHER CHARGES | | | | | |
| 107 | # | | Towing | | 1 | 606.90 | | |
| | | | **SUBTOTALS** | | | **11,187.76** | **75.8** | **30.4** |

**Preliminary Estimate**

**Customer: WRIGHT, TODD & STACY**

Vehicle: 2015 CHEV K1500 4X4 SUBURBAN LT 4D UTV 8-5.3L-FI RED

## ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 10,456.86 |
| Body Labor | 67.1 hrs | @ | $ 50.00 /hr | 3,355.00 |
| Paint Labor | 30.4 hrs | @ | $ 50.00 /hr | 1,520.00 |
| Mechanical Labor | 6.7 hrs | @ | $ 80.00 /hr | 536.00 |
| Frame Labor | 2.0 hrs | @ | $ 60.00 /hr | 120.00 |
| Paint Supplies | 30.4 hrs | @ | $ 38.00 /hr | 1,155.20 |
| Miscellaneous | | | | 124.00 |
| Other Charges | | | | 606.90 |
| Subtotal | | | | 17,873.96 |
| Sales Tax | $ 11,612.06 | @ | 9.5000 % | 1,103.15 |
| **Grand Total** | | | | **18,977.11** |
| Deductible | | | | 0.00 |
| **CUSTOMER PAY** | | | | **0.00** |
| **INSURANCE PAY** | | | | **18,977.11** |

THIS ESTIMATE MAY HAVE BEEN PREPARED BASED ON THE USE OF CRASH PARTS SUPPLIED BY A SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR VEHICLE.  WARRANTIES APPLICABLE TO THESE REPLACEMENT PARTS ARE PROVIDED BY THE MANUFACTURER OR DISTRIBUTOR OF THESE PARTS RATHER THAN THE MANUFACTURER OF YOUR VEHICLE.

WARNING : ANY PERSON WHO KNOWINGLY, AND WITH INTENT TO INJURE, DEFRAUD OR DECEIVE ANY INSURER, MAKES ANY CLAIM FOR THE PROCEEDS OF AN INSURANCE POLICY CONTAINING ANY FALSE, INCOMPLETE OR MISLEADING INFORMATION IS GUILTY OF A FELONY.

**Preliminary Estimate**

**Customer: WRIGHT, TODD & STACY**

Vehicle: 2015 CHEV K1500 4X4 SUBURBAN LT 4D UTV 8-5.3L-FI RED

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data. Unless otherwise noted, (a) all items are derived from the Guide DR1GA15, CCC Data Date 10/1/2015, and potentially other third party sources of data; and (b) the parts presented are OEM-parts manufactured by the vehicles Original Equipment Manufacturer. OEM parts are available at OE/Vehicle dealerships. OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships. OPT OEM or ALT OEM parts may reflect some specific, special, or unique pricing or discount. OPT OEM or ALT OEM parts may include "Blemished" parts provided by OEM's through OEM vehicle dealerships. Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source. Tilde sign (~) items indicate MOTOR Not-Included Labor operations. The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS. Used parts are described as LKQ, RCY, or USED. Reconditioned parts are described as Recond. Recored parts are described as Recore. NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications. Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times. NAGS labor operation times are not included. Pound sign (#) items indicate manual entries.

Some 2016 vehicles contain minor changes from the previous year. For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used. The CCC ONE estimator has a list of applicable vehicles. Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component.  s=MOTOR Structural component.  T=Miscellaneous Taxed charge category. X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category.  E=Electrical labor category.  F=Frame labor category.  G=Glass labor category. M=Mechanical labor category.  S=Structural labor category.  (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent.  Algn.=Align.  ALU=Aluminum.  A/M=Aftermarket part.  Blnd=Blend.  BOR=Boron steel. CAPA=Certified Automotive Parts Association.  D&R=Disconnect and Reconnect.  HSS=High Strength Steel. HYD=Hydroformed Steel.  Incl.=Included.  LKQ=Like Kind and Quality.  LT=Left.  MAG=Magnesium.  Non-Adj.=Non Adjacent.  NSF=NSF International Certified Part.  O/H=Overhaul.  Qty=Quantity.  Refn=Refinish.  Repl=Replace. R&I=Remove and Install.  R&R=Remove and Replace.  Rpr=Repair.  RT=Right.  SAS=Sandwiched Steel. Sect=Section.  Subl=Sublet.  UHS=Ultra High Strength Steel.  N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Information Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair.  EPA=Environmental Protection Agency.  NHTSA= National Highway Transportation and Safety Administration.  PDR=Paintless Dent Repair.  VIN=Vehicle Identification Number.

EXHIBIT 7

**From:** Stacey Wright [mailto:sassiesisters@hotmail.com]
**Sent:** Friday, October 09, 2015 6:52 PM
**To:** Katie Collins
**Subject:** Re: Body Shop

Mikes Body Shop is a Body shop that I guess was requested to re-evaluate the original- the adjuster said it was dark and he wasn't sure on some things- there is a BIG difference- no we need to discuss numbers because of the Diminished Value and with a Broken Axle- this $70,000 will never be the same.

Thank you

Sent from my iPhone

On Oct 9, 2015, at 2:00 PM, Katie Collins <KCollins@mercuryinsurance.com> wrote:

Is Mike's Body Shop where you are getting your vehicle repaired at or are you still going to Cummins?

**From:** Stacey Wright [mailto:sassiesisters@hotmail.com]
**Sent:** Friday, October 09, 2015 1:34 PM
**To:** Katie Collins
**Subject:** Body Shop

Here is the attachment from the Body Shop

There will be a Diminished Value to this vehicle we will need to calculate as well.

Thank you

Stacey Wright
580-302-1849

EXHIBIT 8

Date:   10/19/2015 02:22 PM
Estimate ID:   OKBA-0000090000201
Estimate Version:   3
Supplement:   1 (F F) 10/16/2015 05:55:14 PM
Correction:   1
Profile ID:   * OKC

# American Mercury Insurance Group

8240 N. Mopac, Ste 110, Austin, TX 7875^
(405) 226-0902
Fax:  (877) 397-807^

Supplement Delta Report
Comparison of Estimate OKBA-0000090000201 Supplement 0 and Supplement 1 Correction 1

Damage Assessed By:   BRANDON STONE
Supplemented By:   BRANDON STONE

Insured:   ZACHARY WILSON WELDING
Owner:   TODD WRIGHT
Vehicle Description:   2015 Chevrolet Suburban LT
Date of Loss:   9/25/2015

| Line Item | Labor Type | Operation | Line Item Description | | Dollar Amount | | Labor Units | CEG Unit |
|---|---|---|---|---|---|---|---|---|
| **Changed Entries** | | | | | | | | |
| 5 | BDY | ADD'L LABOR OP | Towing | Sublet | 121.90 | * | 0.0* | |
| S1 5 | BDY | ADD'L LABOR OP | Towing | Sublet | 606.90 | *< | 0.0* | |
| 6 | MCH | ADD'L LABOR OP | FOUR WHEEL ALIGNMENT | Sublet | 74.95 | * | 0.0* | |
| S1 6 | MCH | ADD'L LABOR OP | FOUR WHEEL ALIGNMENT | Sublet | 89.00 | *< | 0.0* | |
| 11 | BDY | REMOVE/INSTALL | L Frt Otr Belt Moulding | | | | 0.9 | 0.9 |
| 15< | BDY | REMOVE/INSTALL | L Frt Otr Belt Moulding | | | | 0.5 < | 0.9 |
| 69 | BDY | REMOVE/INSTALL | Liftgate Applique | Existing | | | INC | 0.3 |
| 96< | BDY | REMOVE/INSTALL | Liftgate Applique | Existing | | | 0.3 < | 0.3 |
| 71 | MCH | REMOVE/REPLACE | Bridgestone Dueler HL Alenz 285/45R22 H | 053984 | 214.18 | | 0.0 | T |
| S1 97< | MCH | REMOVE/REPLACE | Bridgestone Dueler HL Alenz 285/45R22 H | 053984 | 239.99 | *< | 0.0 | T |
| **Deleted Entries** | | | | | | | | |
| 70 | BDY | REMOVE/INSTALL | Lwr Liftgate Trim Panel | | | | INC | 0.3 |
| 73 | REF | ADD'L OPR | Clear Coat | | | | 2.5* | |
| **Added Entries** | | | | | | | | |
| S1 9 | BDY | REPAIR | Inr Floor Panel | Existing | | | 8.0* | 15.0 |
| S1 10 | FRM | ADD'L LABOR OP | SET UP & MEASURE FULL FRAME | Existing | | | 2.0* | |
| S1 11 | BDY | REMOVE/REPLACE | Rear Floor Sill Panel | 23426275  GM PART | 122.97 | | 3.0 | 3.0T |
| S1 12 | BDY | REMOVE/INSTALL | L Running Board Assy | | | | 0.6 | 0.6 |
| S1 23 | GLS | REMOVE/INSTALL | L Frt Door Moveable Glass | Existing | | | 1.3 | 1.3 |
| S1 24 | BDY | REMOVE/INSTALL | L Frt Door Glass Run Channel | Existing | | | 0.2 | 0.2 |
| S1 49 | BDY | REMOVE/REPLACE | L Inr Quarter Baffle | 23156966  GM PART | 15.40 | | 0.8 | 0.8T |
| S1 51 | BDY | REMOVE/REPLACE | L Otr Quarter Wheelhouse EXT | 22789622  GM PART | 28.08 | | 1.0 | 1.0T |
| S1 54 | BDY | REMOVE/REPLACE | L Quarter Side Trim Panel | ORDER FROM DEALER | 228.97 | | INC | 0.5T |
| S1 55 | BDY | REMOVE/INSTALL | Rear Seat Assy | | | | INC | 0.3 |
| S1 56 | BDY | REMOVE/INSTALL | L Rear Scuff Plate | | | | INC | 0.2 |
| S1 64 | BDY | REMOVE/REPLACE | Liftgate Adhesive Nameplate | 15860871  GM PART | 80.52 | | 0.1 | 0.2T |
| S1 65 | BDY | REMOVE/REPLACE | Lwr Liftgate Inner Trim Panel | ORDER FROM DEALER | 152.69 | | INC | 0.3T |
| S1 67 | MCH | REMOVE/REPLACE | R Rear Susp Wheel Bearing  -M | 12479031  GM PART | 67.00 | | INC | 1.9T |
| S1 68 | MCH | REMOVE/REPLACE | L Rear Susp Wheel Bearing  -M | 12479031  GM PART | 67.00 | | INC | 1.9T |
| S1 69 | MCH | REMOVE/REPLACE | R Rear Susp Housing Seal  -M | 12471686  GM PART | 14.16 | | INC | 1.9T |
| S1 70 | MCH | REMOVE/REPLACE | L Rear Susp Housing Seal  -M | 12471686  GM PART | 14.16 | * | INC | 1.9T |
| S1 71 | BDY | ADD'L LABOR OP | Axle grease - synthetic | ** QUAL REPL PART | 44.98 | * | 0.0* | T |
| S1 72 | MCH | REMOVE/REPLACE | Rear Susp Axle Housing  -M | 23199120  GM PART | 1,821.98 | | 6.3 | 6.3T |

ESTIMATE RECALL NUMBER:  10/ 1/2015 15:42:39  OKBA-0000090000201

Date:      10/19/2015 02:22 PM
Estimate ID:   OKBA-0000090000201
Estimate Version:   3
Supplement:   1 (F F) 10/16/2015 05:55:14 PM
Correction:   1
Profile ID:   * OKC

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| S1 | 75 | MCH | REMOVE/INSTALL | Fuel Tank -M | | | | 2.4 | 2.4 |
| S1 | 76 | BDY | REMOVE/REPLACE | Fuel System Filler Pipe | 22772987 | GM PART | 128.62 | 1.5 | 1.5T |
| S1 | 77 | REF | REFINISH | R Lwr Inner Panel | | | | 0.8 | 0.8 |
| S1 | 79 | BDY | REMOVE/REPLACE | L Ctr Rear Body Inner Panel | 22786698 | GM PART | 47.87 | 3.0 | 3.0T |
| S1 | 80 | REF | REFINISH | L Ctr Inner Panel | | | | 1.2 | 1.2 |
| S1 | 81 | BDY | REMOVE/REPLACE | L Lwr Rear Body Inner Panel | 22786707 | GM PART | 25.45 | 2.8 | 2.8T |
| S1 | 82 | REF | REFINISH | L Lwr Inner Panel | | | | 0.8 | 0.8 |
| S1 | 95 | BDY | REMOVE/REPLACE | L Rear Bumper Guide | 22806425 | GM PART | 14.61 | INC | 0.2T |
| S1 | 102 | REF | ADD'L OPR | THREE STAGE | | | | 7.9 | |
| S1 | 103 | BDY | REMOVE/INSTALL | Carpet | Existing | | | 0.6* | |
| S1 | 104 | BDY | REMOVE/INSTALL | Storage box | Existing | | | 0.3* | |

Global Changes

| | From: | To: | | | Adjustments | From: | To: |
|---|---|---|---|---|---|---|---|
| Labor Rates | | | | | | | |
| Mechanical | 75.00 | 80.00 | | | | | |
| Frame | 55.00 | 60.00 | | | | | |

Estimate profile calculation settings (other than labor rates and adjustments) have changed.

|  | | Amount |
|---|---|---|
| Original Estimate: | | 11,117.86 |
| Supplement 1 | 6,138.23 | |
| | | |
| Orig Total Tax | 555.31 | |
| Supp 1 Total Tax | 905.42 | |
| Net Supplement Amount | | 6,138.23 |
| | | |
| Net Total | | 17,256.09 |

| | Program Calc Versions | Data Versions |
|---|---|---|
| Supp 0 | 7.1.179 | JUL_15_V |
| Supp 1   Corr 1 | 7.1.186 | SEP_15_V |

ESTIMATE RECALL NUMBER:  10/ 1/2015 15:42:39  OKBA-0000090000201

Copyright (C) 1994 - 2015 Mitchell International
All Rights Reserved

EXHIBIT 9

-----Original Message-----
From: Stacey Wright [sassiesisters@hotmail.com]
Sent: Monday, October 19, 2015 10:36 AM Pacific Standard Time
To: Brandon Stone
Subject: RE: OKBA-00900

Yes, you already called me. I said I would definitely need a copy.

Thank you


From: bstone@mercuryinsurance.com
To: KCollins@mercuryinsurance.com; sassiesisters@hotmail.com
CC: LOPham@mercuryinsurance.com
Date: Mon, 19 Oct 2015 09:36:09 -0700
Subject: RE: OKBA-00900

I did go out and reinspect and yes it is repairable. Mrs Wright please let me know if you need a copy of the supplement.

Thank you
Brandon Stone
-----Original Message-----
From: Katie Collins
Sent: Monday, October 19, 2015 07:41 AM Pacific Standard Time
To: Stacey Wright
Cc: Brandon Stone; Long Pham
Subject: RE: OKBA-00900

Hi Stacey,


I just left you a voice message.  Brandon went out to Cummins and wrote the second estimate. It looks like your vehicle is repairable.  At this time, we need you to authorize the repairs on your vehicle so that we can cover for the rental, otherwise we will not be able to cover for the rental.


Thanks,

Katie Collins
Claims Specialists



8240 N. Mopac #110
Austin, TX 78759
800-503-3724 EXT. 44533  877-397-0709 FAX
kcollins@mercuryinsurance.com

EXHIBIT 10

-----Original Message-----
From: Stacey Wright [sassiesisters@hotmail.com]
Sent: Monday, October 19, 2015 10:36 AM Pacific Standard Time
To: Brandon Stone
Subject: RE: OKBA-00900

Yes, you already called me. I said I would definitely need a copy.

Thank you

From: bstone@mercuryinsurance.com
To: KCollins@mercuryinsurance.com; sassiesisters@hotmail.com
CC: LOPham@mercuryinsurance.com
Date: Mon, 19 Oct 2015 09:36:09 -0700
Subject: RE: OKBA-00900

I did go out and reinspect and yes it is repairable. Mrs Wright please let me know if you need a copy of the supplement.

Thank you
Brandon Stone

-----Original Message-----
From: Katie Collins
Sent: Monday, October 19, 2015 07:41 AM Pacific Standard Time
To: Stacey Wright
Cc: Brandon Stone; Long Pham
Subject: RE: OKBA-00900

Hi Stacey,

I just left you a voice message.  Brandon went out to Cummins and wrote the second estimate. It looks like your vehicle is repairable.  At this time, we need you to authorize the repairs on your vehicle so that we can cover for the rental, otherwise we will not be able to cover for the rental.

Thanks,

Katie Collins
Claims Specialists

8240 N. Mopac #110
Austin, TX 78759
800-503-3724 EXT. 44533  877-397-0709 FAX
kcollins@mercuryinsurance.com

EXHIBIT 11

**From:** Katie Collins <KCollins@mercuryinsurance.com>
**Date:** October 22, 2015 at 11:50:43 AM CDT
**To:** Stacey Wright <sassiesisters@hotmail.com>, "todd.wright@mlbconsultingusa.com" <todd.wright@mlbconsultingusa.com>, "wadedors@yahoo.com" <wadedors@yahoo.com>, Brandon Stone <bstone@mercuryinsurance.com>, Long Pham <LOPham@mercuryinsurance.com>
**Subject:** RE: Delivery Status Notification (Failure)

Hi Stacey,

We really need you to move the vehilce to your shop of choice.  I spoke with Mike at the dealership and I let him know starting today we are not covering for your rental vehilce anymore until your vehicle has been moved to Mike's Body Shop or any body shop of your choice.  Wade is out of town until Wednesday.

Thank you.

**From:** Stacey Wright [mailto:sassiesisters@hotmail.com]
**Sent:** Wednesday, October 21, 2015 1:11 PM
**To:** Katie Collins <KCollins@mercuryinsurance.com>; todd.wright@mlbconsultingusa.com; wadedors@yahoo.com; Brandon Stone <bstone@mercuryinsurance.com>; lopham@mercuryinsurane.com
**Subject:** RE: Delivery Status Notification (Failure)

Everytime I try to include him I get this or one that shows he is approving my email- I can send all 7 attempts if you would like.

Do we have an outcome to below- so Todd and I have a better understanding of what is going on?

value with a difference of unbelievable amount due to CarFax and Oklahoma laws. These are two things that even I as a buyer look at it every time.

From: KCollins@mercuryinsurance.com
To: sassiesisters@hotmail.com
CC: bstone@mercuryinsurance.com; LOPham@mercuryinsurance.com
Date: Mon, 19 Oct 2015 09:38:22 -0700
Subject: RE: OKBA-00900

We are needing you to get your vehicle towed to the body shop so that repairs can start. Once repairs have started on your vehicle, we will be able to see any additional damage. For Mercury to keep covering for the rental, repairs need to start on your vehicle.

Thanks.

---

**From:** Stacey Wright [mailto:sassiesisters@hotmail.com]
**Sent:** Monday, October 19, 2015 10:24 AM
**To:** Katie Collins
**Subject:** Re: OKBA-00900

We did not receive the 2nd amount. Brandon is still NOT responding to my emails or phone calls.

We need to know what the 2nd estimate of his is

I have the $400 written but not approved

And I show Oklahoma shows Diminished value as 20-25%- so we will need to figure that as well

If you could send me all of the above

Thank You

Sent from my iPhone

On Oct 19, 2015, at 9:41 AM, Katie Collins <KCollins@mercuryinsurance.com> wrote:

> Hi Stacey,
>
> I just left you a voice message. Brandon went out to Cummins and wrote the second estimate. It looks like your vehicle is repairable. At this time, we need you to authorize the repairs on your vehicle so that we can cover for the rental, otherwise we will not be able to cover for the rental.
>
> Thanks,

EXHIBIT 12



P.O. Box 209040
Austin, TX 78720
(800) 503-3724

October 23, 2015

Clayton B. Bruner, PLLC
Weatherford Law Center
2811 East Main Street
Weatherford, OK 73096

RE:   OUR INSURED:        Zachary Wilson Welding
      OUR FILE NUMBER:    OKBA-00000900
      DATE OF LOSS:       09/25/15
      YOUR CLIENTS:       Stacey and Todd Wright

Dear Mr. Bruner:

I am in receipt of your letter dated October 23, 2015 regarding the above referenced claim. This file has been transferred to me for further handling.

My understanding of the property damage to your client's vehicle is that we did a preliminary estimate and then asked your client to move the vehicle to a body shop so it could be torn down and a more accurate estimate could be written. However, based on the amounts you are quoting in your letter regarding the estimated value of your client's vehicle should it be determined a total loss or the amount of diminished value it would have should it be repaired, it has become clear that we will have a limits issue.

Our policy is a business policy with a combined single limit and we have the property damage from your client's vehicle, her injury claim and the property damage to a second vehicle and a bodily injury claim to the passenger in that vehicle which all must be settled out of that single limit.

I have asked our insured for permission to release his policy limits and he has declined to release his limit. However, the value of your client's vehicle alone is close to our limit.

Therefore, I would recommend that your client use her own auto insurance carrier to take care of the damages to her vehicle as that is the fastest way to get her damages resolved and the only way she will get paid for 100% of her damages.

If you have any questions or would like to discuss this claim, please contact me at (800) 503 3724 x44549

Very truly yours,
AMERICAN MERCURY INSURANCE COMPANY

Susan Swanson
Senior Claims Specialist
800-503-3724 ext.44549

EXHIBIT 13

# CLAYTON B. BRUNER, P.L.L.C.

*Attorney at Law*

CLAYTON B. BRUNER, Esquire

Weatherford Law Center
2811 East Main Street
Weatherford, Oklahoma, 73096
Telephone: (580) 774-5363
Fax: (580) 772-7440
Email: claybrunerlaw@gmail.com

October 27, 2015

*VIA ELECTRONIC MAIL*
AMERICAN NATIONAL PROPERTY AND CASUALTY
c/o Mr. James Sanders
Claims Department
1949 E. Sunshine
Springfield, MO 65899-0001

Re:   *Todd Wright and Stacey Wright v. Zachary Allen Wilson*, District Court of Caddo County, State of Oklahoma

Claim No.:   35A2Y0996
Insured:   Todd and Stacey Wright
Tortfeasor:   Zachary Allen Wilson
DOL:   September 25, 2015

Dear Mr. Sanders:

This letter will advise that I have been retained by Todd and Stacey Wright (the "Wrights") to represent them with respect to any and all claims they may have as a result of an automobile accident that occurred on September 25, 2015, in Hydro, Oklahoma (the "Accident"). (*See* Accident Report attached as **EXHIBIT 1**). **Accordingly, please direct all future correspondence to my attention.**

As you can see from the attached Accident Report, this accident was caused by the sole negligence of the tortfeasor, Zachary Allen Wilson ("Mr. Wilson"). The health of my client (your insured), Stacey Wright ("Mrs. Wright"), has steadily declined since the Accident. Mrs. Wright has recently sought treatment for back injuries due to the Accident. In short, Mrs. Wright sustained damages, including personal injuries and medical expenses because of Mr. Wilson's negligence. To date, we have not compiled all of the necessary information to put American National Property and Casualty ("ANPAC") on a specific monetary demand. However, we will provide all of the necessary information to you in the near future.

That said, the most pressing issue at this time is resolving the dispute regarding the property damage to the Wrights' 2015 Chevrolet Suburban LT ("Suburban"). I have reviewed the "lowball" estimates provided by the tortfeasor's insurer, Mercury Insurance Group

Mr. James Sanders
October 27, 2015

("Mercury"), with respect to the Suburban. Mercury's estimate and evaluation of the damage to the Suburban are extremely low. The Suburban's rear axle was snapped in two, and its frame was severely bent. The Suburban's back tire was essentially ripped off, its windows were blown out, and its doors were damaged to the point they could not be opened. The Suburban had to be dragged onto the wrecker because its wheels would not turn.

Clearly, the Suburban sustained significantly more damage in the Accident than Mercury accounted for in its "lowball" estimate. The Wrights' Suburban is totaled. There is no question about that. I intend to send the Suburban to another body shop for an additional evaluation and estimate. The fact is, no one in their right mind would risk driving their children in this Suburban after a repair. The repairs it needs are too great.

Not only did the Accident compromise the integrity of the entire Suburban, it also substantially diminished the monetary value of the Suburban. The Suburban retailed for approximately $68,000.00. However, my clients purchased upgraded rims and tires for approximately $3,000.00 which would place the total value of the Suburban at approximately $71,000.00. The Suburban was essentially brand new. If the Suburban was repaired, it would have an immediate trade-in value of only $47,500.00. If the Suburban had depreciated $4,000.00 (which is high) at the time of the Accident, and the vehicle was repaired, my clients would be owed an additional $19,500.00 (at least) for the diminished value of the Suburban.

I have been advised by Mercury that the tortfeasor's limits are insufficient to compensate the Wrights for their damages as a result of the Accident. (*See* Correspondence from Susan Swanson, **EXHIBIT 2**). Thus, the Wrights are making a demand on ANPAC for payment under all relevant coverage agreements of their ANPAC policy for the property damage to their Suburban and for the injuries sustained by Mrs. Wright. To that end, please provide me with a certified copy of the Wrights' declarations page(s) and insurance policy. Feel free to email those documents to claybrunerlaw@gmail.com.

I look forward to hearing from you regarding this matter. My clients would like to resolve this dispute as soon as possible so they can move on with their lives. Mrs. Wright will be available for a recorded statement once ANPAC's adjustor has inspected the Suburban and provided an estimate.

Best regards,

Clayton B. Bruner

CBB:ss
File No. 1.0084
Attachments

# EXHIBIT 1

| Please Read Instructions on Reverse Side | DEPARTMENT OF PUBLIC SAFETY **OKLAHOMA MOTOR VEHICLE COLLISION REPORT** Driver Compliance Division | 3600 N. M L King Ave Oklahoma City OK 73111 | Submit Report if Settlement Has Not Been Made |
|---|---|---|---|

PO Box 11415 Oklahoma City OK 73136-0415

| Collision Date | 9-25-15 | Time | 1877 | No. of Vehicles Involved | | City | Hydro | County | Caddo |
|---|---|---|---|---|---|---|---|---|---|

Collision Location

*(Street Name or Highway Number, Nearest Intersection)*

### VEHICLE NO. 1 (Your Vehicle)

| Driver Name | | | | Owner Name ☐ Same As Driver | | | |
|---|---|---|---|---|---|---|---|
| Date of Birth | DL No. | | DL State | Date of Birth | DL No. | | DL State |
| Street | | | | Street | | | |
| City | | State | Zip | City | | State | Zip |
| Vehicle Year | Vehicle Make | Vehicle Model | | Vehicle Tag No. | | Tag State | Tag Year |

**Damage Estimate**

**Total Injury Amount:**

YOU WILL BE CONSIDERED UNINSURED *AND SUBJECT TO SUSPENSION OF YOUR DRIVER LICENSE* IF THE FOLLOWING SECTION IS INCOMPLETE:

| Insurance Company | | Insurance Agent Name | Phone |
|---|---|---|---|
| Policy Number: | | Address | |
| Policy Period | From | To | City | State | Zip |

**IMPORTANT: ATTACH ITEMIZED DOCTOR'/HOSPITAL/PHARMACY BILLS *(ATTACH ADDITIONAL FORMS IF NECESSARY)***

| Name | Address | Age | Sex | Driver | Passenger | Pedestrian | Injured | Killed |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| Injuries and/or Death | | | | | | | | |

### VEHICLE NO. 2

Other Driver/Owner

**Date of Birth must be included**

before action can be taken under the Financial Responsibility Law

| Driver Name | | | | Owner Name ☐ Same As Driver | | | |
|---|---|---|---|---|---|---|---|
| Date of Birth | DL Number | | DL State | Date of Birth | DL Number | | DL State |
| Street | | | | Street | | | |
| City | | State | Zip Code | City | | State | Zip Code |
| Vehicle Make | Vehicle Year | Vehicle Type | | Vehicle Tag No. | | Tag State | Tag Year |

INSURANCE INFORMATION OF OTHER DRIVER:     INSURANCE DENIAL ATTACHED?  ☐ YES  ☐ NO

| Insurance Company | | Insurance Agent Name | Phone |
|---|---|---|---|
| Policy Number: | | Address | |
| Policy Period | From | To | City | State | Zip |

### VEHICLE NO. 3

Other Driver/Owner

**Date of Birth must be included**

before action can be taken under the Financial Responsibility Law

| Driver Name | | | | Owner Name ☐ Same As Driver | | | |
|---|---|---|---|---|---|---|---|
| Date of Birth | DL Number | | DL State | Date of Birth | DL Number | | DL State |
| Street | | | | Street | | | |
| City | | State | Zip Code | City | | State | Zip Code |
| Vehicle Make | Vehicle Year | Vehicle Type | | Vehicle Tag No. | | Tag Year | License Year |

INSURANCE INFORMATION OF OTHER DRIVER:     INSURANCE DENIAL ATTACHED?  ☐ YES  ☐ NO

| Insurance Company | | Insurance Agent Name | Phone |
|---|---|---|---|
| Policy Number: | | Address | |
| Policy Period | From | To | City | State | Zip |

Describe what you think caused the collision. Please refer to vehicles by number:

| I STATE THAT THE INFORMATION ON THIS REPORT IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE | I AM: | ☐ Driver | ☐ Owner | ☐ Attorney/Corp./Agency Officer | ☐ Insurance Agent |
|---|---|---|---|---|---|
| | Signature | | | Phone | Date |

DPS FR307 024 012008



DEPARTMENT OF PUBLIC SAFETY

# OKLAHOMA MOTOR VEHICLE COLLISION REPORT

Driver Compliance Division

P.O. Box 11415
Oklahoma City OK 73136-0415

405.425.2098

3600 N. M L King Ave
Oklahoma City OK 73111

*CASE # 2015 035*

## INSURANCE INFORMATION EXCHANGE

| Police Officer *Thompson Sams* | DATE *9-25-15* | Use this form to exchange your information with the other party at the scene of the collision. |
|---|---|---|
| Driver Name *Zachary Wilson* | | |

| Driver License No. *F080 828 644* | Date of Birth | Insurance Company *American Mercury Ins* | Phone *580-765-4441* |
|---|---|---|---|
| Address | Phone *580-352-1234* | Agent Name | |
| City State Zip | | Address | |
| Vehicle Owner: ☐ same as driver | | City State Zip | |
| Address | Phone | Policy No. *19A 35 000 0001525* | |
| City State Zip | | Policy Effective Date | Policy Expiration Date |
| Driver License No. | Date of Birth | Vehicle Make | Model | Year | Tag No./State |

**The official *Oklahoma Traffic Collision Report*, the police investigative report, can be obtained by calling Records Management at 405.425.2262**

# INSTRUCTIONS

**WHILE AT THE SCENE OF THE COLLISION**

1. Print your name and insurance information legibly in the form above.

2. Give your information to the other driver *and* then you receive their information.

3. Contact their insurance agent and your insurance agent to report the collision and to file the proper claim forms.

   **If the insurance information provided above is denied or non-existent or <u>you did not have the opportunity to obtain the above information,</u> you will need to complete the reverse side of this form and submit within one year from the date of the collision.**

4. Using this form which contains the other party's information (if investigated by law enforcement personnel), complete all blanks; *incomplete reports will be returned.* Date of birth must be included for adverse driver and/or owner; your insurance information must also be included.

5. Report must be dated and signed.

6. Attach the following appropriate documents as evidence of personal injury or property damage.

   (a) PERSONAL INJURY - Copies of itemized doctor, hospital, and/or pharmacy bills incurred as a result of the collision.

   (b) VEHICLE DAMAGE - An itemized estimate of repair or total loss statement for damages caused by the collision, <u>dated and signed</u> by an authorized representative of a garage or body shop. Do not send any other supporting evidence such as pictures, copies of checks, or other type of documents or diskettes.

   (c) PROPERTY DAMAGE, OTHER THAN MOTOR VEHICLE - An itemized estimate or statement of repair due to the collision separately listing the cost of materials and the cost of labor dated and signed by a qualified professional or your receipts.

   (d) Insurance denial from other party's company if a claim was filed.

7. **Upon completion, mail the report to the Department of Public Safety at the above address.**

Pg 1 of 4

DO NOT WRITE IN THIS SPACE

**OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT**

| | Y | N | | | Y | N |
|---|---|---|---|---|---|---|
| Incident Report | | X | | | | |
| Investigation Completed | X | | Revised | | | X |
| Investigation Made at Scene | X | | Fatality | | | X |
| Photographs | X | | Hit and Run | | | X |

**(1) Reporting Agency:** HYDRO POLICE DEPARTMENT
**Case Number (Agency Use):** 2015035
**Motor Vehicles Involved:** 02
**Number Injured:** 01
**Number Killed:** 00

**(2) Date of Collision (mm/dd/yyyy):** 09252015
**Time:** 1822
**County Number and Name:** 08 CADDO
**Nearest City or Town Number and Name:** In ☐ / Near ☒ 60 HYDRO

**(3) Distance from Nearest City or Town Limits:** Mi/Ft ☐ N/S ☐ / Mi/Ft ☐ E/W ☐
**Control #:** | **Int ID:** | **Location:** | **East Grid:** | **North Grid:** | **Administrative:**

**(4) Street, Road or Highway:** SH58
**At ☐** 0091
**Distance from:** Mi ☐ Ft ☒ N ☒ S ☐ E ☒ W ☐
**(Nearest) Intersecting Street, Road or Highway:** SH66

**(5) Unit:** 01 **Occupants:** 01 **Type:** D **Hit & Run / CMV:** ☐
**Last Name:** WRIGHT **First:** STACEY **Middle:** ELAINE **Suffix:** **Date of Birth (mm/dd/yyyy):** 04301982 **Sex:** F

**(6) Address:** 24352 E 1030 RD **City:** WEATHERFORD **State:** OK **Zip:** 73096 **Telephone (Use Area Code):** 5803021849

**(7) Driver License Number:** D080826870 **State:** OK **Class:** D **Endorsement(s):** 1 **Restriction(s):** 2 **Inj. Sev.:** 3 **Type of Injury:** **Drv/Ped. Cond.:** 01 **OP Use:** 04

**(8) Air Bag:** 1 1 **Ejected:** 1 **Extricated:** **Test:** 5 **(% BAC):** 0. **Transported by:** **To Medical Facility:** **License Plate Number:** 280LSJ **State:** OK **Month:** 08 **Year:** 2016

**(9) VIN:** 1GNSKJKC6FR704991 **Vehicle Year:** 2015 **Color:** RED **2nd Color:** 0 **Make:** CHEV **Model:** SUBU **Veh. Conf.:** 20 **Extent of Damage:** 4

**(10) Insurance Verification:** 2 **Insurance Company Name:** AMERICAN NAT'L PROP. & CAS. IN **Policy Number:** 35A29200M9 **Insurance Telephone (Use Area Code):** 5807742321

**(11) Vehicle Removed by:** HYDRO AUTO SALVAGE & WRECKER S **Same as Driver:** ☒ **Owner's Last Name:** **First:** **Middle:** **Suffix:**

**(12) Owner's Address:** **City:** **State:** **Zip:** **Oversized Load:** 0 **Towed Veh. Type:** 00 **Rolled:** ☐ **Phone present:** ☒ **Burned:** ☐ **Phone in use:** ☐

**(13) Citation Number:** **Statute/Ordinance Number:** **Citation Number:** **Statute/Ordinance Number:**

**(14) Unit:** 02 **Occupants:** 01 **Type:** D **Hit & Run / CMV:** ☐
**Last Name:** WILSON **First:** ZACHARY **Middle:** ALLEN **Suffix:** **Date of Birth (mm/dd/yyyy):** 01051986 **Sex:** M

**(15) Address:** 1927 SOUTH 15TH STREET **City:** CHICKASHA **State:** OK **Zip:** 73018 **Telephone (Use Area Code):** 5803524234

**(16) Driver License Number:** F080828644 **State:** OK **Class:** D **Endorsement(s):** **Restriction(s):** **Inj. Sev.:** **Type of Injury:** **Drv/Ped. Cond.:** 01 **OP Use:** 04

**(17) Air Bag:** 1 1 **Ejected:** 1 **Extricated:** **Test:** 5 **(% BAC):** 0. **Transported by:** **To Medical Facility:** **License Plate Number:** 765LTH **State:** OK **Month:** 09 **Year:** 2015

**(18) VIN:** 3C63DRBL5CG268238 **Vehicle Year:** 2012 **Color:** BLK **2nd Color:** 0 **Make:** DODG **Model:** RAM **Veh. Conf.:** 04 **Extent of Damage:** 4

**(19) Insurance Verification:** 1 **Insurance Company Name:** AMERICAN MERCURY INSURANCE **Policy Number:** BA350000001525 **Insurance Telephone (Use Area Code):** 5807654441

**(20) Vehicle Removed by:** HYDRO AUTO SALVAGE & WRECKER S **Driver Same as Driver:** ☒ **Owner's Last Name:** **First:** **Middle:** **Suffix:**

**(21) Owner's Address:** **City:** **State:** **Zip:** **Oversized Load:** 0 **Towed Veh. Type:** 00 **Rolled:** ☐ **Phone present:** ☒ **Burned:** ☐ **Phone in use:** ☐

**(22) Citation Number:** **Statute/Ordinance Number:** **Citation Number:** **Statute/Ordinance Number:**

**(23) Investigating Officer:** OFFICER THOMPSON **Badge Number:** 102 **Trp/Div. Assigned:** **Trp/Div. Location:** **Reviewer (Init.):** **Reviewer Badge No.:** **Date of Report (mm/dd/yyyy):** 09262015

WARNING - STATE LAW    Use of contents for commercial solicitation is unlawful

DPS: 0192-01 REV 0107

Case Number 2015035      Pg 2 of 4

**(24) Unit** | Injured □ Passenger □ | Witness □ Prop. Owner □ | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex

**(25) Address** | Same as Driver | City | State | Zip | Telephone (Use Area Code)

**(26) Injury Severity / Type** | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type

**(27) Unit** | Injured □ Passenger □ | Witness □ Prop. Owner □ | Pos in Veh. | Last Name | First | Middle | Suffix | DOB (mm/dd/yyyy) | Sex

**(28) Address** | Same as Driver | City | State | Zip | Telephone (Use Area Code)

**(29) Injury Severity / Type** | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type

**(30) Unit** | Injured □ Passenger □ | Witness □ Prop. Owner □ | Pos in Veh. | Last Name | First | Middle | Suffix | DOB (mm/dd/yyyy) | Sex

**(31) Address** | Same as Driver | City | State | Zip | Telephone (Use Area Code)

**(32) Injury Severity / Type** | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type

**(33) Unit** | Injured □ Passenger □ | Witness □ Prop. Owner □ | Pos in Veh. | Last Name | First | Middle | Suffix | DOB (mm/dd/yyyy) | Sex

**(34) Address** | Same as Driver | City | State | Zip | Telephone (Use Area Code)

**(35) Injury Severity / Type** | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type

**Complete information below if this vehicle is being used for COMMERCE/BUSINESS and has a GVWR/GCWR IN EXCESS OF 10,000 LBS. or has a HAZMAT PLACARD, or is a BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER**

**(36) Unit** | Carrier Name | Address

**(37) City** | State | Zip | GVWR □ GCWR □ | 0 - 10K lbs. / 10,001 - 26K lbs. / 26K+ lbs. | Axle Qty. | Cargo Body | Vehicle Use: Interstate Commerce / Intrastate Commerce / Other Non-Commerce / Government

**(38) U.S. DOT Number** | NASI Report Number: OK | Placard Number | Haz. Mat. Class | Haz. Mat. Involved: Yes / No | Haz. Mat. Release: Yes / No

**(39) Unit** | Carrier Name | Address

**(40) City** | State | Zip | GVWR □ GCWR □ | 0 - 10K lbs. / 10,001 - 26K lbs. / 26K+ lbs. | Axle Qty. | Cargo Body | Vehicle Use: Interstate Commerce / Intrastate Commerce / Other Non-Commerce / Government

**(41) U.S. DOT Number** | NASI Report Number: OK | Placard Number | Haz. Mat. Class | Haz. Mat. Involved: Yes / No | Haz. Mat. Release: Yes / No

## Position in Vehicle

11 12 13
21 22 23
31 32 33
41 42 43
51

11 12 13
21 22 23

11 12
21

11 12 13
51 or 52

11 12

54

11 12 13
55

55

11 12 13
51

**00. Not Applicable**
**18. Front Row - Other**
**28. Second Row - Other**
**38. Third Row - Other**
**48. Fourth Row - Other**
**50. Sleeper Section of Truck Cab**

See manual for additional seating examples.

## Vehicle Configuration

- 00. N/A
- 01. Passenger Veh.-2 Dr
- 02. Passenger Veh.-4 Dr
- 03. Passenger Veh. Conv.
- 04. Pickup
- 05. Single Unit Truck, 2 axles
- 06. Single Unit Truck, 3+ axles
- 07. School Bus
- 08. Truck/Trailer
- 09. Truck-Tractor (Bobtail)
- 10. Truck-Tractor Semi-Trailer
- 11. Truck-Tractor Double
- 12. Truck-Tractor Triple
- 13. Bus/Large Van 9-15 occupants including driver
- 14. Bus 16+ occupants including driver
- 15. Motorcycle
- 16. Motor Scooter/ Moped
- 17. Motor Home
- 18. Farm Machinery
- 19. ATV
- 20. SUV
- 21. Passenger Van
- 22. Truck more than 10,000 lbs., Cannot Classify
- 23. Van 10,000 lbs. or Less
- 24. Other
- 99. Unknown

## Cargo Body Type

- 00. N/A
- 01. Bus 9-15 seats
- 02. Bus 16+ seats
- 03. Van / Enclosed Box / Stock Trailer
- 04. Cargo Tank
- 05. Flatbed
- 06. Intermodal
- 07. Dump Truck/ Trailer
- 08. Concrete Mixer
- 09. Auto Transporter
- 10. Garbage/Refuse
- 11. Hopper (grain, chips/gravel)
- 12. Pole Trailer
- 13. Log Trailer
- 14. Vehicle Towing Vehicle
- 15. Other
- 99. Unknown

DPS: 0192-02 REV 0107

Case Number  2015035

# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT  Pg 3 of 4

|  | Unit | Total Lanes in Roadway | Legal Speed | | Pedestrian / Pedalcyclist Only | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Actions Prior to Collision | Location at Time of Collision | Safety Equip. | Unit Number of Vehicle Striking | |
| This unit will correspond to 'Unit 1' | 01 | 02 | 55 | | | | | |
| This unit will correspond to 'Unit 2' | 02 | | 55 | | | | | |

**Was the collision in or near a construction, maintenance or utility work zone? (If yes, complete this section)**   Yes ☐   No ☒

| Type of Work Zone | Location of the Work Zone Collision |
|---|---|
| 1 Lane Closure | 1 Before the First Work Zone Warning Sign |
| 2 Lane Shift/Crossover | 2 Advance Warning Area |
| 3 Work on Shoulder or Median | 3 Transition Area |
| 4 Intermittent or Moving Work | 4 Activity Area |
| 9 Unknown | 5 Termination Area |
| | 9 Unknown |

**Workers Present**   Yes ☐   No ☐   Unknown ☐

## Light  1

- 1 Daylight
- 2 Dark-Not Lighted
- 3 Dark-Lighted
- 4 Dawn
- 5 Dusk
- 6 Dark-Unknown Lighting
- 7 Other
- 9 Unknown

## Weather  03

- 01 Clear
- 02 Fog/Smog/Smoke
- 03 Cloudy
- 04 Rain
- 05 Snow
- 06 Sleet/Hail (Freezing Rain/Drizzle)
- 07 Severe Crosswind
- 08 Blowing Snow
- 09 Blowing Sand, Soil, Dirt
- 10 Other
- 99 Unknown

## Locality  7

- 1 Residential
- 2 Business
- 3 Industrial
- 4 School
- 5 Not Built-up
- 6 Mixed Use
- 7 Other
- 9 Unknown

## Type of Intersection  0

- 0 Not an Intersection
- 1 Y-Intersection
- 2 T-Intersection
- 3 Four-Way Intersection
- 4 Five-Point or More
- 6 Intersection as Part of Interchange
- 7 Traffic Circle
- 8 Roundabout
- 9 Unknown

## Incident Type  00

- 00 Not an Incident
- 51 Private Property
- 52 Deliberate Intent
- 53 Medical Condition
- 54 Legal Intervention
- 55 Suicide
- 57 Drowning
- 58 Other

## Location of First Harmful Event

- 01 On Roadway
- 02 Shoulder
- 03 Median
- 04 Roadside
- 05 Gore
- 06 Separator
- 07 Parking Lane/Zone
- 08 Off Roadway, Location Unknown
- 09 Outside Right-of Way
- 10 Other
- 99 Unknown

## What Vehicle Was Going to Do    Unit 1  12    Unit 2  01

- 00 Not Applicable
- 01 Go Ahead
- 02 Turn Right
- 03 Turn Left
- 04 Make "U" Turn
- 05 Stop
- 06 Slow for Cause
- 07 Start from Park/Stop
- 08 Change Lanes
- 09 Overtake
- 10 Pass
- 11 Back
- 12 Remain Stopped
- 13 Remain Parked
- 14 Enter/Merge in Traffic
- 15 Negotiate a Curve
- 16 Park
- 17 Other
- 99 Unknown

## What Vehicle Did    Unit 1  12    Unit 2  01

- 00 Not Applicable
- 01 Went Ahead
- 02 Turned Left
- 03 Turned Right
- 04 Entered "U" Turn
- 05 Stopped
- 06 Slowed
- 07 Started From Park/Stop
- 08 Entered Other Lane
- 09 Overtaking
- 10 Passing
- 11 Backed
- 12 Remained Stopped
- 13 Remained Parked
- 14 Entered/Merged
- 15 Departed Rdwy-Right
- 16 Departed Rdwy-Left
- 17 Swerved Right
- 18 Swerved Left
- 19 Parked
- 20 Other
- 99 Unknown

## Underride/Override

- 0 Not Applicable
- 1 No Underride or Override
- 2 Underride, Compartment Intrusion
- 3 Underride, No Compartment Intrusion
- 4 Underride, Compartment Intrusion Unknown
- 5 Override, Motor Vehicle in Transport
- 6 Override, Other Motor Vehicle
- 9 Unknown

## Traffic Control    Unit 1  01    Unit 2  01

- 00 No Control
- 01 Stop Sign
- 02 Traffic Signal
- 03 Flashing Traffic Signal
- 04 School Zone Signs
- 05 Yield Sign
- 06 Warning Sign
- 07 Railroad Advance Warning Sign
- 08 Railroad Cross Bucks
- 09 Railroad Gates
- 10 Railroad Signal
- 11 No Passing Zone
- 12 Person (including flagger, law enforcement, crossing guard, etc.)
- 13 Abnormal Control
- 14 Other
- 99 Unknown

## Vehicle Removal    Unit 1  1    Unit 2

- 0 Not Applicable
- 1 Towed Due to Vehicle Damage
- 2 Towed For Reasons Other Than Damage
- 3 Remained at Scene
- 4 Driven from Scene
- 9 Unknown

## Vehicle Condition    Unit 1  01    Unit 2  01

- 00 Not Applicable
- 01 Apparently Normal
- 02 Brakes
- 03 Headlights
- 04 Steering
- 05 Tail Lights
- 06 Brake Lights
- 07 Tires/Wheels
- 08 Suspension
- 09 Signal Lights
- 10 Windows
- 11 Truck Coupling/Trailer Hitch/Safety Chains
- 12 Mirrors   15 Other
- 13 Wipers   99 Unknown
- 14 Power Train

## Road Surface Conditions    Unit 1  01    Unit 2  01

- 01 Dry
- 02 Wet
- 03 Ice/Frost
- 04 Snow
- 05 Mud, Dirt, Gravel
- 06 Slush
- 07 Water (standing, moving)
- 08 Sand
- 09 Oil
- 10 Other
- 99 Unknown

## Special Function of Vehicle    Unit 1  00    Unit 2

- 00 Not Applicable
- 01 School Bus
- 02 Transit Bus
- 03 Intercity Bus
- 04 Charter Bus
- 05 Other Bus
- 06 Military
- 07 OHP
- 08 Other Police
- 09 Other Law Enforcement
- 10 Ambulance
- 11 Fire Truck
- 12 Public Owned Vehicle
- 13 Highway Equipment
- 14 Special Mobilized Machine
- 15 Other  99 Unknown

## Road Character

**Grade**    Unit 1  1    Unit 2  1
- 0 Level
- 1 Hillcrest
- 2 Uphill
- 3 Downhill
- 4 Sag (bottom)

**Road Alignment**    Unit 1  1    Unit 2  1
- 0 Straight
- 1 Curve - Left
- 2 Curve - Right

**Road Surface Type**    Unit 1  2    Unit 2  2
- 1 Concrete
- 2 Asphalt
- 3 Gravel
- 4 Dirt
- 5 Brick
- 6 Other
- 9 Unknown

## Visibility Obscured by    Unit 1  00    Unit 2  00

- 00 Not Applicable
- 01 Trees
- 02 Embankment
- 03 Building
- 04 Signs
- 05 Parked Vehicles
- 06 High Weeds
- 07 Fences
- 08 Shrubbery
- 09 Ice, Snow or Frost on Windows
- 10 Smoke
- 11 Fog
- 12 Dust
- 13 Rain
- 14 Sun
- 15 Other
- 99 Unknown

## Driver Distracted by    Unit 1  0    Unit 2  1

- 0 Not Applicable/None
- 1 Electronic Communication Devices
- 2 Other Electronic Device
- 3 Other Inside Vehicle
- 4 Other Outside Vehicle
- 9 Unknown

## Trafficway  2  2

- 0 Not Applicable
- 1 One Way
- 2 Two-Way - Not Divided
- 3 Two-Way - Divided
- 4 Two-Way - Divided - Positive Median Barrier
- 5 Turn Lane
- 6 Ramp / Loop
- 7 Driveway
- 8 Alley / Parking Lot
- 9 Unknown

## Unsafe / Unlawful Contributing Factors    Unit 1  98    Unit 2  71

**FAILED TO YIELD**
- 01 From Stop Sign
- 02 From Yield Sign
- 03 County Road at Through Highway
- 04 From Stop Light
- 05 From Alley
- 06 To Pedestrian
- 07 To Vehicle on Right
- 08 To Vehicle in Intersection
- 10 To Emergency Vehicles
- 12 Other

**FOLLOWED TOO CLOSELY**
- 13 Human Element
- 14 Traffic Condition
- 15 Weather Condition

**UNSAFE SPEED**
- 16 Driver's Ability (Aged)
- 17 Inexperienced Driver - Young
- 18 Exceeding Legal Limit
- 19 For Traffic Conditions
- 20 For Type of Roadway (Gravel, Dirt, etc.)
- 21 For Ice or Snow on Roadway
- 22 Rain or Wet Roadway
- 23 Wind
- 24 Other Weather Conditions
- 25 Vehicle Condition
- 26 View Obstruction
- 27 On Curve/Turn
- 28 Impeding Traffic
- 29 Other

**IMPROPER TURN**
- 30 From Wrong Lane
- 31 From Direct Course
- 32 Right
- 33 Left
- 34 Turn About/U-Turn
- 35 To Enter Private Drive
- 36 In Front of Oncoming Traffic
- 37 Other

**CHANGED LANES UNSAFELY**
- 38
- 39 STOPPED IN TRAFFIC LANE

**FAILED TO STOP**
- 40 For Stop Sign
- 41 For Traffic Signal
- 42 For School Bus
- 43 For Railroad Gates/Signal
- 44 For Officer/Flagman
- 45 At Sidewalk/Stopline
- 46 Other

**UNSAFE VEHICLE**
- 47 Brakes
- 48 Steering

- 49 Tires
- 50 Suspension
- 51 Headlights
- 52 Tail Lights
- 53 Stop Lights
- 54 Wheel
- 55 Exhaust System
- 56 Windshield Wipers
- 57 Other Mechanical Defects

**LEFT OF CENTER**
- 58 In Meeting
- 59 No Passing Zone (Unmarked)
- 60 Marked Zone
- 61 Other

**IMPROPER OVERTAKING**
- 62 In Marked Zone
- 63 On Hill/Curve
- 64 At Intersection
- 65 Without Sufficient Clearance
- 66 Other

**IMPROPER PARKING**
- 67 On Roadway
- 68 Where Prohibited
- 69 Other

**INATTENTION**
- 70 Distracted by Passenger in Vehicle
- 71 Other Distraction Inside Vehicle
- 72 Distraction From Outside Vehicle
- 73 Other

**WRONG WAY**
- 74 On One Way
- 75 On Exit Ramp
- 76 On Entrance Ramp
- 77 Other

**IMPROPER START FROM**
- 78 Parked Position
- 79 Other

- 80 ALCOHOL-DUI/DWI
- 81 DRUG-DUI
- **OTHER IMPROPER ACT/MOVEMENT**
- 82 Failed to Signal
- 83 Disregarded Warning Signal
- 84 Improper Use of Lane
- 85 Improper Backing
- 86 Apparently Sleepy
- 87 Failed to Secure Load
- 88 Other/Unknown

**UNKN/NO IMPROPER ACT**
- 89 Deer in Roadway
- 90 Animal in Roadway
- 91 Domestic Animal in Rdwy
- 92 Avoiding Other Vehicle
- 93 Avoiding Pedestrian
- 94 Object/Debris in Roadway
- 95 Defect in Roadway
- 96 Abnormal Traffic Control
- 97 Improper Bicyclist Action
- 98 NO IMPROPER ACTION BY DRIVER
- 99 PEDESTRIAN ACTION

## Point of First Contact on Vehicle    Unit 1  07    Unit 2  01

## Most Damaged Area    Unit 1  07    Unit 2  01

- 00 Not Applicable   14 Undercarriage
- 13 Top   99 Unknown

| Case Number | 2015035 |
|---|---|

Latitude: _____   Longitude: _____   N   W

Railroad Crossing Number   Roadway Orientation

Unit Number 01   N E S W   **S**   Unit Number 02   N E S W   **S**

Pg **4** of **4**

Indicate North by Arrow

Diagram labels:
- SH 58
- 10' IMPROVED SHOULDER
- 8' IMPROVED SHOULDER
- STOP SIGN
- SH 66

## COLLISION EVENTS

| Unit | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event | First Harmful Event for the Entire Collision |
|---|---|---|---|---|---|---|
| 01 | 34 | 00 | 00 | 00 | 34 | 34 |
| 02 | 34 | 00 | 00 | 00 | 00 | |

00. Not Applicable
10 Overturn/Rollover
11 Fire/Explosion
12 Immersion
13 Jackknife
14 Cargo/Equipment Loss or Shift
15 Equipment Failure (Blown Tire, Brake Failure, etc.)
16 Separation of Units
17 Departed Road Right
18 Departed Road Left
19 Cross Median/Centerline
20 Downhill Runaway

21 Fell/Jumped From Motor Vehicle
22 Thrown Or Falling Object
23 Other Non-Collision
FIXED OBJECT:
PERSON, MOTOR VEHICLE, OR NON-FIXED OBJECT:
30 Pedestrian
31 Pedal Cycle
32 Railway Vehicle (train, engine)
33 Animal
34 Motor Vehicle in Transport
35 Parked Motor Vehicle
36 Struck by Falling, Shifting Cargo or Anything Set in Motion by Motor Vehicle

37 Work Zone/Maintenance Equipment
38 Other Non-Fixed Object
FIXED OBJECT:
40 Barrier (Cable)
41 Barrier (Concrete)
42 Barrier (Other)
43 Fence Pole
44 Fence
45 Traffic Signal Support
46 Traffic Sign Support
47 Utility Pole/Light Support
48 Other Post/Pole/Support
49 Guardrail/Guardrail Face
50 Guardrail End
51 Culvert
52 Curb
53 Island
54 Sand Barrels
55 Impact Attenuator/ Crash Cushion

56 Pavement Drop-Off
57 Ditch
58 Embankment
59 Tree (Standing)
60 Dividing Strip
61 Retaining Wall
62 Bridge Abutment
63 Bridge Pier or Support
64 Bridge Rail
65 Bridge Post
66 Bridge Curb
67 Bridge Super Structure (Beams)
68 Bridge Overhead Structure
69 Delineator
70 Mailbox
71 Other Fixed Object
72 Other Highway Structure
73 Ground
99 Unknown

**Remarks**

UNIT 1 WAS STOPPED BEHIND ANOTHER VEHICLE (BOTH FACING SOUTH) AT A STOP SIGN AT SH58 AND SH66 (INTERSECTION). UNIT 2 WAS TRAVELING SOUTH ON SH58. THE DRIVER OF UNIT 2 STATED HE DROPPED HIS PHONE INSIDE HIS VEHICLE. THE DRIVER OF UNIT 2 ATTEMPTED TO GET HIS DROPPED PHONE. UNIT 2 SWERVED INTO THE NORTHBOUND LANE. UNIT 2 THEN SWERVED TO THE SOUTHBOUND LANE. UNIT 2'S FRONT SIDE AREA MADE CONTACT WITH UNIT 1'S REAR DRIVER'S SIDE, CAUSING A COLLISION. THE AOI WAS 91 FEET NORTH OF THE NORTH EDGE OF U.S. ROUTE 66,18 FEET EAST OF THE WEST EDGE OF HWY 58.

This report is based on the officer's investigation of this collision. This report may contain the opinion of the officer.

# EXHIBIT 2



MERCURY
INSURANCE GROUP

P.O. Box 209040
Austin, TX 78720
(800) 503-3724

October 23, 2015

Clayton B. Bruner, PLLC
Weatherford Law Center
2811 East Main Street
Weatherford, OK 73096

RE:    OUR INSURED:        Zachary Wilson Welding
       OUR FILE NUMBER:    OKBA-00000900
       DATE OF LOSS:       09/25/15
       YOUR CLIENTS:       Stacey and Todd Wright

Dear Mr. Bruner:

I am in receipt of your letter dated October 23, 2015 regarding the above referenced claim. This file has been transferred to me for further handling.

My understanding of the property damage to your client's vehicle is that we did a preliminary estimate and then asked your client to move the vehicle to a body shop so it could be torn down and a more accurate estimate could be written. However, based on the amounts you are quoting in your letter regarding the estimated value of your client's vehicle should it be determined a total loss or the amount of diminished value it would have should it be repaired, it has become clear that we will have a limits issue.

Our policy is a business policy with a combined single limit and we have the property damage from your client's vehicle, her injury claim and the property damage to a second vehicle and a bodily injury claim to the passenger in that vehicle which all must be settled out of that single limit.

I have asked our insured for permission to release his policy limits and he has declined to release his limit. However, the value of your client's vehicle alone is close to our limit.

Therefore, I would recommend that your client use her own auto insurance carrier to take care of the damages to her vehicle as that is the fastest way to get her damages resolved and the only way she will get paid for 100% of her damages.

If you have any questions or would like to discuss this claim, please contact me at (800) 503 3724 x44549

Very truly yours,
AMERICAN MERCURY INSURANCE COMPANY

Susan Swanson
Senior Claims Specialist
800-503-3724 ext.44549

EXHIBIT 14

  **American®**
**National Property**
**And Casualty**
**Companies**

American National Property And Casualty Co.
American National General Insurance Co.
American National Lloyds Insurance Co.
Pacific Property And Casualty Co.
ANPAC Louisiana Insurance Co.
American National County Mutual Insurance Co.

American National Corporate Centre
1949 East Sunshine
Springfield, MO • 65899-0001
417-887-0220 • Fax 417-887-1801
http://www.anpac.com

October 28, 2015

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
ARTICLE #7008 0150 0001 0047 8445

Stacey Wright
24352 East 1030 Road
Weatherford, OK  73096-7504

Re:   Policy #35-A-29200M
      Date of Loss:  September 25, 2015
      Claim #35-A-2Y0996

Dear Ms. Wright:

As you know, we have been called upon to handle a claim growing out of an incident on or about September 25, 2015, involving your 2015 Chevy Suburban.  Pursuant to such request, we are investigating the incident.  However, our conduct in doing so is not intended to be, and shall not operate in any way as a waiver or invalidation of any of the conditions of the referenced policy or of any rights the insurance company has under the policy or to assert nonliability because of violation of policy provisions.

There appear to be reasons why the insurance company might not have an obligation to you with respect to such incident.  The intent of the insurance company is to provide, without prejudice to the rights of the insurance company, an investigation into the facts of the incident.

Our present information is that coverage might not exist for you with respect to this incident because of late reporting.  The policy reads in part as follows:

### INSURED'S DUTIES IN CASE OF AN AUTO ACCIDENT OR LOSS

The following are duties you must perform. Failure to perform these duties may result in no coverage.

(1)   Notify us promptly. The notice must give the time, place, and circumstances of the accident or loss, including the names and addresses of injured persons and witnesses.

The insurance company reserves the right at any future time to assert any of the foregoing, as well as any other reason that becomes apparent or into existence, as a reason for declining to provide further handling with respect to said incident.

Sincerely,

James W. Sanders
Claims Representative
Auto Claims Division
American National Property And Casualty Company
#1-800-333-2861, Extension #2722
james.sanders@AmericanNational.com

mb/c3


AMERICAN
NATIONAL

LM-9                                    *"Members of the American National Family of Companies"*

EXHIBIT 15

disclosure of the information contained in this transmission, including any attachments, for any purpose other than that intended by its transmittal is strictly prohibited. Unauthorized interception of this email is a violation of federal criminal law. If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

 WRIGHT ACK LTR.pdf
624K

---

**Clayton Bruner** <claybrunerlaw@gmail.com>
To: "Sanders, James" <James.Sanders@americannational.com>

Fri, Nov 6, 2015 at 12:06 PM

Mr. Sanders,

I am in receipt of your correspondence to my clients dated October 28, 2015. Again, please send any and all future correspondence directly to me. Thank you in advance.

ANPAC cannot seriously be reserving its rights to deny coverage for my clients' claim based on the "Notice" requirement in the policy. That must be a joke. My clients notified their insurance agent of the MVA immediately after the accident. Accordingly, ANPAC had timely notice of the accident. My clients are not responsible for the dilatory acts of their agent if the agent failed to notify ANPAC. My clients' agent advised that their ANPAC policy should not come into play since the tortfeasor was insured. Once it was clear that the tortfeasor was underinsured, I immediately notified ANPAC (directly) of my clients' <u>first party</u> claim. My notice to you was approximately one month after the accident. Despite the fact that my clients notified their agent of the MVA the day of or the day after the accident - and thus ANPAC had notice at that time - my notice to ANPAC was still timely.

As you know, Oklahoma is not friendly to insurers in the first-party context. In other words, Oklahoma bad faith law is pro insured. My clients have made a first-party claim. ANPAC's nonsensical reservation of rights ("ROR") letter directly to my clients (after I advised you to direct all further communication to me) is unreasonable and amounts to a thinly veiled threat. That type of response by an insurer in the first-party context is unacceptable under Oklahoma law. ANPAC has no business threatening my clients with a ROR letter based on a delay in notice. ANPAC's actions are unreasonable and potentially in bad faith.

Accordingly, please retract ANPAC's baseless ROR letter regarding a delay in notice. I understand that ROR letters are standard in the industry. However, ANPAC's present ROR letter is absurd.

I look forward to hearing from you regarding this matter.

Best regards,
Clay

Clayton B. Bruner, P.L.L.C.
Attorney at Law
The Weatherford Law Center
2811 E. Main
Weatherford, Ok 73096

Confidentiality
This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by telephone at (580) 774-5363 and permanently delete the original and any copy of any e-mail and any printout

EXHIBIT 16



American National Property And Casualty Co.
American National General Insurance Co.
American National Lloyds Insurance Co.
Pacific Property And Casualty Co.
ANPAC Louisiana Insurance Co.
American National County Mutual Insurance Co.

American National Corporate Centre
1949 East Sunshine
Springfield, MO • 65899-0001
417-887-0220 • Fax 417-887-1801
http://www.anpac.com

November 9, 2015

CLAY BRUNER LAW
2811 E MAIN ST
WEATHERFORD, OK 73096-2607

RE:  Claim #  35-A-2Y0996
     Insured: TODD WRIGHT
     Date of Loss: September 25, 2015

Dear Counsel:

We hereby retract our reservation of rights for late reporting.

Sincerely,

James Sanders
Claims Representative • American National Property And Casualty
800-333-2861 x2722 (Direct) 417-877-5317 (Fax)
James.Sanders@AmericanNational.com



AMERICAN
NATIONAL
*"Members of the American National Family of Companies"*

CLAY BRUNER LAW
2811 E MAIN ST
WEATHERFORD, OK  73096-2607

EXHIBIT 17



Clayton Bruner <claybrunerlaw@gmail.com>

## Your Insureds - Todd and Stacey Wright, Claim No. 35A2Y0996

Clayton Bruner <claybrunerlaw@gmail.com>                                Fri, Nov 6, 2015 at 2:34 PM
To: "Sanders, James" <james.sanders@americannational.com>
Bcc: Stacey Wright <sassiestacy@hotmail.com>, Todd Wright <ontitle@gmail.com>

Mr. Sanders,

Attached please find the relevant documents you requested my client, Stacey Wright, to sign.  Mrs. Wright is
not making a claim for lost wages at this time so the employment authorization and tax returns are irrelevant.
There are also two bills attached. I will continue to send bills as they are received.  Please let me know if you
have any questions.

Best regards,
Clay Bruner


Clayton B. Bruner, P.L.L.C.

Attorney at Law

The Weatherford Law Center

2811 E. Main

Weatherford, Ok 73096


Confidentiality

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may
contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you
are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is
strictly prohibited. If you have received this e-mail in error, please immediately notify me by telephone at (580)
774-5363 and permanently delete the original and any copy of any e-mail and any printout thereof.
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance
or effect, absent an express statement to the contrary herein, this email message, its contents, and any
attachments hereto are not intended as a substitute for a writing.


———— Forwarded message ————
From: Clayton Bruner <claybrunerlaw@gmail.com>
Date: Fri, Nov 6, 2015 at 12:06 PM
Subject: Re: Your Insureds - Todd and Stacey Wright, Claim No. 35A2Y0996
To: "Sanders, James" <James.Sanders@americannational.com>


Mr. Sanders,

I am in receipt of your correspondence to my clients dated October 28, 2015.  Again, please send any and all
future correspondence directly to me.  Thank you in advance.

ANPAC cannot seriously be reserving its rights to deny coverage for my clients' claim based on the "Notice"

requirement in the policy. That must be a joke. My clients notified their insurance agent of the MVA immediately after the accident. Accordingly, ANPAC had timely notice of the accident. My clients are not responsible for the dilatory acts of their agent if the agent failed to notify ANPAC. My clients' agent advised that their ANPAC policy should not come into play since the tortfeasor was insured. Once it was clear that the tortfeasor was underinsured, I immediately notified ANPAC (directly) of my clients' first party claim. My notice to you was approximately one month after the accident. Despite the fact that my clients notified their agent of the MVA the day of or the day after the accident - and thus ANPAC had notice at that time - my notice to ANPAC was still timely.

As you know, Oklahoma is not friendly to insurers in the first-party context. In other words, Oklahoma bad faith law is pro insured. My clients have made a first-party claim. ANPAC's nonsensical reservation of rights ("ROR") letter directly to my clients (after I advised you to direct all further communication to me) is unreasonable and amounts to a thinly veiled threat. That type of response by an insurer in the first-party context is unacceptable under Oklahoma law. ANPAC has no business threatening my clients with a ROR letter based on a delay in notice. ANPAC's actions are unreasonable and potentially in bad faith.

Accordingly, please retract ANPAC's baseless ROR letter regarding a delay in notice. I understand that ROR letters are standard in the industry. However, ANPAC's present ROR letter is absurd.

I look forward to hearing from you regarding this matter.

Best regards,
Clay

Clayton B. Bruner, P.L.L.C.
Attorney at Law
The Weatherford Law Center
2811 E. Main
Weatherford, Ok 73096

Confidentiality
This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by telephone at (580) 774-5363 and permanently delete the original and any copy of any e-mail and any printout thereof. Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance or effect, absent an express statement to the contrary herein, this email message, its contents, and any attachments hereto are not intended as a substitute for a writing.

On Thu, Oct 29, 2015 at 3:16 PM, Sanders, James <James.Sanders@americannational.com> wrote:

Mr. Bruner

Please see the attached Acknowledgment letter. I have ordered the certified policy and declarations. I will forward those to you once available. I will contact you once I have the estimate on the Wright's vehicle.

Thank you.

James W. Sanders

Claims Representative - Auto Claims Division

American National | 1949 E. Sunshine | Springfield, Missouri 65899 | 800-333-2861, ext. 2722

Fax: 417-887-5005

E-mail: james.sanders@americannational.com

SMART THINKING, REWARDED™

**From:** Clayton Bruner [mailto:claybrunerlaw@gmail.com]
**Sent:** Tuesday, October 27, 2015 4:30 PM
**To:** Sanders, James
**Subject:** Your Insureds - Todd and Stacey Wright, Claim No. 35A2Y0996

Dear Mr. Sanders,

Attached please find a letter and exhibits. I look forward to hearing from you regarding this matter.

Best regards,

Clay Bruner

Clayton B. Bruner, P.L.L.C.

Attorney at Law

The Weatherford Law Center

2811 E. Main

Weatherford, Ok 73096

Confidentiality

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by telephone at (580) 774-5363 and permanently delete the original and any copy of any e-mail and any printout thereof. Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance or effect, absent an express statement to the contrary herein, this email message, its contents, and any attachments hereto are not intended as a substitute for a writing.

American National has changed its email addresses to FirstName.LastName@AmericanNational.com. Please update my email address in your contact list, if applicable, at your earliest convenience.

Confidentiality: This transmission, including any attachments, is solely for the use of the intended recipient(s). This transmission may contain information that is confidential or otherwise protected from disclosure. The use or disclosure of the information contained in this transmission, including any attachments, for any purpose other than that intended by its transmittal is strictly prohibited. Unauthorized interception of this email is a violation of federal criminal law. If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

Documents sent to ANPAC - Executed Med Auth, 2 bills, etc..pdf
1411K

Claim Number: 35-A-2Y0996

## Injured Party Information Form
(To be completed by Injured Party or their legal representative)

*A Mandatory Insurer Reporting Law (Section 111 of Public Law 110-173) requires certain insurers to verify Medicare eligibility through the Center for Medicare Services (CMS) when considering claims that involve bodily injury. This law requires that we collect certain information to verify possible Medicare Eligibility and assist CMS to properly coordinate payment of benefits among any applicable plans.*

*The request for this information is not an admission of liability and/or coverage by the company. However, this information may be required prior to any payment and/or resolution of your claim. We are asking you to answer the questions below so that we may comply with this law.*

*Please return the completed form to:*   American National Property And Casualty
1949 E Sunshine St
Springfield, Missouri  65899-0001

Full Name:  (Please print the name exactly as it appears on your Social Security card or Medicare card if available.)

Are you presently, or have you ever been, enrolled in Medicare?  ☐ YES  ☑ NO   | Medicare Claim Number:

Are your Medicare benefits administered through a Medicare Advantage Plan? ☐ YES ☐ NO

If Yes, please state the Medicare Advantage Plan's name: _____

Plan ID Number: _____   Phone Number: _____

Social Security Number:  (If Medicare Claim Number is Unavailable)  |  Date of Birth:  |  Gender:

444-82-▓▓▓   |   4|30|82   |   Female

### Certification

*By signing below, I certify that the information provided above and attached is true and correct. I understand the information provided is to assist in the accurate coordination of benefits with Medicare and to meet reporting obligations under Medicare law.*

**WARNING:** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

Stacey Wright
_____
Printed Name

11/3/15
_____
Date

Stacey Wright
_____
Signature: Injured Party of Legally
Authorized Representative

_____
Relationship to Injured Party

Claim # 35-A-2Y0996
Name:   TODD WRIGHT

## List of Treating Physicians or Providers

Provider: __Dr. J Huser III__

Address: __3725 Legacy__

City: __Weatherford__     State: __OK__     Zip Code: __73096__

Patient Account #_____

Phone: __(580) 772-3331__


Provider: __Weatherford Physical Therapy__

Address: __3730 Legacy__

City: __Weatherford__     State: __OK__     Zip Code: __73096__

Patient Account #_____

Phone: __(580) 772-2604__


Provider: __Tara Harris__

Address: __701 E. Main, Suite F   Legacy Bank Plaza__

City: __Weatherford__     State: __OK__     Zip Code: __73096__

Patient Account #_____

Phone: __(580) 302-1876__


Provider: _____

Address: _____

City: _____     State: _____     Zip Code: _____

Patient Account #_____

Phone: _____


**WARNING:** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

Claim # 35-A-2Y0996

## AUTHORIZATION FOR RELEASE OF
## MEDICAL INFORMATION TO
American National Property And Casualty (American National)

From _____

This authorization or photocopy or electronic copy hereof, will authorize the above-named provider to furnish the entire record they may have regarding my condition while under observation or treatment to a representative of American National Property And Casualty, also referred to as American National, including pertinent information on file, emergency room notes, consultation notes, operative and/or procedure reports, lab reports, imaging/radiology reports, nursing notes, MD or chiropractic progress notes, MD or chiropractic notes, or medical history, so American National may investigate my claim for medical benefits. I understand that some of the information requested is to assist in the accurate coordination of benefits with Medicare and to meet reporting obligations under Medicare law. You are authorized to provide this information. I understand that I may revoke this authorization at any time by written request to my American National Claims Representative. This authorization will expire 24 months from the date of my signature. I understand I may receive a copy of this authorization on request.

I understand that as part of the claim handling process, American National may disclose medical or other information obtained by this authorization to physicians, dentists, other medical or healthcare providers or other professionals for their review and professional opinion. I understand that I may refuse to authorize disclosure of all or some of the requested information, but that refusal may potentially cause a delay in processing, or result in the denial of, insurance benefits for any pending injury or medical claim(s).

Date: _10/29/15_____   ___Stacey Wright_____
                          Signature of patient/legal representative

                          ___Stacey Wright___ ▓▓▓▓▓▓▓ _4/30/82___
                          (Print patient name, SSN, and Date of Birth)

                          _____
                          Relationship to patient [if other than patient signs]

**WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.**

1200206 (04/15)

Stacey Wright

Medical

| Date | Amount | Provider | Note |
|------|--------|----------|------|
| 9/29/15 | $70 | Tara Harris | |
| 10/21/15 | $70 | Tara Harris | |
| 10/23/15 | $35 | Dr. J Huser III | (copay) |
| 10/26/15 | | Physical Therapy | |
| 10/28/15 | | Physical Therapy | |
| 10/30/15 | | Physical Therapy | |
| 11/2/15 | | Physical Therapy | |
| 11/4/15 | | Physical Therapy | |
| 11/6/15 | | Physical Therapy | (scheduled- I don't know after dates) |



# VISIT RECORD RECEIPT

## THERAPEUTIC MASSAGE BY TARA & MCKENZIE

### CERTIFIED MASSAGE THERAPISTS

701 E. MAIN, SUITE F
LEGACY BANK PLAZA
WEATHERFORD, OK 73096

TARA HARRIS: 580.302.1876

NAME: STACEY WRIGHT
ADDRESS: 24352 E. 1030 RD.
WEATHERFORD, OK 73096
PHONE: 580.302.1849

| PAYMENT METHOD | CHECK NO. | SERVICE |
|---|---|---|
| CASH CHECK | 1800 | THERAPEUTIC MASSAGE |

| DATE | SERVICE DESCRIPTION | RATE | TOTAL |
|---|---|---|---|
| 09.29.15 | 60 MINUTE THERAPEUTIC MASSAGE TREATMENTS WITH HOT STONES, HOT STEAM TOWEL WRAPS, FOOT SCRUB TREATMENT + YOUNG LIVING THERAPEUTIC GRADE AROMATHERAPY | $50.00 PER HOUR  $10.00 | $60.00 |

TOTAL PAID: $70.00
THERAPIST SIGNATURE: _Tara Harris, CMT_

WE APPRECIATE YOUR BUSINESS!



# VISIT RECORD RECEIPT

## THERAPEUTIC MASSAGE BY TARA & MCKENZIE
### CERTIFIED MASSAGE THERAPISTS

701 E. MAIN, SUITE F
LEGACY BANK PLAZA
WEATHERFORD, OK 73096

TARA HARRIS: 580.302.1876

NAME: STACEY WRIGHT
ADDRESS: 24352 E. 1030 RD.
WEATHERFORD, OK 73096
PHONE: 580.302.1849

| PAYMENT METHOD | CHECK NO. | SERVICE |
|---|---|---|
| CASH [CHECK] | 1808 | THERAPEUTIC MASSAGE |

| DATE | SERVICE DESCRIPTION | RATE | TOTAL |
|---|---|---|---|
| 10.21.15 | 60 MINUTE THERAPEUTIC MASSAGE TREATMENTS WITH HOT STONES, HOT STEAM TOWEL WRAPS, FOOT SCRUB TREATMENT YOUNG LIVING THERAPEUTIC GRADE AROMATHERAPY | $50.00 PER HOUR $10.00 | $60.00 |

TOTAL PAID:  $70.00

THERAPIST SIGNATURE: _Tara Harris-CMT_

WE APPRECIATE YOUR BUSINESS!

# Clinical Summary

## Table of Contents

Patient Demographics
Emergency Contacts
Care Providers
Visit Information
Chief Complaint and Reason for Visit
Social History
Problem List
Medication List
Current Allergies and Adverse Reactions
Procedures/Laboratory Tests
Immunization
Vital Signs
Instructions
Medications Administered
Diagnostic Test Results
Reason for Referral
Plan Of Care

## Patient Demographics

**Name:** Stacey Wright

**Birthdate:** April 30, 1982

**Gender:** F

**Race:** 2106-3 (White)

**Ethnicity:** 2186-5 (Not Hispanic or Latino)

**Language:**
code: eng (preferred)

**Contact Information:**
Tel (Primary Home): (580)302-1849

Primary Home:
24352 E. 1030 Rd
Weatherford, OK 73096

**Default Provider Organization:**
J.M. Huser, III, M.D.

Tel (Workplace): (580)772-3331
Fax (Workplace): (580)774-1451
Tel (Workplace): (580)772-3331
Fax (Workplace): (580)774-1451

Workplace:
3725 Legacy Street
Weatherford, OK 73096-9746

## Emergency Contacts

**Emergency Contact:**
Todd B Wright

Tel (Primary Home): (580)302-1849

Primary Home:
24352 E 1030 Rd
Weatherford, OK 73096

EXHIBIT 18

**AMERICAN NATIONAL PROPERTY & CASUALTY**
PACIFIC PLAINS DIVISION
FOR SUPPLEMENTS, CONTACT APPRAISER
AT CELL # BELOW
jerry.samuels@americannational.com
1949 E. SUNSHINE
SPRINGFIELD, MO 65899
Phone: (405) 306-4976
Fax: (417) 877-5230

Claim #: 35-A-2Y0996-V1
Workfile ID: a21c9b07

## Estimate of Record

Written By: JERRY SAMUELS, 11/03/2015 9:33:07 AM
Adjuster: Sanders, James

| | | | | | |
|---|---|---|---|---|---|
| Insured: | TODD WRIGHT | Owner Policy #: | 35A29200M | Claim #: | 35-A-2Y0996-V1 |
| Type of Loss: | Collision | Date of Loss: | 09/25/2015 06:22 PM | Days to Repair: | 0 |
| Point of Impact: | 07 Left Rear | Deductible: | 1000.00 | | |

| Owner (Insured): | Inspection Location: | Appraiser Information: | Repair Facility: |
|---|---|---|---|
| TODD WRIGHT<br>24352 E 1030 RD<br>WEATHERFORD, OK<br>73096-0000<br>(580) 774-2636 Evening<br>(580) 774-9011 Cellular | CUMMINS AUTO GROUP<br>1300 N. AIRPORT RD.<br>WEATHERFORD, OK 73096<br>Other<br>(580) 772-5521 Business | jerry.samuels@americannational.com<br>(405) 306-4976 | UNKNOWN AT INSPECTION |

## VEHICLE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year: | 2015 | Color: | RED Int: GRAY | License: | 280LSJ | Production Date: | 05/2015 |
| Make: | CHEV | Body Style: | 4D UTV | State: | OK | Odometer: | 4667 |
| Model: | K1500 4X4 SUBURBAN LT | Engine: | 8-5.3L-FI | VIN: | 1GNSKJKC6FR704991 | Condition: | |

| | | | |
|---|---|---|---|
| **TRANSMISSION** | Intermittent Wipers | CD Player | Bucket Seats |
| Automatic Transmission | Tilt Wheel | Auxiliary Audio Connection | Reclining/Lounge Seats |
| Overdrive | Cruise Control | Premium Radio | Leather Seats |
| 4 Wheel Drive | Rear Defogger | Satellite Radio | Heated Seats |
| **POWER** | Keyless Entry | **SAFETY** | Rear Heated Seats |
| Power Steering | Alarm | Drivers Side Air Bag | 3rd Row Seat |
| Power Brakes | Message Center | Passenger Air Bag | **WHEELS** |
| Power Windows | Steering Wheel Touch Controls | Anti-Lock Brakes (4) | Aluminum/Alloy Wheels |
| Power Locks | Rear Window Wiper | 4 Wheel Disc Brakes | **PAINT** |
| Power Mirrors | Telescopic Wheel | Traction Control | Clear Coat Paint |
| Heated Mirrors | Climate Control | Stability Control | Metallic Paint |
| Power Driver Seat | Dual Air Condition | Front Side Impact Air Bags | **OTHER** |
| Power Passenger Seat | Backup Camera w/Parking Sensors | Head/Curtain Air Bags | Fog Lamps |
| Memory Package | Entertainment Center | Communications System | Rear Spoiler |
| Power Adjustable Pedals | Remote Starter | Hands Free Device | Signal Integrated Mirrors |
| **DECOR** | Home Link | Positraction | **TRUCK** |

Claim #:                    35-A-2Y0996-V1
Workfile ID:                a21c9b07

## Estimate of Record

2015 CHEV K1500 4X4 SUBURBAN LT 4D UTV 8-5.3L-FI RED

| | | | |
|---|---|---|---|
| Dual Mirrors | **RADIO** | Lane Departure Warning | Rear Step Bumper |
| Privacy Glass | AM Radio | **ROOF** | Trailer Hitch |
| Console/Storage | FM Radio | Luggage/Roof Rack | Trailering Package |
| **CONVENIENCE** | Stereo | Electric Glass Sunroof | Running Boards/Side Steps |
| Air Conditioning | Search/Seek | **SEATS** | Power Trunk/Gate Release |

11/03/2015 9:33:07 AM                    104534                    Page 2

Claim #:      35-A-2Y0996-V1
Workfile ID:      a21c9b07

**Estimate of Record**

2015 CHEV K1500 4X4 SUBURBAN LT 4D UTV 8-5.3L-FI RED

| Line | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|---|---|---|---|---|---|---|---|---|
| 1 | ELECTRICAL | | | | | | | |
| 2 | * | Repl | Compressor | 22797525 | 1 | 296.61 | 1.0 M | |
| 3 | | Repl | LT Rear sensor | 23152100 | 1 | 82.18 m | 0.4 M | |
| 4 | WHEELS | | | | | | | |
| 5 | | Repl | LT/Rear Wheel 22" code: SGF | 22905550 | 1 | 895.00 m | 0.3 | |
| 6 | SEATS & TRACKS | | | | | | | |
| 7 | | R&I | R&I second row seat bench seat | | | | Incl. | |
| 8 | | R&I | LT R&I third row seat | | | | Incl. | |
| 9 | PILLARS, ROCKER & FLOOR | | | | | | | |
| 10 | | Sect | LT Unside assy lock pillar | 23431112 | 1 | 569.17 s | 5.0 | 1.0 |
| 11 | | Repl | LT Running board | 22813700 | 1 | 268.28 | 1.0 | |
| 12 | | Repl | LT Unside assy extension | 22786531 | 1 | 12.52 | | |
| 13 | FRONT DOOR | | | | | | | |
| 14 | * | Rpr | LT Outer panel Suburban | | | | 3.5 | 2.1 |
| 15 | | | Overlap Major Adj. Panel | | | | | -0.4 |
| 16 | | R&I | LT Belt molding | | | | 0.3 | |
| 17 | | R&I | LT Upper molding | | | | 0.2 | |
| 18 | | Repl | LT Nameplate "SUBURBAN" | 15825694 | 1 | 49.00 | 0.2 | |
| 19 | | R&I | LT Mirror assy w/power fold w/o blind spt | | | | 0.4 | |
| 20 | | R&I | LT Handle, outside paint to match | | | | 0.4 | |
| 21 | | R&I | LT R&I trim panel | | | | 0.4 | |
| 22 | REAR DOOR | | | | | | | |
| 23 | | Repl | LT Door shell Suburban | 22957424 | 1 | 881.51 | 4.6 | 3.1 |
| 24 | | | Overlap Major Adj. Panel | | | | | -0.4 |
| 25 | | Repl | LT Lower seal | 20963593 | 1 | 29.17 | | |
| 26 | | Repl | LT Rear seal | 23455371 | 1 | 73.08 | | |
| 27 | | Repl | LT Surround w'strip | 23277121 | 1 | 89.45 | Incl. | |
| 28 | | R&I | LT W'strip on body | | | | Incl. | |
| 29 | | Repl | LT Applique rear | 22837467 | 1 | 66.08 | Incl. | |
| 30 | | Repl | LT Applique front | 20963322 | 1 | 55.16 | Incl. | |
| 31 | | R&I | LT Belt w'strip | | | | Incl. | |
| 32 | | R&I | LT Door glass GM w/dark tint | | | | Incl. | |
| 33 | | R&I | LT Fixed glass GM w/dark tint | | | | Incl. | |
| 34 | | R&I | LT Handle, outside w/o extd range remote paint to matc | | | | Incl. | |
| 35 | | R&I | LT R&I trim panel | | | | Incl. | |
| 36 | QUARTER PANEL | | | | | | | |
| 37 | | Repl | LT Quarter panel | 22979707 | 1 | 861.88 | 18.5 | 3.4 |
| 38 | | | Overlap Major Adj. Panel | | | | | -0.4 |
| 39 | | | Deduct for Rear Bumper R&I | | | | -1.0 | |
| 40 | | | Deduct for Overlap | | | | -1.0 | |

Claim #:                35-A-2Y0996-V1
Workfile ID:            a21c9b07

## Estimate of Record

2015 CHEV K1500 4X4 SUBURBAN LT 4D UTV 8-5.3L-FI RED

| # | | | Description | Part # | Qty | Price | Labor | |
|---|---|---|---|---|---|---|---|---|
| 41 | | Repl | Fuel door | 22796503 | 1 | 22.07 | 0.3 | 0.3 |
| 42 | | Repl | LT Fuel pocket | 22819288 | 1 | 39.25 | | |
| 43 | | Repl | LT Wheelhouse liner Suburban | 23264145 | 1 | 52.63 | Incl. | |
| 44 | | Repl | LT Wheelhouse liner retainer | 1605396 | 1 | 3.47 | | |
| 45 | | Repl | LT Wheelhouse liner nut front | 11610510 | 1 | 1.05 | | |
| 46 | | Repl | LT Wheelhouse liner nut inner | 11518531 | 1 | 4.40 | | |
| 47 | | Repl | LT Wheelhouse liner nut upper | 11513599 | 1 | 5.20 | | |
| 48 | | Repl | LT Wheelhouse liner nut rear | 11515638 | 1 | 1.05 | | |
| 49 | | Repl | LT Front molding | 23227752 | 1 | 79.18 | Incl. | |
| 50 | | Repl | LT Rear molding | 23167643 | 1 | 38.85 | Incl. | 0.7 |
| 51 | | Repl | LT Water drain pnl | 23200189 | 1 | 20.57 | | |
| 52 | | Repl | LT Rear molding retainer | 22884292 | 3 | 10.35 | | |
| 53 | | Repl | LT Nameplate "LT" | 22980986 | 1 | 6.04 | 0.2 | |
| 54 | | Repl | LT Qtr glass from 01/23/2014 w/privacy tint w/o theft sensor | 23482876 | 1 | 310.89 | Incl. | |
| 55 | | Repl | LT Inner panel | 22958202 | 1 | 218.98 | 3.0 | 0.8 |
| 56 | | Repl | LT Inner panel reinforcement | 22971720 | 1 | 101.12 | | |
| 57 | | Repl | LT Inner panel front extn | 22786531 | 1 | 12.52 | | |
| 58 | | Repl | LT Inner panel baffle front | 23470083 | 1 | 11.18 | | |
| 59 | | Repl | LT Rear extn | 22818038 | 1 | 44.03 | | |
| 60 | | Repl | LT Rear extn baffle | 23477220 | 1 | 8.27 | | |
| 61 | | Repl | LT Extension panel | 22789622 | 1 | 28.08 | | |
| 62 | | Repl | LT Inner wheelhouse front | 22789624 | 1 | 59.77 | 1.5 | 0.3 |
| 63 | | Repl | LT Inner wheelhouse rear | 22789626 | 1 | 56.25 | 1.5 | 0.3 |
| 64 | | R&I | Upper qtr trim w/speaker, 10 & 16 speakers shale | | | | Incl. | |
| 65 | | R&I | Lower qtr trim w/power config dune | | | | Incl. | |
| 66 | **REAR SUSPENSION** | | | | | | | |
| 67 | | Repl | LT Lower cntrl arm | 22868629 | 1 | 67.07 m | 0.7 M | |
| 68 | | Repl | LT Shock CODE: AB8L | 23290661 | 1 | 611.28 m | 0.5 M | |
| 69 | | Repl | Axle housing w/limited slip | 23199119 | 1 | 1,821.98 m | 5.9 M | |
| 70 | | | Deduct for Overlap | | | | -0.3 M | |
| 71 | | | Deduct for Overlap | | | | -0.3 M | |
| 72 | # | Repl | DIFFERENTIAL LUBRICANT | | 2 | 45.00 | | |
| 73 | | Repl | LT Axle shaft | 23199121 | 1 | 247.11 m | Incl. M | |
| 74 | | Repl | LT Axle bearing | 12479031 | 1 | 67.00 m | Incl. M | |
| 75 | | Repl | RT Axle seal | 12471686 | 1 | 14.16 | Incl. M | |
| 76 | | Repl | LT Wheel stud | 11588811 | 6 | 33.06 | Incl. M | |
| 77 | | Repl | LT Axle seal | 12471686 | 1 | 14.16 | Incl. M | |
| 78 | | Repl | Cover gasket | 22943110 | 1 | 31.99 | Incl. M | |
| 79 | **REAR BODY** | | | | | | | |
| 80 | | Repl | LT Side frame | 23159074 | 1 | 53.18 | 4.0 | 1.5 |
| 81 | | Repl | LT Filler panel | 22979701 | 1 | 77.39 | 1.0 | 0.3 |
| 82 | | Repl | LT Side panel | 22786698 | 1 | 47.87 | 3.0 | 0.5 |

| | | | | Claim #: | | 35-A-2Y0996-V1 |
| | | | | Workfile ID: | | a21c9b07 |

**Estimate of Record**

2015 CHEV K1500 4X4 SUBURBAN LT 4D UTV 8-5.3L-FI RED

| | | | | | | | |
|----|---|------|-------------------------------|----------|---|--------|------|------|
| 83 | | Repl | LT Lower panel | 22786707 | 1 | 25.45 | 1.0 | 0.3 |
| 84 | * | Rpr | Rear floor pan | | | | 6.0 | 1.5 |
| 85 | | Repl | Sill | 23147341 | 1 | 442.89 | Incl. | 1.5 |
| 86 | | Repl | Lower reinf | 22786710 | 1 | 38.22 | 2.0 | |
| 87 | | Repl | LT Corner panel | 23195041 | 1 | 25.22 | | |
| 88 | | Repl | LT Inner wheelhouse | 22876575 | 1 | 127.65 | | |
| 89 | | Repl | Sill panel | 22973168 | 1 | 329.35 | | |
| 90 | | Repl | LT Rear rail | 22770302 | 1 | 62.08 | 2.0 | |
| 91 | * | R&I | Carpet Suburban & Yukon XL w/fr bucket dune | | | | 1.0 | |
| | | | NOTE: SETBACK CARPET IN LT. REAR AREA. | | | | | |
| 92 | **LIFT GATE** | | | | | | | |
| 93 | | Repl | Lift gate Suburban | 22756787 | 1 | 995.00 | 4.6 | 3.7 |
| 94 | | | Overlap Major Adj. Panel | | | | | -0.4 |
| 95 | | Repl | LT Lift gate bumper lower | 22826589 | 1 | 3.45 | | |
| 96 | | Repl | LT Lift gate pad | 13233501 | 1 | 7.90 | | |
| 97 | | Repl | Nameplate "SUBURBAN" | 15860871 | 1 | 80.52 | 0.2 | |
| 98 | | R&I | Handle | | | | Incl. | |
| 99 | | Blnd | Handle | | | | | 0.4 |
| 100 | | Repl | Emblem | 22814069 | 1 | 41.32 | 0.2 | |
| 101 | | R&I | Spoiler Suburban | | | | 0.5 | |
| 102 | | R&I | Upper trim shale | | | | Incl. | |
| 103 | | R&I | Lower trim panel w/power lift gate shale | | | | Incl. | |
| 104 | **REAR LAMPS** | | | | | | | |
| 105 | | Repl | LT Combo lamp assy | 23476137 | 1 | 495.00 | Incl. | |
| 106 | | Repl | LT Combo lamp assy retainer | 22884291 | 1 | 3.45 | | |
| 107 | | R&I | RT Combo lamp assy | | | | 0.3 | |
| 108 | **REAR BUMPER** | | | | | | | |
| 109 | | | O/H rear bumper | | | | 2.4 | |
| 110 | | Repl | Bumper cover | 23142969 | 1 | 795.00 | Incl. | 3.2 |
| 111 | | | Add for Clear Coat | | | | | 1.3 |
| 112 | | Repl | LT Side bracket | 22806431 | 1 | 12.18 | 0.1 | |
| 113 | | Repl | LT Side bracket bolt | 11609489 | 1 | 1.05 | | |
| 114 | | Repl | Bumper cover retainer | 11609952 | 1 | 3.58 | | |
| 115 | | R&I | Tow eye cap | | | | Incl. | |
| 116 | | Refn | Tow eye cap | | | | | 0.2 |
| 117 | * | | Clear Coat | | | | | 3.0 |
| 118 | | Repl | Step pad w/o chrome molding | 22936468 | 1 | 138.29 | Incl. | |
| 119 | | Repl | Access cover | 23142973 | 1 | 95.00 | Incl. | 0.4 |
| 120 | | Repl | Impact bar w/o power park brake | 22806381 | 1 | 547.03 | 0.3 | |
| 121 | | Repl | Park sensor | 23428268 | 1 | 149.50 | Incl. | |
| 122 | # | | | | | | | |
| 123 | ** | Repl | A/M COVER VEHICLE / BAG | | 1 | 5.00 | 0.2 | |
| 124 | ** | Repl | A/M CLEAN / RETAPE EMBLEMS | | 1 | 4.50 | 0.2 | |

Claim #:            35-A-2Y0996-V1
Workfile ID:        a21c9b07

## Estimate of Record

2015 CHEV K1500 4X4 SUBURBAN LT 4D UTV 8-5.3L-FI RED

|     |     |      | OR MOLDINGS                  |          |    |        |   |     |     |
|-----|-----|------|------------------------------|----------|----|--------|---|-----|-----|
| 125 | #   | Subl | MOUNT / BALANCE - EACH       |          | 1  | 12.50  | X |     |     |
| 126 | **  | Repl | A/M SEAM SEALER / CAULKING   |          | 1  | 16.00  | T | 0.3 |     |
| 127 | #   | Subl | 4 WHEEL ALIGNMENT COMPLETE   |          | 1  | 89.95  | X |     |     |
| 128 | #   | Rpr  | SETUP & MEASURE ON BENCH     |          |    |        |   | 2.0 |     |
| 129 | #   | Rpr  | PULL & SQUARE UNIBODY        |          |    |        |   | 3.0 | F   |
| 130 | #   | Refn | TINT COLOR FOR MATCH         |          |    |        |   |     | 0.5 |
| 131 | #   | Rpr  | GLASS CLEAN UP               |          |    |        |   | 1.0 |     |
| 132 | **  | Repl | A/M WELD THROUGH PRIMER      |          | 1  | 8.00   | T | 0.3 |     |
| 133 | **  | Repl | A/M GLASS SEALANT KIT        |          | 1  | 20.00  | T |     |     |
| 134 | **  | Repl | A/M CORROSION PROTECTION     |          | 1  | 8.00   | T | 0.3 |     |
| 135 | #   | Subl | HAZARDOUS WASTE DISPOSAL     |          | 1  | 5.00   | X |     |     |
| 136 | TIRES |    |                              |          |    |        |   |     |     |
| 137 | *   | Repl | BDGST P285/45R22 Dueler H/L  | BR01232  | 1  | 253.99 |   | 0.3 |     |
|     |     |      | Alenza BW 110H               |          |    |        |   |     |     |
| 138 | OTHER CHARGES |  |                           |          |    |        |   |     |     |
| 139 | #   |      | Towing                       |          | 1  | 210.90 |   |     |     |
| 140 | #   |      | Storage                      |          | 12 | 396.00 |   |     |     |
|     |     |      | **SUBTOTALS**                |          |    | **13,944.51** |  | **83.4** | **28.7** |

## NOTES

Estimate Notes:
*** VEHICLE APPEARS TO BE A BORDERLINE TOTAL LOSS - CLAIM UNDER REVIEW ***

Prior Damage Notes:
NONE.

| | Claim #: | 35-A-2Y0996-V1 |
| | Workfile ID: | a21c9b07 |

**Estimate of Record**

2015 CHEV K1500 4X4 SUBURBAN LT 4D UTV 8-5.3L-FI RED

## ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 13,178.16 |
| Body Labor | 72.5 hrs | @ | $ 48.00 /hr | 3,480.00 |
| Paint Labor | 28.7 hrs | @ | $ 48.00 /hr | 1,377.60 |
| Mechanical Labor | 7.9 hrs | @ | $ 90.00 /hr | 711.00 |
| Frame Labor | 3.0 hrs | @ | $ 60.00 /hr | 180.00 |
| Paint Supplies | | | | 550.00 |
| Miscellaneous | | | | 159.45 |
| Other Charges | | | | 606.90 |
| Subtotal | | | | 20,243.11 |
| Sales Tax | $ 13,780.16 | @ | 8.3750 % | 1,154.09 |
| **Total Cost of Repairs** | | | | **21,397.20** |
| Deductible | | | | 1,000.00 |
| **Total Adjustments** | | | | **1,000.00** |
| **Net Cost of Repairs** | | | | **20,397.20** |

**\*\*IMPORTANT DISCLOSURE - PLEASE READ BEFORE REPAIRING VEHICLE\*\***

This is a damage appraisal only, not an authorization to repair. THE VEHICLE OWNER MUST AUTHORIZE ALL REPAIRS.

Failure to obtain prior approval for payment of supplemental repairs may result in out of pocket expense to the vehicle owner or alternatively, the repair facility not receiving full payment for repairs.

All appraisals are subject to review by the Company to assure consistency with estimate guidelines.

This appraisal is based on an inspection of visible damage and may not address additional parts or labor that may be required if the vehicle is torn down for repairs or hidden damage is found.  Those are commonly referred to as supplemental repairs.

Supplemental repairs should be reviewed with the Company's authorized representative for approval as part of the agreed upon estimate amount to verify relativity of the repairs and consistency with estimate guidelines.  Any supplemental charges must be supported by documents such as photos, receipts, old parts, parts invoices and or any other document as required by ANPAC®.

The Company reserves the right to inspect any repairs or supplemental repairs.

This is not an authorization of payment or guarantee of coverage by the company or its insured[s]. Contact your Claims Representative to discuss details regarding your claim and potential coverage which may apply.

WARNING : ANY PERSON WHO KNOWINGLY, AND WITH INTENT TO INJURE, DEFRAUD OR DECEIVE ANY INSURER, MAKES ANY CLAIM FOR THE PROCEEDS OF AN INSURANCE POLICY CONTAINING ANY FALSE, INCOMPLETE OR MISLEADING INFORMATION IS GUILTY OF A FELONY.

Estimate calculated using a preset user threshold amount for the paint and material cost.

**Estimate of Record**

2015 CHEV K1500 4X4 SUBURBAN LT 4D UTV 8-5.3L-FI RED

THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF CRASH PARTS SUPPLIED BY A SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR VEHICLE. WARRANTIES APPLICABLE TO THESE REPLACEMENT PARTS ARE PROVIDED BY THE MANUFACTURER OR DISTRIBUTOR OF THESE PARTS RATHER THAN THE MANUFACTURER OF YOUR VEHICLE.

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data. Unless otherwise noted, (a) all items are derived from the Guide DR1GA15, CCC Data Date 10/16/2015, and potentially other third party sources of data; and (b) the parts presented are OEM-parts manufactured by the vehicles Original Equipment Manufacturer. OEM parts are available at OE/Vehicle dealerships. OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships. OPT OEM or ALT OEM parts may reflect some specific, special, or unique pricing or discount. OPT OEM or ALT OEM parts may include "Blemished" parts provided by OEM's through OEM vehicle dealerships. Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source. Tilde sign (~) items indicate MOTOR Not-Included Labor operations. The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS. Used parts are described as LKQ, RCY, or USED. Reconditioned parts are described as Recond. Recored parts are described as Recore. NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications. Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times. NAGS labor operation times are not included. Pound sign (#) items indicate manual entries.

Some 2016 vehicles contain minor changes from the previous year. For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used. The CCC ONE estimator has a list of applicable vehicles. Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component. s=MOTOR Structural component. T=Miscellaneous Taxed charge category. X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category. E=Electrical labor category. F=Frame labor category. G=Glass labor category. M=Mechanical labor category. S=Structural labor category. (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent. Algn.=Align. ALU=Aluminum. A/M=Aftermarket part. Blnd=Blend. BOR=Boron steel. CAPA=Certified Automotive Parts Association. D&R=Disconnect and Reconnect. HSS=High Strength Steel. HYD=Hydroformed Steel. Incl.=Included. LKQ=Like Kind and Quality. LT=Left. MAG=Magnesium. Non-Adj.=Non Adjacent. NSF=NSF International Certified Part. O/H=Overhaul. Qty=Quantity. Refn=Refinish. Repl=Replace. R&I=Remove and Install. R&R=Remove and Replace. Rpr=Repair. RT=Right. SAS=Sandwiched Steel. Sect=Section. Subl=Sublet. UHS=Ultra High Strength Steel. N=Note(s) associated with the estimate line.

Claim #:                    35-A-2Y0996-V1
Workfile ID:                a21c9b07

**Estimate of Record**

2015 CHEV K1500 4X4 SUBURBAN LT 4D UTV 8-5.3L-FI RED

CCC ONE Estimating - A product of CCC Information Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair.  EPA=Environmental Protection Agency.  NHTSA= National Highway Transportation and Safety Administration.  PDR=Paintless Dent Repair.  VIN=Vehicle Identification Number.

Claim #:           35-A-2Y0996-V1
Workfile ID:              a21c9b07

## Estimate of Record

2015 CHEV K1500 4X4 SUBURBAN LT 4D UTV 8-5.3L-FI RED

## TIRE PARTS SUPPLIERS

| Line | Supplier | Description | Price |
|------|----------|-------------|-------|
| 137 | NTB<br>3038 N EASTMAN RD<br>LONGVIEW TX 75605<br>(903) 663-2570 | BDGST P285/45R22 Dueler H/L Alenza BW 110H | $ 253.99 |

Claim #:                35-A-2Y0996-V1
Workfile ID:            a21c9b07

**Estimate of Record**

2015 CHEV K1500 4X4 SUBURBAN LT 4D UTV 8-5.3L-FI RED

## ALTERNATE PARTS USAGE

| | | | | | | |
|---|---|---|---|---|---|---|
| Year: | 2015 | Color: | RED Int: GRAY | License: | 280LSJ | Production Date: | 05/2015 |
| Make: | CHEV | Body Style: | 4D UTV | State: | OK | Odometer: | 4667 |
| Model: | K1500 4X4 SUBURBAN LT | Engine: | 8-5.3L-FI | VIN: | 1GNSKJKC6FR704991 | Condition: | |

| Alternate Part Type | # Of Available Parts | # Of Parts Selected |
|---|---|---|
| Aftermarket | 0 | 6 |
| Optional OEM | 0 | 0 |
| Reconditioned | 0 | 0 |
| Recycled | 0 | 0 |

EXHIBIT 19

Sent: Tuesday, November 10, 2015 10:10 AM
To: Susan Swanson
Subject: Fwd: Wright Suburban


CLAIM NO. OKBA-900 - Todd and Stacey Wright

MERCURY'S INSURED - Zachary Wilson Welding, LLC


Ms. Swanson,


Attached please find the estimate from my clients' insurer, American National Property and Casualty insurance, with respect to the Suburban. As you can see, the estimated damage is $21,397.20. Further, the adjuster has requested a tear down to supplement his estimate for additional damage that is currently hidden from view. My clients are unwilling to allow a tear down at this time and want to move on this. To that end, my clients are willing to settle this claim against your insured-tortfeasor, Zachary Wilson Welding, LLC, for the following amounts: (1) $22,000.00 to repair the property damage; (2) $18,000.00 for diminished value (please refer to my initial letter re: my clients' diminished value claim - trade in after repairs will be approximately $47k-$47.5k - the vehicle was $71k); and (3) $15,000.00 for personal injuries related to Stacey Wright. Obviously, Mercury is still obligated to pay any outstanding towing fees, storage fees at Cummins, and rental fees at Cummins for the comparable rental my clients have been driving. As previously stated, all of those fees are recoverable in a lawsuit.


Mrs. Wright continues to treat with a physical therapist and her primary care physician. The physical therapist advised yesterday that Mrs. Wright will need PT for the considerable future due to back injuries related to the accident. That said, my clients want to move on and put this matter behind them. Accordingly, they are willing to settle this matter for $55,000.00 at this time. This settlement demand will remain valid until Friday, November 13, 2015, at 5 p.m. CST. Please take this offer to your insured, Mr. Wilson.


We look forward to hearing from you re: this matter. If you have any questions or concerns, please do not hesitate to contact me.


Best regards,

Clay Bruner


Clayton B. Bruner, P.L.L.C.

Attorney at Law

The Weatherford Law Center

2811 E. Main

Weatherford, Ok 73096


Confidentiality

EXHIBIT 20

Best regards,
Clay Bruner

Clayton B. Bruner, P.L.L.C.
Attorney at Law
The Weatherford Law Center
2811 E. Main
Weatherford, Ok 73096

Confidentiality
This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by telephone at (580) 774-5363 and permanently delete the original and any copy of any e-mail and any printout thereof. Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance or effect, absent an express statement to the contrary herein, this email message, its contents, and any attachments hereto are not intended as a substitute for a writing.

On Wed, Nov 11, 2015 at 8:08 AM, Susan Swanson <SSwanson@mercuryinsurance.com> wrote:

Mr. Bruner,

We have reviewed the estimate you submitted for your client's vehicle damages and I have discussed it with the adjuster at ANPC as well. The estimate from ANPC notes that your client's vehicle is a borderline total loss which was the conclusion of our appraiser as well. We are unable to settle your client's property damage without an accurate estimate for the damages to their vehicle as we cannot calculate any diminished value without the total amount of repairs. In addition, it is likely that their vehicle is a total loss, in which case diminished value would not be owed.

In regard to your client's bodily injury claim, if you have any medical records and bills you can submit I would be happy to review it. But without any documentation to substantiate your client's injuries, we are unable to settle your client's injury claim at this time.

Sincerely,

Susan Swanson

Mercury Insurance

From: Clayton Bruner [mailto:claybrunerlaw@gmail.com]

EXHIBIT 21

Senior Staff Appraiser - Field Operations - Auto

American National | 1949 E. Sunshine | Springfield, Missouri 65899 |

Cell - 405-306-4976

SMART THINKING, REWARDED™

American National has changed its email addresses to FirstName.LastName@AmericanNational.com.
Please update my email address in your contact list, if applicable, at your earliest convenience.

Confidentiality: This transmission, including any attachments, is solely for the use of the intended recipient(s).
This transmission may contain information that is confidential or otherwise protected from disclosure. The use
or disclosure of the information contained in this transmission, including any attachments, for any purpose
other than that intended by its transmittal is strictly prohibited. Unauthorized interception of this email is a
violation of federal criminal law. If you are not an intended recipient of this transmission, please immediately
destroy all copies received and notify the sender.

This e-mail message, including any attachments, is for the sole use of the intended recipient, and may
contain material that is privileged or confidential and legally protected from disclosure. If you are not the
intended recipient or have received this message in error, you are not authorized to copy, distribute, or
otherwise use this message or its attachments. Please notify the sender immediately by return e-mail and
permanently delete this message and any attachments.

Clayton Bruner <claybrunerlaw@gmail.com>                          Wed, Nov 11, 2015 at 12:03 PM
To: "Samuels, Jerry" <Jerry.Samuels@americannational.com>
Cc: "Sanders, James" <james.sanders@americannational.com>

Mr. Samuels,

Do not discuss my clients' claim with Mercury Insurance any longer. Thank you.

Best regards,
Clay Bruner

Clayton B. Bruner, P.L.L.C.
Attorney at Law
The Weatherford Law Center
2811 E. Main
Weatherford, Ok 73096

Confidentiality
This e-mail, and any attachments thereto, is intended only for use by the addressee(s)
named herein and may contain legally privileged and/or confidential information. If you are
not the intended recipient of this e-mail, you are hereby notified that any dissemination,
distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If

EXHIBIT 22

you have received this e-mail in error, please immediately notify me by telephone at (580) 774-5363 and permanently delete the original and any copy of any e-mail and any printout thereof. Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance or effect, absent an express statement to the contrary herein, this email message, its contents, and any attachments hereto are not intended as a substitute for a writing.

On Mon, Nov 9, 2015 at 6:38 PM, Samuels, Jerry <Jerry.Samuels@americannational.com> wrote:

*Here is a copy of the preliminary estimate on the Suburban. I will need it torn down at a repair facility to complete a supplement for additional or hidden damage. Thank you.*

*Jerry Samuels*

**Senior Staff Appraiser - Field Operations - Auto**

**American National | 1949 E. Sunshine | Springfield, Missouri 65899 |**

Cell - 405-306-4976

SMART THINKING, REWARDED™

American National has changed its email addresses to FirstName.LastName@AmericanNational.com. Please update my email address in your contact list, if applicable, at your earliest convenience.

Confidentiality: This transmission, including any attachments, is solely for the use of the intended recipient(s). This transmission may contain information that is confidential or otherwise protected from disclosure. The use or disclosure of the information contained in this transmission, including any attachments, for any purpose other than that intended by its transmittal is strictly prohibited. Unauthorized interception of this email is a violation of federal criminal law. If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

| | |
|---|---|
| Sanders, James <James.Sanders@americannational.com> To: Clayton Bruner <claybrunerlaw@gmail.com> Cc: "Samuels, Jerry" <Jerry.Samuels@americannational.com> | Wed, Nov 11, 2015 at 12:07 PM |

Mr. Bruner,

Do not communicate with my staff appraiser any longer. Thank you.

Best Regards,

James W. Sanders

Claims Representative - Auto Claims Division

American National | 1949 E. Sunshine | Springfield, Missouri 65899 | 800-333-2861, ext. 2722

Fax: 417-887-5005

E-mail: james.sanders@americannational.com

SMART THINKING, REWARDED™

**From:** Clayton Bruner [mailto:claybrunerlaw@gmail.com]
**Sent:** Wednesday, November 11, 2015 12:03 PM
**To:** Samuels, Jerry
**Cc:** Sanders, James
**Subject:** Re: Wright Suburban

Mr. Samuels,

Do not discuss my clients' claim with Mercury Insurance any longer. Thank you.

Best regards,

Clay Bruner

Clayton B. Bruner, P.L.L.C.

Attorney at Law

The Weatherford Law Center

2811 E. Main

Weatherford, Ok 73096

Confidentiality

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by telephone at (580)