# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STACEY WRIGHT, )<br> )<br>      Plaintiff, )<br> )<br>v. )<br> )<br>AMERICAN NATIONAL )<br>PROPERTY AND CASUALTY )<br>COMPANY, a foreign corporation; )<br>ZACHARY WILSON WELDING; )<br>and ZACHARY ALLEN WILSON, )<br>personally, )<br> )<br>      Defendants. ) | Case No.: CIV-16-149-D<br>The Honorable Timothy D. DeGiusti |

## PLAINTIFF'S MOTION FOR DISMISSAL WITHOUT PREJUDICE

The Plaintiff, Stacey Wright, moves this Court, pursuant to Rule 41(a)(1)(A)(2), FED.R.CIV.P., for an Order dismissing the above-referenced lawsuit without prejudice to the refiling of same. In support hereof, Plaintiff shows the Court:

1. On May 6, 2016, this Court denied Plaintiff's Motion to Remand [Doc. No. 11].

2. Plaintiff does not desire to pursue this litigation further against the Defendant, American National Property and Casualty Company ("ANPAC"). Plaintiff will agree that, in the event she does decide to later refile her lawsuit against ANPAC, it will be filed in federal court.

3. The dismissal of this lawsuit at this time will inevitably the parties to avoid the unnecessary expenditure of fees and costs associated with a breach of contract/bad faith lawsuit.

4. There are no other motions or claims pending in the present lawsuit at this time.

5. This Court has not yet set a status/scheduling conference and no Scheduling Order has been entered.

WHEREFORE, the Plaintiff, Stacey Wright, respectfully requests this Court to enter an Order dismissing this lawsuit without prejudice.

    Respectfully submitted,

    s/ Gerard F. Pignato
    Gerard F. Pignato, OBA No. 11473
    Erin J. Rooney, OBA No. 31207
    PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
    Robinson Renaissance Building
    119 North Robinson Avenue, 11th Floor
    Oklahoma City, Oklahoma 73102
    Telephone:   405-606-3333
    Facsimile:    405-606-3334
    Email: jerry@pclaw.org; erin@pclaw.org

    AND

    Clayton B. Bruner, OBA No. 22079
    CLAYTON B. BRUNER, P.L.L.C.
    2811 East Main
    Weatherford, Oklahoma 73096
    Telephone:   580-774-5363
    Facsimile:    580-772-7440
    Email:            claybrunerlaw@gmail.com
    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Andrew C. Jayne, Esquire

    s/ Gerard F. Pignato
    For the Firm