# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STACEY WRIGHT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN NATIONAL PROPERTY )<br>AND CASUALTY COMPANY, a )<br>foreign corporation; ZACHARY WILSON )<br>WELDING; and ZACHARY ALLEN WILSON, )<br>personally, )<br>)<br>Defendants. ) | Case No.: CIV-16-149-D<br>The Honorable Timothy D. DeGiusti |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Stacey Wright, Plaintiff herein, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, does stipulate to the dismissal of the above-styled and numbered cause, and all claims asserted herein as to all parties, with prejudice to the right of re-filing. All parties agree to bear their own costs and attorney's fees, and no party admits or concedes the merit of any claim or defense.

Respectfully submitted,

s/ Gerard F. Pignato
Gerard F. Pignato, OBA No. 11473
Erin J. Rooney, OBA No. 31207
PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:   405-606-3333
Facsimile:    405-606-3334
Email: jerry@pclaw.org; erin@pclaw.org

AND

Clayton B. Bruner, OBA No. 22079
CLAYTON B. BRUNER, P.L.L.C.
2811 East Main
Weatherford, Oklahoma 73096
Telephone:    580-774-5363
Facsimile:    580-772-7440
Email:         claybrunerlaw@gmail.com
**ATTORNEYS FOR PLAINTIFF**


s/ Andrew C. Jayne
Andrew C. Jayne, OBA No. 19493
Baum Glass & Jayne, PLLC
Mid Continent Tower
401 S Boston Avenue, Suite 2300
Tulsa, Oklahoma 74103
Telephone:    918-938-7944
Facsimile:    918-938-7966
**ATTORNEYS FOR DEFENDANT,
AMERICAN NATIONAL PROPERTY
 AND CASUALTY COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Andrew C. Jayne, Esquire


s/ Gerard F. Pignato
For the Firm